**FILED**

### U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

**JANUARY 29, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case Number: v

David Nayak

v.

National Board of Medical Examiners                 **08 C 634**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintniff                                          **JUDGE ZAGEL**
                                                    **MAGISTRATE JUDGE BROWN**

| | |
|---|---|
| **NAME** (Type or print) <br> Karen I. Ward | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/  Karen I. Ward | |
| **FIRM** <br> Equip for Equality | |
| **STREET ADDRESS** <br> 20 N. Michigan Ave. | |
| **CITY/STATE/ZIP** <br> Chicago | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6199806 | **TELEPHONE NUMBER** <br> 312-895-7330 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☑    NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☑    NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |