IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID A. NAYAK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 08 C 634 |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) | The Honorable Judge James B. Zagel |
| | ) | |
| | ) | Magistrate Judge Brown |
| Defendant. | ) | |

**PLAINTIFF'S EMERGENCY MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiff, David A. Nayak, by the undersigned counsel and pursuant to Federal Rule of Civil Procedure 65, respectfully moves this Court to enter a preliminary injunction directing Defendant to provide Plaintiff with the reasonable accommodations of extended test taking time (double time), an isolated testing environment, and appropriately monitored breaks on the United States Medical Licensing Examination ("USMLE") Step 1, scheduled for February 21 and 22, 2008, as well as any subsequent examinations offered and conducted by Defendant, National Board of Medical Examiners ("NBME") pending the outcome of this litigation.

The grounds for this motion are that:

(1) Plaintiff has at least a reasonable likelihood of success on the merits of his claims;

(2) Plaintiff has no adequate remedy at law and will suffer irreparable harm if the NBME is not enjoined from violating the ADA in connection with the upcoming examination;

(3) The harm to Plaintiff if the injunction is not issued outweighs the potential harm to the NBME if the injunction is granted; and

(4) The injunction is not contrary to the public interest and will actually serve the public interest if granted.

In support of this motion, Plaintiff submits herewith a Memorandum of Law, and the affidavits of David A. Nayak, Dr. Joel Schneider, Dr. Anjuli Nayak and accompanying Exhibits.  Further, Plaintiff states that he is prepared to offer evidence at a hearing at a time to be set by the Court.

WHEREFORE, Plaintiff respectfully requests this Court to enter a preliminary injunction directing Defendant, or those acting as agents or in concert with it, to provide Plaintiff with the reasonable testing accommodations of:

(1) Double the amount of time to take the USMLE Step 1 that is provided to non-disabled medical students;

(2) An isolated testing environment to take the USMLE Step 1; and

(3) Appropriately monitored break periods.

Plaintiff further requests that this Court schedule a hearing on this Motion at its earliest opportunity prior to February 21, 2008.

Dated: January 31, 2008                                Respectfully Submitted,

                                                /s/  Mary E. Gardner
Mary E. Gardner
John A. Litwinski
McDermott Will & Emery LLP
227 W. Monroe Street
Chicago, IL  60606-5096
Telephone:  312.372.2000
Facsimile:  312.984.7700

Karen I. Ward
Equip for Equality
20 N. Michigan, Suite 300
Chicago, Illinois 60602
Telephone:  312.341.0022
Facsimile:  312.341.0295
*Attorneys for Plaintiff David A. Nayak*

## **CERTIFICATE OF SERVICE**

I, Mary E. Gardner, an attorney, hereby certify that I caused a copy of the foregoing **PLAINTIFF'S EMERGENCY MOTION FOR PRELIMINARY INJUNCTION** to be served by facsimile and federal express on this 31st day of January, 2008, addressed to the following:

National Board of Medical Examiners
Janet Carson, General Counsel
3750 Market Street
Philadelphia, Pennsylvania 19104-3104
Telephone:  215.590.9500
Facsimile:  215.590.9604


   /s/ Mary E. Gardner
Mary E. Gardner

CHI99 4934173-1.009960.0305