**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DAVID A. NAYAK,                          )
                                         )
                                         )
                     Plaintiff,          )        Case No:  08 C 634
                                         )
          v.                             )
                                         )
NATIONAL BOARD OF MEDICAL                )        The Honorable Judge James B. Zagel
EXAMINERS,                               )
                                         )
                                         )
                                         )
                     Defendant.          )

**AFFIDAVIT OF DAVID A. NAYAK**

I, David A. Nayak, being duly sworn under oath, depose and state as follows:

1.      I have personal knowledge of the facts set forth in this affidavit, and if called to testify, could and would competently testify to the matters stated herein.

2.      I am a medical student at the University of Illinois at Chicago – College of Medicine ("UIC").  Becoming a doctor is a life long dream of mine.  I successfully completed my first and second years of medical school at UIC as of May 2007 and am currently on a medical leave of absence from UIC.

3.      Since childhood, I have been highly distractible and had difficulty reading, concentrating, and thinking.  It has always taken me an additional amount of time and effort to accomplish a specific task when compared to others of a similar age and intelligence, especially when such a task involved reading.

4.      Whether a task simply involved a household chore or a homework assignment that required reading and synthesizing a passage, it has always been necessary for me to put forth a

greater effort than others to achieve successful completion. Even when I completed tasks, they were always filled with careless mistakes. For example, I would forget to include detergent in the washing machine or I would fail to read directions properly.

5.     In elementary school and junior high I had behavioral problems related to my hyperactivity and distractibility. For example, I routinely blurted out the answers to questions posed to specific students during class, talked during classes, and often disrupted entire classes.

6.     Because of my parent's guidance, my work ethic, and the immense time I devoted to my education, though I was hyperactive and had trouble focusing my attention, I earned above-average grades during my pre-secondary school education. Copies of illustrative elementary school report cards are attached hereto as Exhibit A.

7.     In 1995 I entered a private high school, which maintained a rigorous academic environment. Classes had a 12 to 1 student to professor ratio and relied heavily upon students to complete and synthesize their homework in an extremely short period of time.

8.     In high school I consistently failed to complete my homework assignments in each class for the following day though I regularly stayed awake until 2 or 3 a.m. feverishly trying to complete assignments.

9.     During high school my difficulties with reading and distractibility became increasingly evident. I would repeatedly re-read paragraphs of assignment and had to write down the main ideas of passages in order to synthesize and deduce the entire body of information that was presented. My need to re-read became a common problem within all of my academic subjects, which contributed to my inability to complete my homework assignments. I was unable to concentrate, synthesize information, and provide a logical deduction within short periods of time.

10. My problems with distractibility and difficulties with reading, concentrating, and thinking affected my grades. Regardless of the amount of time, energy, and effort I devoted toward my academic coursework, my grades were marginal at best. Copies of illustrative high school report cards are attached hereto as Exhibit B.

11. I took the PSAT/NMSQT, SAT I, and various SAT II tests in high school and was disappointed with my scores. A copy of my 1995 PSAT/NMSQT score report is attached hereto as Exhibit C. A copy of my overall SAT score reports is attached hereto as Exhibit D.

12. I was extremely disappointed when the overwhelming amount of effort I put forth in my scholastic activities only resulted in below average achievement that was not indicative of my true knowledge or actual abilities. I voiced these concerns to my parents who sent me to be evaluated by a pediatric psychologist in the summer of 1997.

13. As a result of this psychological evaluation, I was diagnosed with Attention Deficit Disorder ("ADD") and it was recommended that I receive extended time on both my in-class and standardized examinations. A copy of my evaluation from 1997 is attached hereto as Exhibit E.

14. As a result of the diagnosis of ADD, I was prescribed Wellbutrin, 150 mg, twice a day, to combat the effects of ADD. I took this medication from 1997 to 2000. Furthermore, I have been prescribed medication continually from 1997 to the present date to combat the effects of my ADHD, and I have taken my prescribed medication before taking every school and standardized examination during this time period.

15. After I was diagnosed with ADD, I determined that if I employed specific behavioral modification techniques, I could reduce my distractibility and improve my scholastic abilities. For example, I made "To Do" lists each morning, reduced distractions within my study

environment, and joined tutoring groups. I also met individually with my professors to attempt to tailor my behavior and efforts to better prepare for and perform in classes.

16.     After I was diagnosed with ADD, I requested and received testing accommodations (extended time with an isolated testing environment) on my in-class examinations in high school. The testing accommodations provided by my high school gave me the ability to re-read the directions and test questions, which allowed me to process the information better and make a deduction that was equivalent to my intellectual capabilities. Furthermore, I was able to review my previous work, providing me with the opportunity to correct the careless mistakes that I frequently made. A letter dated July 2, 2007 attesting to my high school testing accommodations (and the testing accommodations I received on standardized tests during my senior year of high school), is attached hereto as Exhibit F.

17.     I also requested and received testing accommodations on the SAT I, various SAT II tests, and the ACT after my diagnosis with ADD. I took my prescribed medication before sitting for all of the standardized examinations. Confirmations of these accommodations are attached hereto as Exhibit G.

18.     During college I requested and received the testing accommodations of extended time with an isolated testing environment on my college examinations. Though my college provided me these accommodations, I had difficulty completing math and science examinations and sometimes was only able to finish 50% of the examinations. A letter dated June 27, 2005 from the Associate Director of my college's Center for Learning and Teaching attesting to my college testing accommodations is attached hereto as Exhibit H.

19.     Throughout college, I continued to battle symptoms of ADD. For example, I often interrupted conversations, habitually shook my legs, bit my fingernails, was easily distracted, forgetful and had trouble listening.

20.     I had extreme difficulties focusing during class lectures and could not retain the information presented unless I spent an exorbitant amount of time re-reading the material. I had to complete numerous additional practice problems in order to learn material involving math or science.

21.     In 2000, my prescribed medication was changed from Wellbutrin to Adderall. From 2000 to 2004, I took Adderall, 10 mg, twice a day.

22.     I was diagnosed with Attention Deficit Hyperactivity Disorder ("ADHD") in 2001. A copy of this evaluation is attached hereto as Exhibit I.

23.     During the summer of 2002, I applied for testing accommodations on the Medical College Admissions Test ("MCAT") with the Association of American Medical Colleges ("AAMC"). To support my request for testing accommodations on the MCAT, I obtained a new psychological evaluation in July of 2002. I was diagnosed with Attention-Deficit/Hyperactivity Disorder – Residual Adult Form. A copy of this evaluation is attached hereto as Exhibit J.

24.     The AAMC initially denied my request, and I took the MCAT without testing accommodations in August of 2002, ultimately receiving a score in the 10th percentile. A copy of my MCAT Score Report is attached hereto as Exhibit K.

25.     After re-applying for testing accommodations on the MCAT, I was ultimately granted testing accommodations on the MCAT. Thus, I received testing accommodations for the MCAT examinations I sat for in April of 2003 and August of 2004. Letters reflecting these grants of testing accommodations are attached hereto as Exhibit L.

26.    In 2004, I was prescribed Adderall XR (extended release tab), 20 mg, once a day, but I discontinued this prescription after one month due to negative side effects. From that point to October of 2005, I took Adderall, 10 mg, twice a day.

27.    In the fall of 2005, I enrolled as a medical student at UIC. I requested and received testing accommodations of time and a half with an isolated testing environment from UIC. A letter from UIC confirming these testing accommodations is attached hereto as Exhibit M.

28.    During my first year of medical school, I began to experience symptoms of extreme malaise, hyper-somnolence, lack of focus and energy, muscle weakness, and intolerability to cold temperatures. I was subsequently diagnosed with Acute Mononucleosis and Hashimoto's Thyroiditis in November of 2005. Letters confirming these diagnoses are attached hereto as Exhibit N.

29.    Starting in November of 2005, I was prescribed Adderall, 15 mg (a.m. dosage)/7.5 mg (p.m. dosage). This is my current Adderall prescription.

30.    During my first year of medical school, I experienced difficulties with focus and energy and could only spend a few consecutive hours studying before I was forced to rest to re-energize myself.

31.    I continued to experience fatigue symptoms and in the Summer of 2006 I experienced dramatic unintentional weight loss. I was subsequently diagnosed with Chronic-Reactive Mononucleosis. Documents confirming this diagnosis are attached hereto as Exhibit O.

32.    In May 2006 I received an American Academy of Allergy Asthma & Immunology Summer Fellowship, however, my continuing fatigue problems forced me to relinquish this prestigious Fellowship. Letters confirming this sequence of events and are attached as Exhibit P.

33.    As a result of my initial Hashimoto's diagnosis in November of 2005, I requested and received increased testing accommodations to double time with an isolated testing environment from UIC. Letters from UIC confirming these increased testing accommodations are attached hereto as Exhibit Q.

34.    In January of 2007 I obtained a psychoeducational evaluation and was again diagnosed as having ADHD.

35.    In April of 2007, I applied for testing accommodations from the NBME to take the USMLE Step 1. I requested extended test taking time (double time), an isolated testing environment, and appropriately monitored break periods. A copy of my application for testing accommodations and the accompanying cover letter are attached hereto as Exhibit R.

36.    As part of my application for testing accommodations on the USMLE Step 1 with the NBME, I supplied the NBME with numerous documents to support my request.

37.    In May of 2007, I decided that it was imperative that I take a medical leave of absence from UIC for the Fall 2007 semester due to the continual fatigue problems I was experiencing as a result of my Hashimoto's and Chronic Mono. A letter dated June 22, 2007 from UIC confirming my initial medical leave of absence is attached hereto as Exhibit S.

38.    In a letter dated June 13, 2007, the NBME requested that I provide additional information regarding my request for testing accommodations on the USMLE Step 1. In August of 2007, I sent the NBME numerous additional documents to supplement my request.

39.    In a letter dated October 2, 2007, the NBME granted me only the testing accommodation of "additional break time".

40.    On November 16, 2007, I submitted a letter to the NBME requesting that they provide me with the full testing accommodations I had initially requested. However, on December 3,

2007, I received the NBME's rejection of my final request. The NBME continued to offer me only the testing accommodations of "additional break time".

41.     I initially hoped to take the United States Medical Licensing Examination ("USMLE") Step 1 by the end of December of 2007, as my three-month eligibility period to take the USMLE Step 1 ended on December 31, 2007. My intent was to begin my third year of medical school at UIC in January of 2008. However, in December of 2007, due to my ongoing fatigue problems, I requested and received an extended medical leave of absence from medical school by UIC from December 18, 2007 to May 31, 2007. A letter dated December 10, 2007 supporting my request for an extended medical leave of absence is attached hereto as Exhibit T. A letter dated December 12, 2007 in which I requested the extended medical leave of absence from UIC's Student Advancement Committee is attached hereto as Exhibit U.

42.     In December of 2007, I also requested and received an extended eligibility period from the National Board of Medical Examiners ("NBME") within which I could take the USMLE Step 1. This extended eligibility period is to end March 31, 2008. A copy of my request for an extended eligibility period is attached hereto as Exhibit V.

43.     Due to my Hashimoto's Thyroiditis and Chronic-Reactive Mononucleosis, I currently battle fatigue and have difficulty maintaining focus and energy on a daily basis. I must rest during the day in order to maintain enough energy to perform daily mental and physical tasks. A copy of my most recent laboratory results is attached hereto as Exhibit W.

44.     My difficulties with reading, concentrating, and thinking as a result of my ADHD continue to this day. Furthermore, these difficulties have been compounded by the fatigue I experience as a result of my Hashimoto's Thyroiditis and Chronic-Reactive Mononucleosis.

45.    To this day, I must constantly read and re-read written words to gain an understanding of what I am reading. For example, as a result of my need to constantly re-read written words I have difficulty reading assignments for my medical school classes, as well as every day reading, such as reading newspapers. In addition, it takes me a substantial amount of time each day to read and respond to e-mails that have been sent to me.

46.    Other every day tasks involving reading also take me an inordinate amount of time. For instance, I must spend a long time staring at the television screen in order to read and understand scanning news tickers. I also find it very difficult to follow written driving directions, assembly instructions and computer software installation instructions.

47.    I have significant difficulty reading, concentrating, and thinking when answering USMLE Step 1 practice questions. Example USMLE Step 1 examination questions are attached hereto as Exhibit X.

48.    Due to my ADHD, I have found that it is imperative that I lead a structured lifestyle so that I limit my distractibility and inattentiveness, which may cause me to make impulsive decisions.

49.    I continue to generate daily "To Do" lists, which helps me to focus upon one specific activity at a time. In addition, I compile meticulous notes for all reading and lecture materials within each subject, which considerably aids my personal reviews.

50.    To reduce misplacement of important items such as my wallet or car keys, I have designated a specific place for their storage. For example, I have a wooden box near the entrance of my bedroom that holds my iPod, wallet, and other personal effects.

51.    I also utilize specially designed earplugs made from plastic ear impressions that were constructed by my audiologist. I use these to reduce noise while I study and sleep, which helps me to eliminate potential distractions from the environment.

52.    Furthermore, I have learned that by actively listening to those I converse with (patients, family, and friends), I can reduce my tendency to interrupt others. This technique has also limited my flight of ideas while speaking, thus greatly improving my communication skills and my social and work environments.

53.    I believe that it is imperative that I receive a score on the USMLE Step 1 that reflects my true capabilities and knowledge rather than my disabilities. Residency programs will use my score on the exam to determine whether I should be accepted. I am specifically interested in the areas of internal medicine, emergency medicine, and neurology. The residency programs for these areas are highly competitive and require high USMLE Step 1 scores. Furthermore, residency programs will be aware if I initially fail the USMLE Step 1, and I believe this will negatively impact my chances for acceptance. Excerpts of the AAMC's "Charting Outcomes in the Match" which delineates "Characteristics of Applicants Who Matched in Their Preferred Specialty in the 2007 NRMP Main Residency Match" is attached hereto as Exhibit Y. A full copy of this document is available upon request.

54.    I am currently scheduled to take the USMLE Step 1 on February 21, 2008. Copies of my USMLE Step 1 Scheduling Permit and the confirmation is attached hereto as Exhibit Z.

55.    I need to take the USMLE Step 1 on February 21, 2008 in order to start my third year of medical school and the rotation for which I am enrolled on March 3, 2008. A copy of UIC's Student Academic Promotion Policies is attached hereto as Exhibit AA.

- 10 -

56.     Due to the combined effects of my Attention Deficit Hyperactivity Disorder,

Hashimoto's Thyroiditis, and Chronic-Reactive Mononucleosis, I have significant difficulty

reading, concentrating, and thinking on a daily basis.

57.     I believe that with the accommodations of extended time (double), an isolated testing

location, and frequent breaks, my disabilities will be adequately accommodated to enable me to

perform on the USMLE Step 1 in a manner that accurately reflects my abilities.

58.     The statements contained in the Complaint filed in this action are true to the best of my

knowledge.

David A. Nayak

SIGNED AND SWORN  to before

me this _____ 30th _____ day of

_____ January _____, 2008.

Notary Public

OFFICIAL SEAL
ANGELIQUE DOZIER
NOTARY, PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 02/19/10

CHI99 4933102-2.009960.0305

- 11 -

# EXHIBIT A

## SCHOLASTIC PERFORMANCE  David Nayak

| SUBJECTS | 1st | 2nd | 3rd | 4th | 5th | 6th | AVERAGE |
|---|---|---|---|---|---|---|---|
| ENGLISH (Language Arts) | A- | A- | A+ | A- | B+ | B | A- |
| READING | B+ | B- | B+ | B- | B | B | B+ |
| SPELLING | A- | A- | A+ | A+ | A+ | A+ | A+ |
| FOREIGN LANGUAGE Spanish | S+ | S+ | S+ | S+ | S+ | S+ | S+ |
| TYPING/Computer | S+ | S+ | S+ | S+ | S+ | S+ | S+ |
| WRITING | S+ | S+ | S+ | S+ | S+ | S+ | S+ |
| SOCIAL STUDIES | S+ | S+ | S+ | S+ | S+ | S+ | S+ |
| ARITHMETIC | A+ | A- | A+ | A+ | A+ | A+ | A+ |
| SCIENCE | S+ | S+ | S+ | S+ | S+ | S+ | S+ |
| HEALTH EDUCATION Phys. Ed. | S | S | S | S | S | S | S |
| MUSIC | S | S | S- | S- | S- | S- | S |
| ART | S | S | S- | S- | S- | S- | S |

| | 1st | 2nd | 3rd | 4th | 5th | 6th | TOTAL |
|---|---|---|---|---|---|---|---|
| DAYS ABSENT | 2 | 1 | 3 | 5 | 1 | 2 | 12 |
| TIMES TARDY | 1 | 0 | 0 | 0 | 0 | 0 | 2 |

### GRADING SYSTEM
A  90-100 Excellent
B  80-89 Good
C  70-79 Average
D  60-69 Below

F  Below 60 Failing
S  Satisfactory
U  Unsatisfactory

## SOCIAL CHARACTERISTICS — WORK HABITS

| TRAITS | SIX-WEEK REPORTING PERIODS | | | | | |
|---|---|---|---|---|---|---|
| | 1st | 2nd | 3rd | 4th | 5th | 6th |
| NEAT ABOUT WORK | | | | | | |
| NEAT ABOUT SURROUNDINGS | | | | | | |
| EXERCISES SELF CONTROL | | | ✓ | | | |
| COURTEOUS TO CLASSMATES | | | | | | |
| RESPECTS RIGHTS OF OTHERS | | | | | | |
| COOPERATES IN ALL ACTIVITIES | | | | | | |
| EXHIBITS GOOD SPORTSMANSHIP | | | | | | |
| HAS GOOD TABLE MANNERS | | | | | | |
| OBSERVES SCHOOL AND CLASSROOM RULES | | ✓ | | | | |
| HAS GOOD LISTENING HABITS | ✓ | ✓ | ✓ | ✓ | | ✓ |
| FOLLOWS DIRECTIONS | ✓ | ✓ | | | | |
| PROMPT IN COMPLETING ASSIGNMENTS | | | | | | |
| PUTS FORTH BEST EFFORT | | | | | | |
| USES TIME WISELY | | | | | | ✓ |
| DOES WORK CAREFULLY | | | | | | ✓ |
| FINISHES WORK STARTED | | | | | | ✓ |

### GRADING SYSTEM
A check ( ✓ ) after any of the above that was need for improvement.

# METCALF INTERMEDIATE PROGRESS REPORT

**Student** David Nayak
**Grade Level** 4
**Homeroom Teacher** Michelle Mueller
**School Year** 89/90

**Days Absent** 0 3 0 5
**Tardy** 4 3 1 1 2

**Promoted to** fifth **grade.**

E = Excellent
G = Good
S = Satisfactory
P = Progressing Slowly
N = Needs Improvement
+ Strong
- Weak
No mark = Satisfactory

| SUBJECT | Reading | | | | English | | | | Spelling | | | | Handwriting | | | | Math | | | | Social Studies | | | | Science | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Quarter | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 |
| Achievement | G | G+ | G | G+ | E- | G+ | E- | | G | G+ | E- | | E | G | E | G | G+ | G | E | E | G | G | G | G | G | G | E | E |
| Works up to ability | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Works independently | | | | ✓ | | | | ✓ | | | | ✓ | | | | | | | | | | | | ✓ | | | | ✓ |
| Scores well on tests | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

### Personal Development

| Work Habits | | | | |
|---|---|---|---|---|
| Quarter | 1 | 2 | 3 | 4 |
| Follows directions | | | | |
| Listens attentively | | | | ✓ |
| Organizes work neatly | | | | |
| Completes assignment on time | | | ✓ | ✓ |
| Has necessary materials for class | | | ✓ | ✓ |

| Personal Development | | | | |
|---|---|---|---|---|
| Quarter | 1 | 2 | 3 | 4 |
| Shows respect for others | | | | |
| Puts forth effort | | | | ✓ |
| Assumes responsibility | | | | |
| Has cooperative attitude | | | | |
| Works and plays well with peers | | | | |

**Comments:** David has added more detail and points to his other assignments. We are not sure that his time is not being used as he should be use to our advantage on assignments in class.

David has done better in his writing assignments in spelling. He needs to be careful not to rush through assignments without checking them.

David has done a letter to another language assignment. We are working to make his stories more descriptive. David needs to complete all reading assignments and check them before handing them in.

David's writing has improved during the year. He has been a pleasure to work with this year.

# Metcalf Laboratory School
Illinois State University

**Codes:**

A = Excellent
B = Good
C = Satisfactory
D = Below Average
F = Failing

x = Strong
- = Weak
No Mark = Satisfactory

## Intermediate Grade Report

| NAME | Nayak, David |
|---|---|
| TEACHER | Mrs. Hoelting |
| GRADE | 5A | YEAR | 90-91 |

| Writing | 1 | 2 | 3 | 4 | Reading | 1 | 2 | 3 | 4 | Math | 1 | 2 | 3 | 4 | Science | 1 | 2 | 3 | 4 | Social Studies | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Quality | A | A | A | | Comprehension | A | B | A | | Problem Solving | B | A | A | | Class Activities | B | B | A | | Class Activities | A | A | A | |
| | x | | | | | | | | | Computation | | x | | | Written Work | | | | | Written Work | | | | |
| Mechanics | | | | | Reference Skills | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | Projects | | | | | Projects | | | | |

## Personal Development and Study Skills

| | 1 | 2 | 3 | 4 | | 1 | 2 | 3 | 4 | | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Shows respect for others | | | | | Uses time wisely | | | | | Completes assignments on time | | | | |
| Puts forth effort | | | | | Follows directions | | | | | Works independently | | - | | |
| Assumes responsibility | | | | | Listens attentively | | | | | Demonstrates Cooperative Learning Skills | | | | |
| Demonstrates cooperative attitude | | | | | Organizes work neatly | | | | | Brings necessary materials to class | | | | |

**Comments:** _David has done an outstanding job this marking period. He_
_could spend more time proof-reading his_
_written assignments._

# EXHIBIT B

Professor Evaluation of D.Nayak, HIS.214
Documentation of:
-Lack of preparation
-Failure to synthesize material
-Easily confused

PAGE 22
DAVID A. NAYAK
USMLE ID#:5-185-001-4

**NAME** David A. Nayak   **CLASS** L   **COURSE & GRADE** Hist. 214/B

**ADVISER** D Morrissey   David did somewhat mixed work out this term in History, with 3 of his 5 tests getting solid B's, but the other 2 falling to low B-. His daily essays on the homework followed the same pattern. Although he had always clearly read the material, sometimes he had mastered it well, other times he was confused. I think he needs therefore to concentrate on grasping things clearly, **INSTRUCTOR** R. Niebuhr **DATE** 18 Mar 96 not just understanding the general substance of his reading.

Professor Evaluation of D.Nayak, MATH310
Documentation of:
-Careless mistakes
-Distractibility
-Failure to synthesize material

PAGE 28
DAVID A. NAYAK
USMLE ID#:5-185-001-4

| Student | David Nayak | Class 98 | Term: 96/SP | P |
| Advisor: | Daniel Morrissey | Course: MAT*310*01 | Grade B | |
| Instructor: | William Campbell | | | |

David was a concientious and concerned student of mathematics. Prepared daily, he was most comfortable working with others around the table. However, he did put some solutions on the board when asked, and his explanations showed that he understood what he had done. David needs to continue to work on problem solving. He sometimes had all the tools at hand, but was unsure of which idea to apply in a given situation. He also hung on to old methods long after we had moved onto more efficient ideas. While he still go the right answer, his method often took more time and was prone to more careless errors. David's positive attitude and determination should carry him along next year in math. I enjoyed

**Advisor Evaluation of D. Nayak, SPRING2006**
Documentation of:
-Careless mistakes
-Distractibility
-Lack of preparation

*Dan Morrissey*
*20 Main Street*
*Phillips Exeter Academy*
*Exeter, NH 03833*
*603 778 3924*
*dmorriss@exeter.edu*

**PAGE 31**
**DAVID A. NAYAK**
**USMLE ID#:5-185-001-4**

June 24, 1996

Drs. Nayak-

I apologize for waiting to write, I have been away at conferences and just returned home this past weekend.

Well, at the beginning of the term I challenged David by saying he was "All thunder, no rain." In other words he was always so close to doing very, very well, but he would make silly errors or forget to do a simple task. David brought on the rain and did very well. He has chosen a difficult selection of courses next year, and my only caveat would be that he proceed with festina lente by settling right in next year and hitting his books.

Socially, David is one of the most popular boys in the dorm. He keeps us smiling with an assortment of jokes and impressions. He has dealt with living in a triple very maturely. His roommates were not the easiest young men to live with.

I hope his summer experiences are good ones!

I do not know if David has told you, but I will be moving out of Soule Hall and into a house. I am unsure at this point who my advisees will be. I have requested to keep David, but cannot guarantee I do. If I do he must make an effort to see me on a regular basis! If I do not, David should know he is always welcome in my home at any time, for any reason.

Sincerely-

Dan

Professor Evaluation of D.Nayak, SPAN.310            PAGE 37
Documentation of:                                   DAVID A. NAYAK
-Careless mistakes                                  USMLE ID#:5-185-001-4
-Failure to synthesize material

NAME                    CLASS      COURSE & GRADE

David Nayak             L          Spanish 310   B+     

            Morrissey
ADVISER _____

It's been an enjoyable experience to work with Dave this spring. He values industry, responsi-
bility, creativity and good fun in his work. The transition to the third year level was tougher
than Dave might have expected, but he soon got right into the flow of the reading and became one of
the best participants in our discussions. His A- job on the oral final was an excellent conclusion
to the term. It reflected the amount and depth of Dave's thought about the play we read and its
broader implications to humanity. It was a pleasure to hear him speak with a high level of detail,
clarity and conviction. Dave faltered at times in grasping factual aspects of the reading and more
advanced points of grammar. Carelessness is to blame for much of this weakness. Dave can overcome
it and do an outstanding job in 320. I hope to teach David again.

INSTRUCTOR _____ DATE 6/97 _____

```
Professor Evaluation of D.Nayak, ENG.410        PAGE 40
Documentation of:                               DAVID A. NAYAK
-Easily confused                                USMLE ID#:5-185-001-4
-Failure to synthesize material
-Lack of preparation
-Impulsivity
-Careless mistakes
-Distractibility
```

| | | | | | |
|---|---|---|---|---|---|
| Student: | David Nayak | Class: 1998 | Term: 97/FA | **P** |
| Advisor: | Daniel Morrissey | Course: ENG*410*09 | Grade: B- | |
| Instructor: | Michael Drummey | | | |

David has been struggling through the greater degree of difficulty presented by Senior English. Poetry, sophisticated short stories, Hamlet and Oedipus have been more than a challenge. It might be useful for him to find an extra fifteen minutes to go over daily reading assignments, to see what he is missing when he reads. He also needs to write every day and get some correction on what he has written. At present he is hurling words around in hopes that they will fall into some order or sense. His writing abounds in cliches; that suggest that he is not thinking about what he is saying. We will try to make some headway with his writing this winter.

I will be happy to spend extra time with him before the golf season begins-- all two weeks of it.

```
Professor Evaluation of D.Nayak, BIO361          PAGE 42
Documentation of:                                DAVID.A.NAYAK
-Failure to synthesize material                  USMLE ID#:5-185-001-4
-Easily confused
```

| | | | | |
|---|---|---|---|---|
| Student: | David Nayak | Class: 1998 | Term: 97/FA | **P** |
| Advisor: | Daniel Morrissey | Course: BIO*361*02 | Grade: C+ | |
| Instructor: | Sydnee Goddard | | | |

We explored a number of marine habitats and countless organisms through lab and field work, while distant habitats and organisms were investigated through current readings, videos, and discussion, In our early morning outings we slogged and boated through salt marshes, the rocky shore, a beach, and a mud flat, while staying warm and dry on other trips to UNH's coastal marine laboratory, and a fisherman's Co-op. Man's impact on the marine environment was investigated with such topics as overfishing and coral reef destruction. David was clearly not happy with his performance in this class, since he earned C's on 6 of the 8 major graded items. When David came for extra help, he earned a B+ on the next test. In the help session, I recognized that David was not grasping the main concepts and actually misinterpreting the information. I saw the same pattern on his previous tests. He obviously studied hard, but did not have a correct understanding of the material.

Professor Evaluation of D.Nayak, ENG.420
Documentation of:
-Failure to synthesize material
-Lack of preparation
-Careless mistakes
-Easily confused

PAGE 43
DAVID A. NAYAK
USMLE ID#:5-185-001-4

Student:     David Nayak              Class: 1998         Term: 98/WI
Advisor:     Daniel Morrissey        Course: ENG*420*08  Grade: B-        **P**
Instructor:  Michael Drummey

David is full of good spirits. But he has had a difficult time with the material. He needs more work reading and answering questions about reading. His writing is full of errors in grammar and expression. I will be happy to work with him during the spring if he wants to.

# EXHIBIT C



## PSAT/NMSQT Score Report

| LAST NAME | FIRST NAME | M.I. | YEAR | GRADE | SCHOOL CODE | OPTIONAL CODE |
|-----------|-----------|------|------|-------|-------------|---------------|
| NAYAK | DAVID | A | 1995 | 10 | 300185 | |

### SCORES

|  | Score | Score Range | Percentile |
|--|-------|-------------|------------|
| Verbal | 50 | <<<< >>>> | 54 |
| Math | 61 | <<< >>> | 87 |

No test can measure precisely what you know, so the best way to look at each of your scores is as a range that extends from a few points below to a few points above. Your verbal score of 50 might range from 46 to 54 and your math score of 61 might range from 58 to 64 if you took the test many times.

Verbal — **54th Percentile**
0 ——— 100

Math — **87th Percentile**
0 ——— 100

**Comparing Abilities**
To compare your verbal and math abilities with those of juniors who plan to go to college, look at your percentiles. Your percentiles show that you scored better than 54 out of 100 college-bound juniors on the verbal sections and better than 87 out of 100 college-bound juniors on the math sections.

Because your math score is better than your verbal score, your math ability is better than your verbal ability.

**Estimated SAT I Scores**
The PSAT/NMSQT is excellent preparation and practice for SAT I. PSAT/NMSQT scores can be used to estimate SAT I scores. If you take rigorous academic courses, participate in problem-solving activities, and read a wide variety of challenging articles and books before you take SAT I, your actual SAT I scores may be higher than the estimates given below. Ask your counselor or teachers about ways to prepare for SAT I.

**What scores can you expect on SAT I?**
Your PSAT/NMSQT **verbal** score of 50 is like an SAT I score of 500. Juniors with a PSAT/NMSQT verbal score of 50 are likely to earn SAT I verbal scores between 460 and 560. Of 100 juniors with a PSAT/NMSQT verbal score of 50,

- 54 are likely to earn SAT I scores above 500
- 8 are likely to earn SAT I scores of 500
- 38 are likely to earn SAT I scores below 500

Your PSAT/NMSQT **math** score of 61 is like an SAT I score of 610. Juniors with a PSAT/NMSQT math score of 61 are likely to earn SAT I math scores between 570 and 670. Of 100 juniors with a PSAT/NMSQT math score of 61,

- 54 are likely to earn SAT I scores above 610
- 8 are likely to earn SAT I scores of 610
- 38 are likely to earn SAT I scores below 610

Additional information about scores appears on the back.

### NATIONAL MERIT SCHOLARSHIP CORPORATION (NMSC) INFORMATION

**Selection Index 161\*    Percentile 70**
The Selection Index is used by NMSC as an initial screen of participants in its scholarship competitions. Your Selection Index, twice your verbal score plus your math score (2 × 50 + 61), is 161. Your Selection Index is better than the Selection Index of 70 out of 100 college-bound juniors who took the test.

\* The asterisk(\*) by your Selection Index means you are not eligible to enter NMSC programs that end in 1997; see further information to the right and on the back of this report

**Eligibility**
Based on the following information you provided on your PSAT/NMSQT answer sheet, you are **not eligible** to enter NMSC's 1997 programs.

| | |
|--|--|
| Full-time high school student | YES |
| Year to complete high school and enroll in college | 1998 |
| Years to be spent in grades 9-12 | 4 |
| U.S. Citizenship | YES |

### EDUCATIONAL PLANS

| | |
|--|--|
| Grade Average | A |
| College Major | Premedicine |
| Career | Physician |

Information above is self-reported.

Choosing a career is a long process, but many of the things you do in high school can be part of your career development; for example, the courses you take, the sports and clubs you are involved with, the volunteer work and part-time jobs you get, and the interests and abilities you develop. The college major you select is one pathway to a career; it offers specific content and skills as well as transferable skills such as analyzing or communicating. Below is information about the college major you coded. Information is taken from the book, *The College Board Guide to 150 Popular College Majors*.

**DESCRIPTION:** In preparing for medical school, students take five year-long science and mathematics courses and English composition in addition to their undergraduate major. A challenging program of study in a liberal arts major (such as biology, chemistry, history, English) is excellent preparation for the study of medicine. After completing an undergraduate major, students study for four years in medical school, spend a year doing an internship at a hospital, and then spend one or more years doing a residency at a hospital. During the residency they do advanced work in a specialty area such as pediatrics, surgery, etc.

**ASSOCIATED INTERESTS:** Medicine, health, science, mathematics, working with people, applying technology to human needs, solving problems.

**ASSOCIATED SKILLS:** Communication, working carefully under pressure, adapting to change, thinking analytically.

**RECOMMENDED HIGH SCHOOL COURSES:** English 4, precollege mathematics 4, laboratory science 4, history or social studies 2-4, foreign language 2, and computer science 1.

**OTHER MAJORS TO CONSIDER:** Biology, Business administration, Chemistry, Computer science, English, History, Psychology, Public administration, Social work, and Special education.

**CAREERS:** Graduates of medical school work independently (in private practice) or in hospitals, public health facilities, clinics, mental health facilities, with sports teams, in the armed forces, in industry. Some conduct medical research.

17001-c3110-3a01-scf/ eln/sli/cmm/ast/                590572

# Student Copy

## OVERVIEW OF PSAT/NMSQT ANSWERS

**Verbal** (Sections 1 and 3)

You answered 32 out of 58 verbal questions correctly:
14 out of 15 Easy questions
16 out of 29 Medium questions
2 out of 14 Hard questions

You answered 32 questions correctly and earned 32 points.
You omitted 7 questions and earned 0 points.
You answered 19 questions incorrectly and lost 5 points.

**Math** (Sections 2 and 4)

You answered 38 out of 50 math questions correctly:
7 out of 8 Easy questions
24 out of 26 Medium questions
7 out of 16 Hard questions

You answered 38 questions correctly and earned 38 points.
You omitted 3 questions and earned 0 points.
You answered 9 questions incorrectly and lost 2 points.

| | |
|---|---|
| **+** Your answer was correct. | **E** Easy question |
| **A-E** Letter of your answer choice if your answer was incorrect. | **M** Medium question |
| **O** You omitted the question. | **H** Hard question |

### SECTION VERBAL — Sentence Completions / Critical Reading

| Question Number ▶ | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Correct Answer ▶ | D | D | E | D | C | D | C | A | C | C | A | E | B | D | B | B | E | D | B | B | C | C | A | C | B | C | D | D | D |
| Your Answer ▶ | + | + | + | B | + | + | + | O | O | C | O | B | A | C | + | + | + | + | + | + | + | + | E | D | E | + | + | B |
| Difficulty ▶ | E | E | E | E | E | M | M | H | H | H | H | H | H | H | E | M | M | E | E | M | H | M | M | M | M |

### SECTION VERBAL — Analogies / Critical Reading

| Question Number ▶ | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Correct Answer ▶ | B | E | A | C | B | B | A | B | D | E | A | A | C | E | B | C | A | C | D | C | E | C | A | B | E | A | D | B |
| Your Answer ▶ | + | + | + | + | + | B | + | O | O | + | B | + | B | + | + | + | O | O | + | O | C | E | O | B | E |
| Difficulty ▶ | E | E | E | E | M | M | M | H | H | H | M | M | M | M | M | M | M | M | M | M | M | M | M | H |

### SECTION MATH — Standard Multiple-Choice

| Question Number ▶ | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Correct Answer ▶ | D | D | E | B | C | B | A | C | E | A | E | B | E | D | B | D | C | B | A | E | C | A | C | B | C |
| Your Answer ▶ | + | A | + | + | + | + | O | + | + | + | + | + | A | + | B | + | + | O | D | O |
| Difficulty ▶ | E | E | M | M | M | E | M | M | M | M | M | M | M | M | M | H | H | H | H | H |

### SECTION MATH — Quantitative Comparisons

| Question Number ▶ | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Correct Answer ▶ | C | A | C | A | D | B | A | D | B | C | A | C | D | A | B |
| Your Answer ▶ | + | + | + | A | + | + | + | + | B | A |
| Difficulty ▶ | E | M | E | M | M | E | H | M | M | H | H | H |

### Student-Produced Responses

| Question Number | Correct Answer(s) | Correct (as gridded) | Omitted or U Unscorable | Incorrect (as gridded) | Difficulty |
|---|---|---|---|---|---|
| 41 | 9 | 89 | | | M |
| 42 | 6 | 86 | | | M |
| 43 | 48 | 48 | | | E |
| 44 | 12.5 or 25/2 | 12.5 | | | M |
| 45 | 8 | 88 | | | M |
| 46 | 4/7 or .571 | | | 1.75 | H |
| 47 | 30 | | | 1.72 | H |
| 48 | 240 | 240 | | | H |
| 49 | 1/2 < x < 7/10 or .5 < x < .7 | 5/8 | | | H |
| 50 | 147 | 147 | | | H |

**U** You made more than one mark in a column; your answer was unscorable.

LAST NAME NAYAK
FIRST NAME DAVID
M.I. YEAR A 1985
GRADE 10
SCHOOL CODE 300185
OPTIONAL CODE
PSAT/NMSQT NO A795202205   TEST FORM S

scr/

# EXHIBIT D

**SAT Program**
**The College Board**

Score Report of:
Last Name: **NAYAK**
First Name: **DAVID**

Sex: M  DOB: **05/10/80**
Social Security No.: **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**

**A. NAYAK**
**DAVID**
**1906 CRIMSON LANE**
**BLOOMINGTON IL 61704**

## SAT I: Reasoning Test Scores

| Test Date | Grd Level | Verbal | Math |
|---|---|---|---|
| DEC97 | 12 | R 650 | R 690 |
| OCT97 | 12 | R 680 | R 680 |
| OCT96 | 11 | R 560 | R 610 |
| JAN96 | 11 | R 440 | R 560 |
| DEC95 | 11 | R 330 | R 540 |
| OCT94 | 09 | | |

## SAT II: Subject Test Scores

| Test Date | Grd Level | Test 1 | Test 2 | Test 3 |
|---|---|---|---|---|
| JAN98 | 12 | WR R660 | | |
| JAN98 | 12 | 2C R720 | | |
| NOV97 | 12 | 1C R740 | SL R470 | |
| NOV97 | 12 | WR R650 | | |
| MAY97 | 11 | 1C R650 | | |

| Multiple Choice | Essay | Listening | Reading | Usage |
|---|---|---|---|---|
| 56 | 79 | 53 | 63 | |

**R = RECENTERED SCORE**

## SCORE CHOICE HOLD

**SAT II: Subject Tests**

| | Test 1 | Test 2 | Test 3 |
|---|---|---|---|
| | WR R660 | | |
| | 2C R720 | | |
| | 1C R740 | SL R470 | |
| | WR R650 | #BY R520 | |
| | 1C R650 | #WK 430 #AH 380 |

| Multiple Choice | Essay | Listening | Reading | Usage |
|---|---|---|---|---|
| 56 | 79 | 53 | 63 | |
| | | 350 32 51 | | |

**# = SCORE CHOICE HOLD    R = RECENTERED SCORE**

## SAT I: Reasoning Test

| Test Date | Grd Level | Verbal | Math |
|---|---|---|---|
| JAN98 | 12 | | |
| DEC97 | 12 | R 650 | R 690 |
| OCT97 | 12 | R 640 | R 680 |
| NOV97 | 11 | | |
| MAY97 | 11 | R 560 | R 610 |
| DEC96 | 11 | R 400 | R 560 |
| DEC95 | 11 | | R 540 |
| NOV94 | 09 | | |
| OCT94 | 09 | R 330 | R 540 |

ETS USE ONLY

| Reg. No. | 1-1 Book No. | Essay Book No. |
|---|---|---|
| 4669160 | N6510004 | |
| 4665207 | H30030018 | |
| 3439088 | H29300168 | |
| 2097025 | N11800032 | |
| 1096073 | N25500281 | |
| 3147758 | N69100297 | |
| 9148053 | N47200028 | |
| 2399274 | N07120002 | |

# EXHIBIT E



| | | |
|---|---|---|
| USF MEDICAL GROUP | REQUESTED COMPLETED PSYCHOLOGICAL EVAL. DR. ERIC WARD, 1997&1985 | PAGE 60 DAVID A. NAYAK USMLE ID#:5-185-001-4 |

*-A commitment to life.*

## BEHAVIORAL HEALTH

*Teresa Fuhrman, Ph.D.*
*Shelley Falkin Gregg, Ph.D.*
*Robert C. Glazeski, Ph.D.*
*Marsha Lewis, M.S.W., L.C.S.W.*
*Mary Long, Ph.D.*
*Denise Reeves, M.A., N.C.C., L.P.C.*
*Glen V. Savior, Ph.D.*
*Mary Walling, Ph.D.*
*Eric M. Ward, Ph.D.*

## PSYCHOLOGICAL EVALUATION

**NAME:** David Nyak
**DOB:** 05/10/80
**AGE:** Seventeen
**GRADE:** Entering 12th, Phillips-Exeter Academy, Exeter, New Hampshire

**REFERRAL INFORMATION:** David was referred by his parents, Drs. Nicholas and Anjuli Nyak, for evaluation of possible Attention Deficit Disorder without hyperactivity. While David has high tested intelligence (he was tested as having a 131 IQ in this office at age five) and has done well academically and socially in a demanding prep school program, he has had what appears to be significant underachievement on group standardized testing, specifically, the SAT. David indicates that reading passages for information has been a particular difficulty as he finds himself re-reading each passage because of trouble concentrating. On the math portion, his answers are accurate, but large portions of the test remain undone at the conclusion of several of the timed intervals, so the remaining answers must be omitted or quickly estimated. David and his parents wonder if he is experiencing an attention deficit which has been masked over the years by his high intelligence, his motivation (there is often extreme diligence), the smaller group classes he has experienced at University High School and at Exeter, and the high interest level of his courses and projects. If, indeed, David does have an attention deficit that is being aggravated to a clinical level under these testing circumstances (lengthy test periods with few breaks under a time pressure and requiring very careful attention to detail), then perhaps he might qualify for accommodated testing so his scores would better reflect his current ability and achievement as well as his potential to do well in a challenging university program.

This evaluation consisted of a semi-structured Interview for Adult ADHD (Barkley, 1990), review of previous report cards and test scores, review of current teacher reports, and review of self and parent ratings of ADHD symptoms both as a child and as an older adolescent.

*114 W. Stratford Drive, Peoria, Illinois 61614. Phone (309) 687-8300 Fax (309) 687-8330*
*The Sisters of the Third Order of St. Francis*

**CURRENT CONCERNS:** David reports being easily distracted, difficulty sustaining attention to tasks, frequently shifting from one task to another, feeling restless and fidgeting, feeling always on the go, making decisions quickly, blurting out answers before the question is completed, and feeling impatient. He has difficulty remaining in the same place for an extended period, and notes that he feels always on the go. As an example, David, who is an accomplished golfer in line for college scholarships in golf, indicates that he often will read or engage in some other activity waiting for peers to take their turn during golf outings. He notes that he tends to "zone out" in class and, at times, during test taking. He notes that during study time, he works best if he is in the presence of others to help keep him focused, though this is true of small groups rather than large group study situations where he is more easily distracted. He and his parents feel that there were signs of distractibility in his grade school years, but there were signs of being restless and on the go during the preschool years.

David has historically been quite compliant with parent and teacher instructions and rules, has received glowing accounts of his adult and peer interactions at Exeter and was recently elected as school proctor for his senior year. He reports no history of drug and alcohol use. As a child, there was a period of trichotillomania with eyebrow and eyelash pulling, but David reportedly stopped at the direction of his parents without further recurrence. He also reports an earlier period of stomachaches that may have been stress related, but these are not current. He reports no history of seizures, head injury, loss of consciousness, high blood pressure, heart problems, or tics.

The family history reveals that a grandfather and an uncle experienced depression and that a grandfather and another uncle were alcoholic. His grandfather was also felt to have attentional problems, and one of his uncles was felt to be inattentive and impulsive. The child's father also reports having had some attentional difficulties.

David summarized his complaints by indicating that "it takes me a lot longer to do work and standardized tests that normal people can do very easily. I get good grades, but low test scores." Self-ratings of David on the ADHD Behavior Checklist for Adults are at or just under the 1.5 SD cutoffs for his age group on scales measuring inattention, hyper-impulsive, and the total score (combining inattention and hyper-impulsive). These ratings can, therefore, be said to be significantly elevated. Ratings of David by his father, both as a child on the Conner's scales and as an adult on the ADHD Behavior Checklist for Adults, were more significantly elevated to above two standard deviations above the mean on these same scales.

On the National Merit Scholarship test, David performed in the 54th percentile in verbal and the 87th percentile in math even though he received straight A's, was taking several accelerated classes, and teacher comments on his report card noted "very conscientious, hard worker, follows directions well, voluntarily participates, etc." David recalls homework requiring hours more in his case than with either siblings or peers at school. On his elementary school report cards, David had generally excellent grades but occasional check marks under "works independently" and other categories suggestive of ADHD.

Psychological Evaluation
David Nyak
Page 3

Interestingly, both parents, who are physicians, report similar histories and continued need for high structure, strong motivation, and preparation to overcome difficulties with concentration and attention to task.

David's previous IQ testing was reviewed, though it was given at quite an early age (4 years, 10 months). David was administered the McCarthy Scales of Children's Abilities on 03/21/85. Notes indicate that he was talkative, cheerful, interested in the materials, and cooperated readily. He received a general cognitive index of 131, placing him in the superior range. The McCarthy Scales have five subtests with scale indices that range between 22 and 78. A doubling of the scale index is a rough estimate of IQ for that subscale. He achieved the following scale indices:

| | |
|---|---|
| Verbal | 67 |
| Perceptual-Performance | 78 |
| Quantitative | 56 |
| Memory | 52 |
| Motor | 73 |

Academic achievement testing at the time revealed early first grade performance in math, reading recognition, and spelling despite his young age. David had been referred for possible placement in a gifted program. It should be noted that while these test results are from an early age, they do indicate not only areas of superior intelligence and giftedness, but scatter in the intellectual profile, which is more common with students with ADHD.

ASSESSMENT: In summary, this 17-year-old entering college senior appears to have an attention deficit that has been masked by his intelligence, very high motivation, and situational factors in his educational programs over the years (more one-on-one, more high interest in classroom presentations and material, etc.). Because of these factors, there were some signs of attention deficit, particularly in the area of homework (which required much extra effort and time), but no special interventions or accommodations were required. David more than made up for difficulties with concentration, staying on task, and completing his work because of his very compliant and strongly motivated attitude. He did experience initial significant difficulty in adjusting to prep school, but the difficulty seemed entirely in the area of time management and other study habits, which he was strongly motivated to overcome after just one semester when grades improved to their current A-B range. Group standardized testing has, however, more strongly highlighted his attentional problems.

Other students who have David's profile of gifted (though scattered) intelligence, but attention deficit, have done poorly not only on group standardized testing, such as the ACT or SAT, but on final exams when back to back 75 or 90 minute exams are scheduled two to three times each day over a two to three day period. Indeed, many students with ADHD who are gifted, receive accommodations only during final exams and during group tests. However, David's school used the Harkness method, which is a smaller-group cooperative learning approach that relies very little on timed or large-group tests. Most telling is the fact that David spends some six hours per night in study while most peers spend two hours. Also, on an untimed mock test of the

PSYCHOLOGICAL EVALUATION
David Nyak
Page 4

SAT, David has achieved in the 1400 range while on timed tests, his scores are in the 1200 range. The types of difficulties with study and test taking are not those typically associated with isolated learning problems, but instead, with problems in attention, concentration, and so on.

RECOMMENDATIONS:

1.  It is recommended that David apply for accommodated testing on both the SAT and the ACT. Test accommodations would include: a) longer time allowances for each subtest; and b) limiting the number of subtests taken each day so that testing would be spread out over a longer period (mornings and afternoons over two days or mornings only over three to four days).

2.  It is also recommended that David's physician, in consultation with David and his parents, consider a trial on medication. Implementation would be at their discretion. I would suggest Wellbutrin up to 150 mg bid. Initially, though, addition of a lower dose stimulant medication (Ritalin, Adderall, etc.) at a later time might be needed. Self, parent, and teacher ratings and self-reports could be reviewed by phone and, during a school break, in person to assist David's physician in titrating an appropriate dose.

3.  David will read Driven to Distraction by Ratey and Hallowell and also purchase Barbara Ingersoll's workbook on adult ADHD. We will review the necessity for the use of self-management strategies appropriate for ADHD individuals after the effects and side-effects of medication are better known. Two resources in areas near Exeter, New Hampshire would be: a) The Adult ADHD Clinic at University of Massachusetts Medical Center, Worcester, MA; contact Kevin Murphy, Ph.D.; or b) the office of Ned Hallowell, M.D., Cambridge, MA. Both programs have a national reputation and could provide information on programs that may be even more local to David's school that would provide individual or group training in self-management strategies appropriate for young adults with ADHD.

Eric M. Ward, Ph.D.
Licensed Clinical Psychologist

EMW/pj

cc: David Nyak
    Drs. Nicholas & Anjuli Nyak
    Dennis Brochu, Phillips-Exeter Academy

# EXHIBIT F

PAGE 18
DAVID A. NAYAK
USMLE ID#:5-185-001-4



Phillips Exeter Academy

*Office of the Dean of Students*

July 2, 2007

Disability Services
National Board of Medical Examiners
3624 Market Street
Philadelphia, PA 19104
Att : Testing Coordinator

Re: Nayak, David

Dear Sir/Madam,

This letter is to confirm that David was granted specific time extensions in testing situations during his senior year.
Some concerns about his ability to focus for an extended period of time on specific tasks and a certain demonstration of distractibility led to a more comprehensive neuroeducational evaluation during the Summer of 1997.
As a result of the testing which specifically suggested the accommodation of extended time as one of its recommendations, such a measure was put in place for the academic year 1998-1998. Consistent with our protocol which recognizes the benefits of extended time ( the word at that time was rather expressed as (untimed) as well as reducing the level of distractibility by isolating the student in question in testing situations , we provided such measures for David during the entire academic year,
David also benefited from extended time in all of his standardized tests that year , including his SAT I and II ( Math IIC and Writing). In terms of the ACT, he was also placed in an isolated testing environment.
These accommodations have proved very beneficial for David in his Senior year at the Academy. I would certainly support such a measure in this new evaluation process.
Please do not hesitate to contact with your questions or concerns.

Sincerely

*Denis O. Brochu*
Denis O. Brochu
Dean of Academic Affairs
Phillips Exeter Academy
Tel : 603-777-3411
dbroch@exeter.edu

---

20 Main Street    Exeter, New Hampshire 03833-2460    Tel (603) 777-3411    Fax (603) 777-4396

# EXHIBIT G



Services for Students with Disabilities
SAT® and PSAT/NMSQT® Programs
PO Box 6226 • Princeton, NJ 08541-6226
Voice: 609 771-7137  TTY: 609 882-4118
Fax: 609 771-7944  E-mail: ssd@info.collegeboard.org

November 6, 2007

David Nayak
345 East Ohio Street Apt. 1410
Chicago, IL  60611

Dear David Nayak:

You asked for confirmation that you were approved to take College Board Exams, which includes SAT, PSAT and AP, with accommodations.

This letter confirms that in October, November of 1997 and January of 1998 you were approved to take College Board Exams with accommodations.

Unfortunately, we no longer have record of your specific eligibility in our files.  We can confirm only that you received non-standard administrations of College Board Exams in 1997-1998.

We caution any reader of this letter that our confirmation of accommodations approved in the past does not mean an endorsement of the accommodations at the present time.

Sincerely,

Marcia Nixon, Senior Customer Service Representative

TO:  David Nayak
FROM:  Mrs. Jones, College Office
RE:  SAT II Writing
DATE:  October 30, 1997

You are registered to take the SAT II Writing (untimed) for this Saturday, November 1st.
You should report to the Exeter High School by 7:15am.  Do not get in line.  Go directly
to the registration table and let them know who you are and that you are scheduled to take
your test untimed.  (If you have a problem - and you shouldn't - ask to speak directly with
Mr. Peter Clark).  David, be sure to bring proper identification and at least two #2 pencils
with you.

You will take your SAT II Spanish and Math IC here at the Academy on Saturday,
November 8th  (probably at 8am in the Library - I will let you know for sure next week).

Good Luck on Saturday!

## SAT II
### The College Board

| | | | | | BIRTH DATE | | | |
|---|---|---|---|---|---|---|---|---|
| LAST NAME | FIRST NAME | M.I. | SEX | MO. | DAY | YR. | SOCIAL SECURITY NO. | REGISTRATION NO. |
| NAYAK | DAVID | A | M | 05 | 10 | 80 | 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 | 2047025 |

**ADMISSION TICKET**

Check your name (including middle initial), sex, birth date, and social security number. Errors will cause delays in reporting your scores.

Make corrections on the attached Correction Form and immediately return only the Correction Form to the SAT Program.

**Test Date**
**NOV 01 1997**

You Registered for: **WR**

HIGH SCHOOL CODES: If your high school code is missing or incorrect, your high school will not receive a score report. Add or correct your high school code on the Correction Form. See your school's College Board poster or ask your counselor for the correct code.

| HIGH SCHOOL CODE | SCHOOL NAME |
|---|---|
| 300185 | PHILLIPS EXETER ACADEMY |

STATE AND COUNTY OF RESIDENCE

| STATE | COUNTY |
|---|---|
| NH | ROCKINGHAM |

TEST CENTER NAME and ADDRESS        NO. **30-145**

EXETER AREA HIGH SCHOOL
TALBOT GYMNASIUM
30 LINDEN ST
EXETER NH

An asterisk (*) next to the center number indicates that you have been assigned to the nearest available test center because your original choices were full.

*Report to the test center between 8:00 and 8:15 a.m.*

Be sure to take to the test center

▲

- this Admission Ticket
- acceptable identification
- two No. 2 (soft-lead) pencils
- acceptable calculator
  (for Math IC, Math IIC)

DAVID A. NAYAK
20 MAIN ST
EXETER        NH 03833

TELL SUPERVISOR YOU ARE REGISTERED FOR:        REPORTING TIME IS NO
4 + - 5 HOURS FOR WRITING        LATER THAN 7:30 A.M.
REG TYP

REPORTS TO COLLEGES AND SCHOLARSHIP PROGRAMS: When registering, you requested that the following colleges or scholarship programs receive a score report. To correct or delete codes, use the Correction Form. Codes are listed in your *Registration Bulletin*. If invalid codes remain uncorrected, reports cannot be sent.

**NONE REQUESTED**

GET YOUR SCORES BY PHONE!
SEE *REGISTRATION BULLETIN* FOR INSTRUCTIONS.

YOU WILL NOT BE ADMITTED TO THE TEST CENTER
WITHOUT ACCEPTABLE IDENTIFICATION. (SEE OTHER SIDE.)

## SAT I
## The College Board

## ADMISSION TICKET

| LAST NAME | FIRST NAME | M.I. | SEX | BIRTH DATE MO. | DAY | YR. | SOCIAL SECURITY NO. | REGISTRATION NO. |
|---|---|---|---|---|---|---|---|---|
| NAYAK | DAVID | A | M | 05 | 10 | 80 | 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 | 3380082 |

Check your name (including middle initial), sex, birth date, and social security number. Errors will cause delays in reporting your scores.

Make corrections on the attached Correction Form and immediately return only the Correction Form to the SAT Program.

HIGH SCHOOL CODES: If your high school code is missing or incorrect, your high school will not receive a score report. Add or correct your high school code on the Correction Form. See your school's College Board poster or ask your counselor for the correct code.

Test Date:  **DEC 1997**

TEST CENTER NAME and ADDRESS      NO.

FOR EXACT DATE, TIME AND
LOCATION SEE THE TEST
COORDINATOR AT YOUR SCHOOL

An asterisk (*) next to the center number indicates that you have been assigned to the nearest available test center because your original choices were full.

*Report to the test center between 8:00 and 8:15 a. m.*

| HIGH SCHOOL CODE | SCHOOL NAME |
|---|---|
| 300185 | PHILLIPS EXETER ACADEMY |

STATE AND COUNTY OF RESIDENCE

STATE        COUNTY

Be sure to take to
the test center

▲

• this Admission Ticket
• acceptable identification
• two No. 2 (soft-lead) pencils
• acceptable calculator

DAVID A. NAYAK
1906 CRIMSON LANE
BLOOMINGTON    IL

YOU ARE REGISTERED FOR SAT I WITH
ADDITIONAL TESTING TIME & ACCOM
REG TYP

REPORTS TO COLLEGES AND SCHOLARSHIP PROGRAMS: When registering, you requested that the following colleges or scholarship programs receive a score report. To correct or delete codes, use the Correction Form. Codes are listed in your *Registration Bulletin*. If invalid codes remain uncorrected, reports cannot be sent.

| | |
|---|---|
| 3094 | BROWN UNIVERSITY |
| 2672 | PRINCETON UNIV |
| 3434 | HARVRD-RADCLFF FRESH |
| 3987 | YALE UNIVERSITY |

YOU WILL NOT BE ADMITTED TO THE TEST CENTER
WITHOUT ACCEPTABLE IDENTIFICATION. (SEE OTHER SIDE.)

GET YOUR SCORES BY PHONE!
SEE *REGISTRATION BULLETIN* FOR INSTRUCTIONS.

# ACT HIGH SCHOOL REPORT

NAYAK DAVID A
1906 CRIMSON LANE
BLOOMINGTON, IL 61714

MALE
05/10/80
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

HIGH SCHOOL CODE: 300-185
DATE TESTED: 02/98
YEAR OF H.S. GRADUATION: 1998

## ACT SCORES AND NORMS
(See ACT Assessment User Handbook)

| TESTS AND SUBSCORE AREAS | TEST SCORES (1-36) | SUBSCORE (1-18) | % OF COLL AND STUDENTS AT OR BELOW SCORE — NATIONAL | STATE |
|---|---|---|---|---|
| ENGLISH | 27 | | 89 | 88 |
| Usage/Mechanics | | 14 | 88 | 86 |
| Rhetorical Skills | | 14 | 91 | 89 |
| MATHEMATICS | 32 | | 99 | 98 |
| Pre Algebra/Elementary Algebra | | 17 | 98 | 97 |
| Intermediate Algebra/Coord. Geometry | | 18 | 99 | 99 |
| Plane Geometry/Trigonometry | | 15 | 95 | 92 |
| READING | 28 | | 87 | 86 |
| Social Studies/Sciences | | 15 | 90 | 89 |
| Arts/Literature | | 15 | 84 | 85 |
| SCIENCE REASONING | 30 | | 97 | 96 |
| COMPOSITE (Average) Score | 29 | | 95 | 94 |

NAT'L & STATE NORMS BASED ON RECENT H.S.
GRADUATES TESTED AS JRS OR SRS ON NATIONAL
TEST DATES. STATE NORMS ONLY IF 1,000 OR
MORE TESTED. OTHER NORMS IN USER HANDBOOK.
TYPE OF TESTING: SPECIAL

## SELF-REPORTED HIGH SCHOOL GRADE POINT AVERAGE (GPA)

GPA = 3.00

SPECIAL MESSAGE

INFORMATION ABOUT COLLEGES
(See ACT Assessment User Handbook)
Note: Some of this information (e.g., tuition and fees) may
have changed since it was reported to ACT by the colleges.

| | NAME | | | | | |
|---|---|---|---|---|---|---|
| 1840 | HARVARD-RADCLIFFE | MA | 17050 | MC | HSEL | 21900 |
| 3800 | BROWN UNIVERSITY | RI | 7189 | MC | HSEL | 22300 |
| 2588 | PRINCETON UNIVERSITY | NJ | 6438 | SC | HSEL | 22000 |
| 0618 | YALE UNIVERSITY | CT | 10955 | MC | HSEL | 22200 |

## THE EDUCATIONAL AND VOCATIONAL PLANS STUDENT INDICATED

EDUCATIONAL MAJOR — HIGH CERTAIN — DEGREE OBJECTIVE — SELF-ESTIMATE OF COLLEGE G.P.A.

FIRST VOCATIONAL CHOICE — HIGH CERTAIN — SECOND VOCATIONAL CHOICE

## THE SPECIAL EDUCATIONAL NEEDS AND INTERESTS STUDENT INDICATED

INDICATED NEED FOR HELP WITH: — INDICATED INTEREST IN: — ADVANCED PLACEMENT IN:

COLLEGE SELECTION ITEMS BY RANK ORDER — FIELD OF STUDY — OTHER FACTOR

TYPE — COST (MAX. TUITION) — LOCATION — SIZE — HOURS/WEEK

PLANS TO SEEK FINANCIAL AID: — NEEDS HELP TO FIND WORK:

## INTEREST INVENTORY (See ACT Assessment User Handbook)

| BASIC INTEREST AREA | STANDARD SCORE (1-99) | | |
|---|---|---|---|
| SCIENCE | 53 | 02/01 | T-S |
| ARTS | 100 | 01/20 | E-S |
| SOCIAL SERVICE | 42 | 02/01 | Y-S |
| BUSINESS CONTACT | | | |
| BUSINESS OPER. | | | |
| TECHNICAL | 46 | 02/01 | E-S |

MAP REGIONS (See back of report)

EOS RELEASE #

70660-000000825

## STUDENT'S RELATIVE RANK AT COLLEGE

ACT TEST AREAS

| | | | | | |
|---|---|---|---|---|---|
| 12 | 57 | 13 | 48 | 21 | |
| 35 | 85 | 33 | 72 | 48 | |
| 22 | 80 | 20 | 67 | 33 | |

ACT ASSESSMENT HIGH SCHOOL REPORT

# EXHIBIT H

 **Cornell University**

Center for Learning and
Teaching
**Michele D. Fish**
Associate Director,
*Student Disability Services*
420 Comp. & Comm. Ctr.
Ithaca, New York 14853-6601
t. 607.254.4545
f. 607.255.1652
e. mdf6@cornell.edu

June 27, 2005

To whom it may concern:

David Nayak was enrolled as a matriculated student at Cornell University from August 1999 through May 2003. In August 1999, Mr. Nayak presented Student Disability Services with documentation of a disability. Based on the documentation he provided at that time, as well as on subsequent documentation, David became eligible for the following academic accommodations:

- Extended test-taking time, up to 50% more time than that given to other students for tests and in-class assignments, except for science exams and quizzes, on which he received 100% more time.

- An alternative test location to reduce distractions.

Cornell University supports and complies with section 504 of the Rehabilitation Act of 1973, and the Americans with Disabilities Act of 1990. If we can be of any further assistance, please feel free to contact us.

Sincerely,

Michele D. Fish
Associate Director

# EXHIBIT I

**Felicitas S. Sebastian, Ph.D.**
Licensed Clinical Psychologist
814 N. Center St.
Bloomington, IL 61701
(309) 828-1134

## MULTI-DISCIPLINARY EVALUATION
## (CONFIDENTIAL)

### Identifying Information:

**Name:** David A. Nayak
**Address:** 1906 Crimson Lane Bloomington, IL 61704
**Date of Birth:** 05-10-1980
**Age :** 20.7 years old
**Date of Examination:** 12-28-2000 and 01-02-2001
**Examiners:** Tom Nylund, M. S. and Felicitas S. Sebastian, Ph. D.

David is a 20-year-old American-born Asian, single, male who was referred by his mother, Dr. Anjuli Nayak, for further ADHD evaluation to ascertain his need for 2.0 hours extended time for Science examinations. He was diagnosed with ADHD by Dr. E. Ward in August, 1998. He was seen for individual therapy and was prescribed Wellbutrin. This medication, according to David, did not help with his attentional problems so he stopped using it. He was then put on Adderall early part of this year. This seems to have improved his attentional difficulties but his reading problems are still a struggle for him. He continues to spend long hours studying and doing his school work, including the use of extended time for final tests/examinations. David was born in the States and was schooled here. He is the oldest of three children, all boys. He is a Junior in Pre-medicine.

### Presenting Problems and History of Those Concerns:

Since grade school David stated that he has always had problems with inattention, following through with instructions, organizing tasks and activities, and completing them. He also added that he always had problems with concentration, remembering things, and comprehending what he reads. He said reading has been a struggle eversince he started ~chool. It has been "normal" for him to read materials over and over again. He also added ...at he usually spends 4 to 5 hours studying and doing schoolwork everyday; typically spending 2 1/2 hours for each class. He said that even in grade school, it was a normal routine for him to go to bed close to midninght. In high school, he continued to spend extra long hours with school work, got good grades but low test scores especially in group standardized testing. It was not until he was a Senior in high school when he was

Nayak-Evaluation....p.2

diagnosed with ADHD and was put on medication. David's attentional deficit has been )sked over the years by his extreme diligence, high intelligence, small group classes he has experienced in University High School and at Exeter and the high interest level of his courses.

As a Freshman at the University of Illinois, David was given extended time during his final tests and examinations. A similar accommodation for his disability was awarded to him when he entered Cornell University in the Fall of 1999. David was given 1.5 ours on most exams and 2.0 hours on some Science/Chemistry exams. He noted that the 2.0 hours testing time has been very helpful in the past. Last Fall semester, his 2.0 hours accommodations for Science exams was questioned by the Student's Disability Coordinator. He was requested to support his need for special service through psychological testing.

**Medical, Developmental, and Family History:**

Dr. A. Nayak, David's mother, reported that she did not have any problems with her pregnancy or delivery of David. She did not ingest alcohol, drugs, nicotine, or caffeine during pregnancy. She carried him to full term and he was delivered normal. She reported David did not have any health complications following birth and had no major medical problems as a child. She also stated that he met his developmental milestones on schedule except toilet training. He was 4 to 5 years old when he had bladder and bowel control.

David's family has a history of arthritis, diabetes, heart disease, alcoholism and depression. His maternal and paternal grandmothers have bouts of depression. His paternal grandfather was alcoholic and manic-depressive. A paternal uncle, who committed suicide, was also manic-depressive and had attentional problems. David's father, who is also a medical doctor, has had problems with anxiety and depression. Although he is not formally diagnosed with ADHD, he stated that he fits all the symptoms just like his son. Dr. Nayak has had difficulties with concentration, remembering things, organizing tasks and completing them, and always struggled with reading and comprehension.

David reported problems with anxiety and sleep. According to him, it usually takes him 45 minutes to an hour to fall asleep. He said it is seldom that he is able to sleep straight through the night. Many times when he could not get back to sleep, he would just get up ) ready for the day. Then he takes naps during the day for about 30 to 45 minutes. IIs sleep difficulty happens 2-3 times per week. He added that usually he has a hard time king up and getting ready in the morning. David also reported anxiety problems. He ld that he used to bite his nails when he was nervous. His anxiety is now manifested by

Nayak-Evaluation... p.3

shaking his legs and tapping his foot or fingers. In class, he needs to take breaks in order to re-focus. He added that most of his worries are about school and being able to perform his best. Upon David's diagnosis, he was put on Wellbutrin, but took himself off it when it did not help. He has been on Adderall since March of 2000. He takes 10 mg twice a day.

David reported no history of drug and alcohol use. There is also no history of seizures, head injury, loss of consciousness, high blood pressure, heart problems or tics. He is in the college golf varsity team and has to maintain good health. He claimed he is a "health nut": eating a balanced diet and doing weights 4 to 5 times a week for physical fitness. David also denied any history of abuse or trauma in the family. He said that his parents are hard-working people who immigrated here in the States and became successful physicians. His parents, according to him, are devoted to him and his siblings.

## School and Social History:

David reported that he always liked school even if he had always struggled with it. Since grade school, he has had difficulties with sustaining attention in tasks, following through instructions; organizing tasks and activities. He was also easily distracted; forgetful in daily activities; often restless and fidgety; often acted as if "driven by a motor"; blurted out answers before the question is completed and often interrupted on others. He added that reading has always been difficult for him. In order to understand and retain the concepts, he has to read the materials over and over again. He also sought teachers and tutors after class to help him comprehend his lesson. He usually spends at least 4 hours everyday to complete his assignments. He added that everything he learns he has to work 4x harder than his peers or others. These difficulties were carried through high school. Because of his high motivation, diligence, good study habits, and high intelligence, his grades have been in the A-B range. However, on standardized tests like SAT or final exams, he always scored below his ability. For example, on the National Merit Scholarship test, David performed in the 54th percentile in verbal and in the 87th percentile in Math even though he received straight A's, was taking several accelerated classes, and teachers noted "hard worker, follows directions well, very conscientious, etc". He and his parents were not aware yet of his attentional problems. After being diagnosed and put on Adderall, he noticed improvements. He is now better able to organize his tasks and activities, concentrate during lectures and remember things. However, his difficulties in reading and scores on timed test/examinations did not change. He continues to have lower scores on timed tests/exams. Recently, this became more apparent in his Science final exams when he could finish only 75% of the test material within 1.5 hours testing time. Despite not answering 25% of the test, he was still able to fall within the average range in the class. It is obvious that had he been given an extra half hour, he would have gotten a higher score

Nayak-Evaluation....p.4

and should reflect his true ability or class standing.

David never repeated a grade nor was he expelled or suspended from school. However, he always had a tutor to help him with his school work. David has never had a job while in high school because he attended a boarding school. He followed a very structured curriculum and routines. David reported that his interactions with peers have been always secondary to his school work. However, he reported no problems with socialization and forming friendships. He decribed himself as laid back, liberal and a "cool guy". David has no problems with temper, or alcohol, and has never been arrested for DUI nor has his driver's license been suspended.

## Psychological Testing

The IQ, the achievement tests and the Gordon Diagnostic System were administered by Tom Nylund, M. S. The results were supervised and interpreted by Felicitas S. Sebastian, Ph. D. She also administered the rest of the psychological testing and interpreted them.

## Tests Administered

Wechsler Adult Intelligence Scale - III (WAIS-III)
Wechsler Individual Achievement Test - 3 (WIAT)
Wide Range Achievement Test - 3 (WRAT)
Gordon Diagnostic System (GDS)
Brown ADD Scales
Child and Adult ADHD (Brown ADD Scales) Questionnaires; Alcohol Use Questionnaires - one by client and his parents
Minnesota Multiphasic Personality Inventory - 2 (MMPI-2)

## Behavior Observations

David approached the testing session in a cooperative and friendly manner and was compliant throughout the evaluation. His appearance and grooming seemed adequate and appropriate. At the time of testing, he said that he had taken his medication prescribed his psychiatrist, to reduce symptoms of ADHD.

Nayak-Evaluation....p.5

David appeared calm, motivated, focused, and he appeared to do his best. He had a deliberate style of answering and working on most problems. Attention and effort were excellent. Most work was completed with an orderly plan and self-correction was noted throughout the evaluation. Responses were usually made in a reflective, thoughtful manner. Signs of impulsivity or carelessness were not observed. His activity level was observed to be within normal limits for his age. However at times, he tapped his foot while working on a task. It was also noted that on segments of the test that required reading, he spent more time going over the material several times. He also commented that many of the items in the MMPI-2 confused him. So he had to read them again and processed the concept slowly and carefully.

David conversed fluently and spontaneously on many topics, demonstrating excellent communication skills and verbal expression. Instructions of the evaluation were followed carefully and he seemed to understand them without any difficulty. When new tasks or new instructions were presented, there seemed to be no difficulty adjusting or responding appropriately. He accepted the challenge of the more difficult questions and problems with greater interest and attention, showing few signs of frustration or lack of effort as the complexity of the questions increased. On the GDS, David seemed to be able to pay attention, and he appeared neither impulsive nor hyperactive.

In general, it was assumed that a valid and reliable sample of David's true ability and optimal performance was obtained.

## Test Results and Interpretations

### Cognitive Functioning

On the WAIS-III, David obtained a Verbal IQ of 115, a Performance IQ of 116 and a Full Scale IQ of 116 which place him at the national percentile ranks of 84, 86, and 86, respectively, and which classify him in the High Average range of intellectual functioning.

David's ability on Verbal subtests was comparable to his ability on Performance subtests, suggesting that his verbal and auditory processing skills are comparable to his fine motor and perceptual-organizational skills.

Relative to peers, David demonstrated strengths in remote memory, in mental computation and concentration, in visual attention to essential details, and in analogic thinking. Relative to peers, he displayed normal ability in auditory attention and short-term memory, in word knowledge and language development, in social and common-sense judgment, in verbal concept formation, fluency and abstract reasoning, in sequencing ability and anticipation of

**Nayak Evaluation...p.6**

consequences, in visual analysis and construction of visual tasks, in perceptual organization and visual-motor coordination, and in eye-hand speed and coordination. Relative to peers, he showed no weaknesses.

With the scaled scores of 8 to 12 being within normal limits, he obtained the following index scores and age scaled subtest scores:

| | IQ Score | %ile | Range |
|---|---|---|---|
| Verbal IQ | 115 | 84 | High Average |
| Performance IQ | 116 | 86 | High Average |
| Full Scale IQ | 116 | 86 | High Average |
| | | | |
| Verbal Comprehension | 112 | 79 | |
| Perceptual Organization | 118 | 88 | |
| Working Memory | 113 | 81 | |
| Processing Speed | 108 | 70 | |

**Note:** David's Processing Score is the lowest compared to the rest.

| Verbal Subtests | Scaled Score | %ile | Performance Subtests | Scaled Score | %ile |
|---|---|---|---|---|---|
| Vocabulary | 10 | 50 | Picture Completion | 13 | 84 |
| Similarities | 12 | 75 | Digit Symbol | 11 | 63 |
| Arithmetic | 14 | 90 | Block Design | 11 | 63 |
| Digit Span | 12 | 75 | Matrix Reasoning | 15 | 95 |
| Information | 15 | 95 | Picture Arrangement | 12 | 75 |
| Comprehension | 12 | 75 | Symbol Search | 12 | 75 |
| Letter-Number Seq. | 11 | 63 | | | |

Note: David's lowest score is Vocabulary which is the foundation of reading ability.

summary, David obtained a High Average intelligence ability, and showed comparable ability with verbal and language tasks, and with fine motor and perceptual-organizational s...

Nayak-Evaluation...p.7

## Achievement Test Results

### Wechsler Individual Achievement Test (WIAT)

| | Raw Score | Age* S.S. | 90% Confidence Interval | Age* % ile | Grade Equiv. |
|---|---|---|---|---|---|
| Basic Reading | 55 | 114 | 106 – 122 | 82 | >12:9 |
| Math Reasoning | 50 | 123 | 115 – 131 | 94 | >12:9 |
| Spelling | 47 | 117 | 108 – 126 | 87 | > 12:9 |
| Reading Comprehension | 37 | 129 | 118 – 140 | 97 | > 12:9 |
| Numerical Operations | 37 | 102 | 91 – 113 | 55 | 10:4 |
| Listening Comprehension | 32 | 115 | 105 – 125 | 84 | > 12:9 |
| Oral Expression | 36 | 116 | 109 – 123 | 86 | > 12:9 |

Note: The Age standard score, and the Age % ile is calculated based on a norm table which is valid through age 19 years and 12 months. David is 20 years and 7 months old, and thus is older than the norm table used in the calculations.

David's academic achievement in Reading, Mathematics, Spelling, and Listening were all commensurate with his level of education. His performance in numerical operations was somewhat below his level of education.

### Wide Range Achievement Test - 3

| | Raw Score | Age S.S. | Age % Rank | Grade Equiv |
|---|---|---|---|---|
| Reading | 49 | 106 | 66 | >HS |
| Spelling | 44 | 106 | 66 | >HS |
| Arithmetic | 44 | 106 | 66 | HS |

Abbreviations used in the above table: Equiv. = Equivalent. %Rank = National Percentile Rank. S.S. = Standard Score (mean equal to 100, standard deviation to 15).

David's performance in Spelling and Word Recognition were commensurate with his education. His results in Math were below his level of education. The results of his WRAT- 3 test is lower than that of the WIAT.

Nayak-Evaluation... p.8

## Attentional Performance

On the **GDS**, which is a visual performance test designed for use in the diagnosis of children and adults with ADHD, David demonstrated normal abilities in the Vigilance and Distractibility Tasks.

He obtained the following %ile scores on the **GDS**;

| | Percentile |
|---|---|
| **Vigilance Task** | |
| Correct | 9 |
| Commissions | 68 |
| Latency | 46 |
| **Distractibility Task** | |
| Correct | 78 |
| Commissions | 75 |
| Latency | 35 |

In summary, David was able to pay attention and respond appropriately under the conditions of the test. It is fair to conclude that David's good performance was probably due to the medication he took at the time of testing.

On the **Brown ADD Scales,** David's total score is 87 which falls in the highly probable range. His father's rating (Total Score - 96) is also in the highly probable range.

| | Raw Score | T-Score |
|---|---|---|
| Activation | 26 | 94 |
| Attention | 26 | 91 |
| Effort | 15 | 73 |
| Affect | 5 | 50≤ |
| Memory | 16 | 89 |

Review of self and parent ratings on the ADHD Behavior Checklist and symptoms both as a child and as an adult, showed David's score to be significant.

Nayak-Evaluation...p.9

## MMPI-2 Personality Testing:

On the MMPI-2, David's validity scale falls in the normal range. He seems to endorse the items in a consistent manner. He also appears to have responded to the items frankly and openly. He acknowledges psychological and emotional difficulties. His basic scales indicate that he is overactive; have difficulties in concentrating and attending; and find it difficult to relax. It also suggests that he is more likely to be agitated, angry, and difficult to interact because of impulsivity, hyperactivity, and guarded attitudes. Individuals with similar profile like his are quite creative people who start many projects but find it difficult to see them through to completion. They also are emotionally labile, experience flight of ideas, and struggle over conflicts between achievement and dependency. They are often frustrated by their failure to achieve. David's profile also indicate problems with authority and conflicts with family members. However, he considers himself happy, carefree, confident and reliable.

## Diagnostic Formulation and Recommendations:

David is a 20-year-old American-born Asian, single, male who was referred by his mother for further evaluation of ADHD to ascertain his need for 2.0 hours extended time for science examinations. David participated in a structured interview and underwent psychological testing. His parents answered sets of questionnaires on ADHD and provided their observations and information about David's medical, developmental, and family history. Along with these data, previous school report cards, standardized national tests, and clinical treatment history with his former psychologist were also reviewed.

Based on the information gathered from family members, diagnostic interview with the client, teachers' report cards, as well as psychological testing, the following is our diagnostic impression:

AXIS: I          314.01  Attention Deficit Hyperactivity Disorder Combined
                 309.24  Adjustment Disorder with Anxiety

AXIS: II         799.90  Deferred

AXIS: III        None as per client's report.

AXIS: IV         academic issues

AXIS: V          60

Nayak-Evaluation...p10

**Recommendations:**

1. David's psychological evaluation validated that he is suffering from Attention Deficit Hyperactivity Disorder, Combined and Adjustment Disorder with Anxiety. At the time of testing, results of his IQ (subtest of WAIS-111), achievement tests, and Gordon showed that his medication is helping to reduce his ADHD symptoms. Studies have shown that use of stimulants is effective in the treatment of ADHD (Horrigan, B.,2000; Sachdev, T.,2000; Klein & Abikoff, 1997; & Greenhill, 1995). However, David's scholastic history has shown that all his life he has had problems performing well in group standardized testings and timed tests/examinations. The results of these tests did not reflect his true ability. Under time pressure, he has done below his capability. However, he has compensated through long, extra hours of studying and doing his homework, high intelligence and extreme motivation and diligence to get good grades and remain in his chosen field.

Since his diagnosis in 1998, David has been accommodated extended testing time during his examinations by the institutions he has attended in, including the present university. From the Fall of 1999 to the last semester of 2000, David has been given 1.5 hours on most exams but 2.0 hours on some Science/Chemistry tests upon the discretion of his professors. Recently, on a Science exams, he was given a 1.5 testing time only and only finished answering 25% of the test. Despite this, his scores still fell within the average rank of the class. It follows that given another half time, he would probably have gotten a much higher score.

In addition to having ADHD, David also has anxiety. Inidividuals with ADHD usually suffer from anxiety or other affective disorder. My theory is that his anxiety exacerbates his attentional problems when performing under time pressure, making his ability to concentrate and process the materials more difficult. David wants to be a medical doctor, just like his parents. He is presently enrolled in the pre-medicine department. He is highly intelligent, extremely motivated to pursue his career plan, and is working very hard towards it. It would be a great failure if his present need for extra half hour testing time for science classes will not be accommodated.

. David should continue medical management with his psychiatrist, Dr. R. Paturi, to monitor his medication for ADHD and to address his anxiety problems.

Felicitas S. Sebastian, Ph. D.
Licensed Clinical Psychologist

Tom Nylund, M. S.
Licensed Clinical Professional Counselor

# EXHIBIT J

**Eastland Psychological Services, Ltd.**
*Consultants for Personal Effectiveness and Family Well-Being*

Telephone: (309) 663-1623
Facsimile: (309) 663-2310

# Psycho-Educational Evaluation

<u>Name</u>: David A. Nayak
<u>Date of Birth</u>: 5/10/1980
<u>Date of Testing</u>: 7/13/2002

<u>Reason for Referral</u>
David is a 22-year-old, Asian, never-married, male who is entering his senior year at Cornell University. He has a documented history of Attention-Deficit/Hyperactivity Disorder (AD/HD). After being diagnosed with AD/HD in 1998, he has been accommodated with extended time for test-taking during high-school, in college, and for other scholastic aptitude tests (e.g., the SAT and ACT). David applied for this same accommodation of extended time for the 8/17/2002 administration of the Medical College Admission Test (MCAT). The MCAT program office has requested further documentation to determine if David's AD/HD meets the requirements as a covered disability under the Americans with Disabilities Act (ADA).

<u>Assessment Procudures</u>
Review of all previous psychological (AD/HD) evaluations and of treatment summaries
Comprehensive Clinical Interview
Wechsler Adult Intelligence Scale – Third Edition (WAIS-III)
Woodcock-Johnson Psychoeducational Battery-Revised: Tests of Achievement (WJ-R)
Gray Oral Reading Test – Third Edition (GORT-3)
Wechsler Memory Scale – Third Edition (WMS-III)
Test of Variables of Attention (TOVA)

<u>History of Presenting Problems</u>
There is a strong history of AD/HD within David's family. Although formally undiagnosed, David's father reportedly exhibits symptoms of AD/HD; in addition, both of David's brothers have been diagnosed with AD/HD. However, because of his superior intelligence, his great perseverance and diligence, and his strong desire to achieve his goals, David was able to mask his AD/HD symptoms until his senior year of hgih-school. Despite being in advanced placement and accelerated courses in grade-school and high-school, David reports that his teachers often said that he was disorganized and was not working up to his potential. David reports that he has always experienced difficulties with focusing his attention and sustaining his concentration, in his short-term memory retrieval, and with reading comprehension. Most notably, he describes continuing to need to read

and re-read materials several times before achieving adequate comprehension. David currently takes *Adderall* 10mgs BID to alleviate his AD/HD symptoms.

David denies mis-using any drugs, denies any nicotine use, and reports to drinking no more than two to four glasses of red wine per week. Although he describes his mood as anxious most of the time, clinical history reveals no psychiatric/mental-heath, psycho-social, medical, or neurological conditions which might alternately explain his presenting symptoms.

### Results & Findings

Testing was started approximately one hour after David taking his *Adderall*. Because of his anxious tendencies, extra effort was made at the start to ensure that he felt calm and composed. Also, during the six hours of testing, he requested and took regular breaks. Throughout, David was cooperative, pleasant to work with, and diligent in his approach to all questions and tasks. All-in-all, the following results are therefore considered accurate measures of his current capabilities.

On the WAIS-III, David achieved a Verbal I.Q. Score of 130 (98th Percentile), a Performance I.Q. Score of 132 (98th Percentile), and a Full Scale I.Q. Score of 135 (at the 99th Percentile). All of these IQ scores are within the Very Superior range. His Subtest Scaled Scores were as follows:

| Verbal | | Performance | |
|---|---|---|---|
| Vocabulary | 15 | Picture Completion | 15 |
| Similarities | 12 | Digit Symbol Coding | 16 |
| Arithmetic | 15 | Block Design | 13 |
| Digit Span | 16 | Matrix Reasoning | 15 |
| Information | 15 | Picture Arrangement | 13 |
| Comprehension | 14 | Object Assembly | (6) |
| Letter-Number Sequencing | (15) | Symbol Search | (16) |

For a measure of David's current levels of academic achievement, David was administered the Woodcock-Johnson (WJ-R). His WJ-R scores were as follows:

| Standard Battery Tests | Standard Score | Percentile |
|---|---|---|
| Letter-Word Identification | 133 | 99 |
| Passage Comprehension | 103 | 58 |
| Calculation | 111 | 78 |
| Applied Problems | 106 | 65 |
| Dictation | 100 | 50 |
| Writing Samples | 171 | 99.9 |
| Science | 114 | 82 |
| Social Studies | 99 | 47 |
| Humanities | 100 | 50 |

**WJ-R Standard Battery Clusters**

| | | |
|---|---|---|
| Broad Reading | 122 | 93 |
| Broad Mathematics | 109 | 74 |
| Broad Written Language | 129 | 97 |
| Broad Knowledge | 100 | 50 |
| Skills | 115 | 84 |

**Supplementary Battery Tests**

| | | |
|---|---|---|
| Word Attack | 136 | 99 |
| Reading Vocabulary | 121 | 92 |
| Quantitative Concepts | 115 | 85 |
| Proofing | 99 | 47 |
| Writing Fluency | 115 | 84 |
| Punctuation & Capitalization | 96 | 40 |
| Spelling | 99 | 46 |
| Usage | 93 | 32 |

**Supplemental Battery Clusters**

| | | |
|---|---|---|
| Basic Reading Skills | 137 | 99 |
| Reading Comprehension | 111 | 77 |
| Basic Mathematics Skills | 115 | 84 |
| Basic Writing Skills | 99 | 48 |
| Written Expression | 147 | 99.9 |

In order to test the limits of David's reading difficulties, he was administered three passages from the GORT-3. The GORT-3 is designed for the purpose of: identifying students who are significantly below their peers in oral reading proficiency and who may profit from supplemental help; determining the particular kinds of reading strengths and weaknesses that individual students possess; documenting students' progress in reading as a consequence of special intervention programs; and serving as a measurement device in investigations where researchers are studying the reading abilities of school-age students. On the GORT-3, the examinee is rated on their Reading Rate, Reading Accuracy, and Reading Comprehension. The test is normed for people ranging in age from 7 to 19 years-old. David is 22-years-old, and is therefore beyond the developed norms. His results are based on the 18 years to 18 years, 11 months age-norms.

On the GORT-3, David achieved a Standard Score of 14 (91st Percentile) for Reading Rate and a Standard Score of 16 (98th Percentile) for Reading Accuracy. However, he achieved a Standard Score of 13 (84th Percentile) for Reading Comprehension. After reading a passage/paragraph, the examinee turns the page and immediately answers five comprehension questions. Respectively, for each of the three passages he read, David accurately initially comprehended: 3 out of 5 correct, 1 out of 5 correct, and 1 out of 5 correct. Allowing him afterward to re-read each of the passages dramatically improved his comprehension. These results demonstrate that although David reads adeptly, he experiences significant deficits in comprehension and must read and re-

read material in order to acquire expected levels of understanding and retention of what he has read.

For a measure of David's information-processing abilities, David was administered the Wechsler Memory Scale (WMS-III). His Subtest Scaled Scores on the WMS-III were as follows:

| | |
|---|---|
| Logical Memory I | 10 |
| Faces I | 6 |
| Verbal Paired Associates I | 8 |
| Family Pictures I | 5 |
| | |
| Letter Number Sequencing | 13 |
| Spatial Span | 9 |
| | |
| Logical Memory II | 10 |
| Faces II | 9 |
| Verbal Paired Associates II | 9 |
| Family Pictures II | 5 |
| Auditory Recognition | 7 |

Resulting in the following WMS-III Primary Index Scores:

| | Sum of Scaled Scores | Index Score | Percentiles |
|---|---|---|---|
| Auditory Immediate | 18 | 94 | 34th |
| Visual Intermediate | 11 | 71 | 3rd |
| Global Immediate Memory | 29 | 80 | 9th |
| | | | |
| Auditory Delayed | 19 | 97 | 42nd |
| Visual Delayed | 14 | 81 | 10th |
| Auditory Recognition Delayed | 7 | 85 | 16th |
| | | | |
| General Memory | 40 | 86 | 18th |
| Working Memory | 22 | 105 | 63rd |

Serious limitations in David's information-processing and memory functioning are apparent from comparing David's WMS-III results to his intellectual aptitudes as determined by the WAIS-III. The WMS-III General Memory Index is considered the best overall measure of an individual's memory of newly learned information after delays during which intervening cognitive activity occurs - - David's falls in the Below Average range. His below average Auditory Recognition Delayed Index also reflects his deficits for recognizing information that he has previously heard. The WMS-III Immediate Memory Index is considered the best global indicator of an individual's ability to acquire and immediately recall information - - David's falls in the Below Average range, and also

reveals a significant weakness in his processing of visual information relative to his processing of auditory (spoken) information.

In order to determine the patterns of David's attention problems, he was administered the TOVA. The TOVA is a well-validated and highly reliable computerized neuropsychological test specifically developed for diagnosing attentional deficits and for monitoring their treatment.

In order to measure the effect of his medication on his attention problems, David was administered the TOVA twice. First, at 8:00 AM, before having taken any *Adderall* for the day. Then at 10:45 AM, approximately two hours after his 10 mgs dose of *Adderall*.

The results of the TOVA obtained at 8:00 AM were not within normal limits, and indicate that in an unmedicated state David experiences severe difficulties in his sustained attention and with his impulse-control. During all four quarters, his Omission/Inattention errors were excessive: ranging from 11% to 46%, for a Total Standard Score <40 (reflecting a greater than -4 standard deviation). His Commission/Impulsivity errors were also excessive during three of the four quarters, particularly during the first half of the test with Standard Scores of <40 reflecting greater than -4 standard deviations.

On the TOVA obtained at 10:45 AM, when his medication likely was providing therapeutic effect, David's ability to sustain his attention and to regulate his impulses was much improved. In stark contrast to the earlier TOVA, across all four quarters David made zero Omission/Inattention errors and made normal-range (0% to 6%) Commission/Impulsivity errors.

Objectively, the results of David's TOVA obtained while he was unmedicated confirm his Attention-Deficit/Hyperactivity Disorder. The second TOVA demonstrates the strongly positive response David is obtaining from the *Adderall* for AD/HD symptom-management.

During clinical interview, David reports that he has suffered from chronic (since childhood) and pervasive (across multiple life-areas) problems with inattention and hyperactivity-impulsivity to a degree that is maladaptive and inconsistent with his development level. His symptoms meet the DSM-IV diagnostic criteria for Inattention and Hyperactivity-Impulsivity. These problems originated during early childhood, cause him significant distress, and are more pronounced than other males in his age group. David reports the following current symptoms which have been evidenced since his youth, and which have been present for at least the past six months: fidgetiness and feeling restlessness – David experiences extreme difficulties during each classes, during golf practice (he is a member of the Cornell Golf Team), during movies, during national golf tournaments, and pre-bedtime; difficulty remaining satisfied – he continually attempts more and more tasks in a desire to succeed and always feels that he can do better; being easily distracted – starting multiple tasks at once; difficulties with tasks that require solid attention; difficulty waiting his turn – at movies, lunch lines, grocery store; trouble sustaining attention to tasks – reading assignments that need to be read and re-read, struggling to complete writing assignments, needing multiple breaks during tasks; frequently shifting from one activity to another – doing four things at once (e.g., laundry, cleaning his room, watching stock market while getting ready for the morning, reading the paper or using cell phone while driving; difficulty doing tasks alone – he requires frequent

reminders from his parents and peers to stay on task; interrupting or intruding on others – he frequently interrupts conversations with his parents and/or peers; talking excessively and too much – i.e., long conversations of meaningless data; losing important things or forgetting a lot – his wallet, passport, keys, cell phone, shoes, keys, books; feeling always on the go as if driven by a motor – feeling that he constantly needs to be moving, achieving, learning both in coursework and in recreational activities, shaking his leg, rapidly chewing gum; being impulsive – having spontaneous outbursts, changing activities very quickly.  David further reported that in the past, grade-school through high school, he was reprimanded more than his peers for with blurting out answers, talking in classes, and for difficulties with dis-organization and poor follow-through.

## Diagnostic Impressions

Attention-Deficit/Hyperactivity Disorder – Residual Adult Form.

David also experiences some anxiety, secondary to his AD/HD and his other learning disabilities.

## Conclusions & Recommendations

David Nayak is an intellectually gifted individual with documented learning and performance disabilities caused by Attention-Deficit/Hyperactivity Disorder and Reading Comprehension problems.  Because of these disorders, since the end of high-school, he has been receiving reasonable accommodations under the ADA in the form of extra time to complete tests/exams.  He is an example of one of the reasons this law was enacted - - an otherwise capable/qualified person with a disability who needs accommodations in order to contend with his non-disabled peers.  David has a documented disability with deficits in reading comprehension, sustained attention, and memory functioning (information processing).  He is not a young man who is requesting additional test-taking time in an attempt to gain a higher score.  His high-school and college records demonstrate that, in order to accurately measure his true proficiencies, providing extended time during testing is a necessity for him.  As documented, David's disabilities impair the major life activity of learning, as such he is entitled to the accommodation of extended time in testing and for other timed activities.  Therefore, he is entitled to and should be granted double time during the MCAT administration.

Pamela R. Dwyer, LCPC, CRC
Licensed Clinical Professional Counselor
Certified Rehabilitation Counselor

Mel French, Psy.D., CADC
Licensed Clinical Psychologist
Certified Alcohol & Drug Abuse Counselor
Board Certified Diplomate in Medical Psychology
Fellow, American College of Advance Practice
    Psychologists

# EXHIBIT K

Display Score Report



## AAMC MCAT Report of Scores

### CONFIDENTIAL

**Name:** NAYAK, DAVID AARON
**SSN:** 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
**AAMC ID:** 11488971
**Date of Birth:** 05/10/1980
**Gender:** Male
**Verification Code:** HBUI-YW6V-Q8DP-4E6F

3 MCAT exam(s) since 1991. 3 MCAT exam(s) included in this report.

| Test Date | 08/2003 (Series 26) | Score | Percentile |
|---|---|---|---|
| Scores: | Verbal Reasoning | 09 | 52.2 - 67.7 |
| | Physical Sciences | 08 | 42.5 - 59.1 |
| | Writing Sample | R | 87.0 - 96.0 |
| | Biological Sciences | 10 | 64.5 - 81.5 |
| | Total Score | 27R | 59.4 - 65.5 |

Note: Non-Standardized Test Condition.

| Test Date | 04/2003 (Series 25) | Score | Percentile |
|---|---|---|---|
| Scores: | Verbal Reasoning | 09 | 51.0 - 68.1 |
| | Physical Sciences | 08 | 42.4 - 58.8 |
| | Writing Sample | R | 89.6 - 96.7 |
| | Biological Sciences | 07 | 21.2 - 30.3 |
| | Total Score | 24R | 40.0 - 46.2 |

Note: Non-Standardized Test Condition.

| Test Date | 08/2002 (Series 24) | Score | Percentile |
|---|---|---|---|
| Scores: | Verbal Reasoning | 06 | 18.0 - 32.9 |
| | Physical Sciences | 06 | 15.5 - 29.0 |
| | Writing Sample | S | 95.3 - 99.3 |
| | Biological Sciences | 06 | 14.6 - 24.1 |
| | Total Score | N/A | N/A |

To verify the authenticity of this report or for more information go to
http://www.aamc.org/mcat/sendscores/

# EXHIBIT L

℃002

## ASSOCIATION OF AMERICAN MEDICAL COLLEGES

February 5, 2003

Stephen J. Thomas, Attorney
The Thomas Group International
416 Main Street, Suite 1112
Peoria, IL 61602

RE: David Nayak

Dear Mr. Thomas:

This letter is to convey to you the results of independent external review of Mr. David Nayak's documentation and request for extended time for the upcoming Medical College Admission Test (MCAT), scheduled for April 26, 2003.

The external reviewer noted evidence of difficulties with memory in support of providing accommodations. The accommodation of time and one-half, and seating in a separate room (one or more other applicants with similar accommodations may be in the same room), appears to be most consistent with the data provided. To receive this accommodation, you must have Mr. Nayak properly register for the examination. We will then follow-up with correspondence providing more specific information on the arrangements for your accommodations.

Please be assured that the Association of American Medical Colleges and ACT are committed to providing reasonable accommodations to individuals with disabilities. We must also be mindful to protect the integrity of the entire assessment process. Multiple viewpoints need to be considered and balanced. We carefully consider the issues of fairness for each applicant requesting accommodations, as well as for all other participants in the assessment

Please let me know if you have questions or concerns.

Sincerely,

Harlan J. Stientjes, Ph.D.
Licensed Psychologist
Coordinator, Accommodations
MCAT Program Office
Phone: (319) 337-1469
Fax: (319) 337-1122

MCAT Program Office
2255 North Dubuque Road, P.O. Box 4056
Iowa City, Iowa  52243-4056
(319) 337-1357
www.aamc.org/mcat



**MCAT**
MEDICAL COLLEGE ADMISSION TEST

**ASSOCIATION OF AMERICAN MEDICAL COLLEGES**

March 26, 2003

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
DAVID NAYAK
1906 CRIMSON LANE
BLOOMINGTON IL 61704

You have been authorized to receive the following accommodations for the Medical College Admission Test examination:

*Separate room - May test with other examinees requesting like accommodations

*Extended Time Testing - One & one-half time

PLEASE CALL TEST SUPERVISOR ROBERT EARL AT 607/274-3365 A WEEK BEFORE THE TEST TO CONFIRM THESE ARRANGEMENTS.

You are registered to test on:

April 26, 2003

Test date accommodations have been made for you at the test center listed below. This address may differ from the pre-printed admission ticket you received. The address below is your correct testing location:

TC:   027720
ITHACA COLLEGE
TEXTOR HALL
ENTER BY FLAGPOLE BY JOB HALL
DANBY ROAD ROUTE 96B
ITHACA NY 14850

Please report at 08:00 AM on the date(s) listed above. Present this letter, your Medical College Admission Test admission ticket, and acceptable identification to the Test Center Supervisor.

If you have any questions, please call ACT at 319/337-1510.



**MCAT**
MEDICAL COLLEGE ADMISSION TEST

# EXHIBIT M

# UNIVERSITY OF ILLINOIS
## AT CHICAGO

College of Medicine
Educational Affairs (MC 784)
1819 West Polk Street, Room 105
Chicago, Illinois 60612

Leslie J. Sandlow, MD
*Senior Associate Dean*

September 8, 2005

David Nayak
333 East Ontario, Apt. 902B
Chicago, IL 60611

**CONFIDENTIAL**

**Status: M1**

Dear Mr. Nayak:

Your request for accommodation under the Disabilities Act (ADA) was reviewed by the ADA Committee of the College of Medicine on September 6, 2005. After careful consideration, the committee approved the following recommendations based upon your evaluation:

> That you be given extended test taking time of time and one half (1.5x) on written examinations, wherein time is not an essential element of the examination, for AY 2005/2006.

> These examinations are to be given in an isolated environment with appropriately monitored break periods.

By way of this letter, I am requesting that Patrick Conley, Associate Director for Testing, make the necessary arrangements for the implementation of this modification under the ADA. If you have any questions regarding testing, Mr. Conley may be reached at (312) 996-5708. If you have questions regarding this modification, I may be reached at (312) 996-1200.

Sincerely,

L.J. Sandlow, MD
Senior Associate Dean for Educational Affairs

cc: William Hammett, Associate Dean for Student Affairs

Chicago          Peoria          **UIC**          Rockford          Urbana-Champaign

Phone (312) 996-1200 • Fax (312) 413-5761 • E-mail ljs@uic.edu

# EXHIBIT N

11/16/2005  13:58   3096737221              TERRY MERIDEN M'                    PAGE  01



# Central Illinois Diabetes & Metabolism Institute

## TERRY MERIDEN M.D., F.A.C.P., F.A.C.E.
### ENDOCRINOLOGIST · DIABETOLOGIST

FELLOW AMERICAN COLLEGE OF PHYSICIANS
FELLOW AMERICAN COLLEGE OF ENDOCRINOLOGY

THYROID & METABOLISM CLINIC OF ILLINOIS
900 Main Street · Suite 300 · Peoria, Illinois 61602
TEL (309) 673-1717 · FAX (309) 673-7221

November 15, 2005

Leslie Sandlow, M.D.
Associate Dean of Academic Affairs
University of Illinois School of Medicine
808 South Wood Street
Chicago, Illinois  60612

RE:  David Aaron Nayak

Dear Dr. Sandlow:

This letter is written in reference to the current health status of David Aaron Nayak, who is a M1 medical student at UIC College of Medicine.  David was seen by me on November 8, 2005, following the referral from his primary care physician.

His blood test indicated elevated TSH levels (12.001 μIU/ml), thyroid peroxidase antibody (270 IU/ml), serum cholesterol (204 mg/dl), and decreased T4 level (4.3 ug/dl).  In addition, his EBV test was positive.  David presented with extreme fatigue, lack of focus and cognitive ability, muscle weakness, and dry skin.  Collectively, David exhibits classic sequelae that points toward a diagnosis of Hashimoto's thyroiditis and mononucleosis, both independent of each other.  Also, David's mother was diagnosed with Hashimoto's thyroiditis in 2001.  A thyroid scan revealed no evidence of nodules.  His prescribed treatment regimen will be 100 mcg Synthroid (OD) every morning.

David's current health status causes him significant fatigue, lack of focus and energy, which have resulted in a temporary deficiency of his normal cognitive abilities.  This precludes him from his normal ability to study and take examinations.  I ask the ADA Committee to provide David with the necessary temporary testing accommodations of extended time until his medication controls the symptoms of the Hashimoto's thyroiditis (4-8 weeks) and residual effects of mononucleosis.

If you have any questions or concerns, please do not hesitate to call.

Very truly yours,

Terry Meriden, M.D., F.A.C.P., F.A.C.N., F.A.C.E.
Clinical Assistant Professor of Medicine
University of Illinois, College of Medicine at Peoria
Director, Central Illinois Diabetes & Metabolism Institute

TM:jab



**Central Illinois Diabetes & Metabolism Institute**

TERRY MERIDEN M.D., F.A.C.P., F.A.C.E.
ENDOCRINOLOGIST - DIABETOLOGIST

FELLOW AMERICAN COLLEGE OF PHYSICIANS
FELLOW AMERICAN COLLEGE OF ENDOCRINOLOGY

THYROID & METABOLISM CLINIC OF ILLINOIS
900 Main Street   Suite 300   Peoria, Illinois 61602
TEL (309) 673-1717 · FAX (309) 673-7221

January 19, 2006

Leslie Sandlow, M.D.
Associate Dean of Academic Affairs
University of Illinois School of Medicine
808 South Wood Street
Chicago, Illinois 60612

Dear Dr. Sandlow:

This letter is written in reference and followup to the current health status of David Aaron Nayak, who is a M1 medical student at UIC College of Medicine. David was diagnosed with Hashimoto's thyroiditis and mononucleosis on November 8, 2005, following elevated TSH levels, thyroid peroxidase Ab (270 IU/ml), serum cholesterol (204 mg/dl) and decreased T4 levels (4.3 ug/dl). In addition, his EBV test was positive. His prescribed treatment regimen has been 100 ug Synthroid (OD) every morning.

A most recent blood specimen indicates that David's TSH and T4 levels are within current adequate levels; however, his thyroid peroxidase Ab is still elevated (151 IU/ml). He still suffers from fatigue, lack of focus and energy, which still precludes him from his normal ability to study and take examinations. I ask the ADA Committee to again provide David with the necessary temporary testing accommodations of extended time due these continuing effects of mononucleosis and Hashimoto's thyroiditis.

David will have another follow-up examination in six weeks.

If you have any questions or concerns, please do not hesitate to call at (309) 673-1717.

Very truly yours,

Terry Meriden, M.D., F.A.C.P., F.A.C.N., F.A.C.E.
Clinical Assistant Professor of Medicine
University of Illinois, College of Medicine at Peoria
Director, Central Illinois Diabetes & Metabolism Institute

TM:jab

04/07/2006  10:32    3096737221              TERRY MERIDEN MD                    PAGE  01




## Central Illinois Diabetes & Metabolism Institute

### TERRY MERIDEN M.D., F.A.C.P., F.A.C.E.
ENDOCRINOLOGIST · DIABETOLOGIST

FELLOW AMERICAN COLLEGE OF PHYSICIANS
FELLOW AMERICAN COLLEGE OF ENDOCRINOLOGY

**THYROID & METABOLISM CLINIC OF ILLINOIS**
900 Main Street   Suite 300   Peoria, Illinois 61602
TEL (309) 673-1717  -  FAX (309) 673-7221

April 4th, 2006

Leslie Sandlow, M.D.
Associate Dean of Academic Affairs
University of Illinois School of Medicine
808 South Wood Street
Chicago, IL 60612

*Re: ADA Temporary Accommodations, David Aaron Nayak-M1 student.*

Dear Dr. Sandlow,

This letter is written in reference to David Nayak who is an M1 medical student at the College of Medicine. David was seen on March 8th, 2006 as a follow-up regarding his diagnosis of Hashimoto's Thyroiditis and Mononucleosis. Although his most recent blood work indicated adequate TSH and T4 levels, his Thyroid Peroxidase Ab are still elevated (116 IU/ml). In addition, his Creatine Kinase serum level is extremely elevated (532 U/L) and his cholesterol (224 mg/dl) and LDL (138 mg/dl) levels are still elevated. His Aldolase levels are within the normal range (5.3 U/L).

His physical examination revealed no nodules on both thyroid lobes.

David still complains of significant fatigue, lack of focus and energy which still precludes him from his normal abilities to study and take examinations. I ask the A.D.A. Committee to again provide David with the necessary temporary testing accommodations of extended time due these continuing effects of Mononucleosis and Hashimoto's Thyroiditis.

I would like to monitor his Thyroid Peroxidase Ab and Creatine Kinase serum levels over the following month. Pending his next blood work, I will consider increasing his dosage to 125 ug Synthroid (OD) every morning and recommend David to consult Gene Cheng M.D., a neuromuscular specialist at the College of Medicine at Peoria.

If you have any questions or concerns, please do not hesitate to call at (309)-673-1717.

Sincerely Yours,

Terry Meriden, M.D.

# EXHIBIT O

OUTPATIENT INFECTIOUS DISEASE CONSULTATION
NAYAK, DAVID A.
DOB: 05/10/1980
DATE OF CONSULT: 08/10/2006
REFERRAL PHYSICIAN: Dr. Nicholas A. Nayak

REASON FOR INFECTIOUS DISEASE CONSULT:  Chronic fatigue/elevated EBV titers.

HISTORY OF PRESENT ILLNESS: This is a 26 year old second year medical student at UIC who is referred by Doctor Nicholas Nayak (patient's father) for chronic fatigue and elevated EBV titers.  Patient states his current medical problem started around November 2005 with extreme fatigue, lack of focus and he was seen by Doctor Meridin, endocrinologist, and was diagnosed with hypothyroidism (Hashimoto's thyroiditis) and hypercholesterolemia.  At the same time he was diagnosed with acute infectious mononucleosis (based on the titers).  Patient currently on Synthroid with apparently few dose adjustments currently taking 100 micrograms with normal TSH levels.  Patient states this chronic fatigue continues and has problems with focusing/concentrating on studies.  Patient also indicated that he lost about 40 pounds of weight during that period.  Apparently patient's symptoms slowly resolved over the spring, however, during the summer again his symptoms returned.  Patient feels as if five pounds of weight on his upper eyelids and wants to sleep.  Interestingly during above workup patient was found to have elevated CPK.  With ongoing symptoms he is now referred to Infectious Disease Clinic.

Patient states his appetite is improved/his weight also improved in the recent past and he is weighing about 165 pounds.  Interestingly, his girl friend was checked for EBV titers in the recent past and found to have high titers.  Apparently she is also going through some of the chronic symptoms.  Patient denies any fevers in the recent past or any sore throat or any other systemic symptoms other than chronic fatigue.

PAST MEDICAL HISTORY:  As I mentioned above, Hashimoto's thyroiditis and mononucleosis diagnosis in November of 05, hypercholesterolemia apparently maintained on no medications.  He is doing diet and exercise.  History of attention deficit hyperactive disorder diagnosed in childhood and currently maintained on Adderall.  Apparently this was recently increased to 10 mg.

SOCIAL HISTORY:  He is currently a second year medical student at UIC Chicago.  Patient states that he is a high achiever/high goaler and desires to put all of his energy in his studies.  However, with his chronic fatigue he is not able to do any justification.

OUTPATIENT INFECTIOUS DISEASE CONSULTATION
NAYAK, DAVID A.                                            page two
DOB: 05/10/1980
DATE OF CONSULT: 08/10/2006

**PAST SURGICAL HISTORY:** Extraction of wisdom teeth in 1998.

**HABITS:** He is a non-smoker, non-alcoholic second year medical student at UIC Chicago. He is maintaining a monogamous relationship for the past six years. Apparently he was going through some stressful situations with long distance relationship (girl friend was in Boston) until recently. However, in the recent past she moved to Chicago and they are able to see each other on a regular basis. Patient is sexually active. Denies any HIV risk factors.

**FAMILY HISTORY:** Patient's both parents are physicians at Normal, he has two younger brothers also diagnosed with attention deficit hyperactive disorders. History of Hashimoto's thyroiditis in Mom.

**PHYSICAL EXAMINATION:** This is a pleasant 26 year old male alert, awake, oriented X 3; not in acute distress. His vital signs include weight of 167 pounds, blood pressure of 4/78, temperature of 98.2. **HEENT:** No oral thrush; neck supple; no cervical lymphadenopathy. Eyes bilateral PERRLA. Conjunctiva pink; nonicteric sclera. Lungs bilateral fair air entry; no added sounds. Heart S1, S2, regular rate and rhythm; no murmurs. Abdomen soft, nontender; bowel sounds are positive; no hepatomegaly, no splenomegaly. Extremities – no cyanosis, clubbing or any lesions or any rashes noted.

**LABORATORY DATA:** Patient's recent blood work reveals white count of 6.0, hemoglobin 15.5, hematocrit 48.9, and platelets of 251. BUN 18, creatinine 1.0. His recent TSH was 1.7 and his thyroid peroxidase antibodies were 116. Total cholesterol was 224, triglycerides 140 and the LDL is 138. Patient's Epstein-Barr virus back in November 05 revealed he was early antigen antibody positive, EBV VCA IgG was 97 and EBV nuclear antigen antibody IgG was 139. His titers from 7/25 reveal EBV VCA antibodies 1124 and EBV nuclear antibody is 1240. Patient's EBV titers were also drawn in the later part of May and again revealed VCA IgG was 828 and EBV NE was 979 both indicating previous infection. His IgM was negative.

**IMPRESSION:** This is a 26 year old medical student with past medical history ...ificant for Hashimoto's thyroiditis, and infectious mononucleosis diagnosed in ...ovember 2005. Patient now has chronic fatigue and his repeat EBV titer indicative of ...st infection with elevated IgG VCA and EBNA. Patient has chronic fatigue that could

OUTPATIENT INFECTIOUS DISEASE CONSULTATION                    page three

NAYAK, DAVID A.
DOB: 05/10/1980
DATE OF CONSULT: 08/10/2006

IMPRESSION, continued

be secondary to post viral syndrome (post EBV Syndrome) however, other etiologies
cannot be excluded since this is ongoing for eight months. With patient's history of
Hashimoto's thyroiditis I would encourage doing ANA panel and also repeat CPK and
aldinose enzymes to rule out any other associated autoimmune diseases.

1) Chronic faigue in a patient with history of acute mononucleosis diagnosed in
November 05 now with elevated titers indicative of only past infection.
Recommend evaluation for other causes for chronic fatigue.

2) History of Hashimoto's thyroiditis currently on Synthroid with a recent TSH
level normal however his thyroid peroxidase enzyme antibody was elevated.

PLAN:

1) Discussed with the patient extensively about the modes of transmission of
EBV virus and his chronic fatigue associated with the EBV vs. other
etiologies.

2) Patient is not given a follow up appointment. Patient will see his primary care
physician.

Vijaya Somaraju, MD
CC Dr Nayak

S: nc



### Central Illinois Diabetes & Metabolism Institute

**TERRY MERIDEN M.D., F.A.C.P., F.A.C.E.**
ENDOCRINOLOGIST - DIABETOLOGIST

FELLOW AMERICAN COLLEGE OF PHYSICIANS
FELLOW AMERICAN COLLEGE OF ENDOCRINOLOGY

**THYROID & METABOLISM CLINIC OF ILLINOIS**
900 Main Street    Suite 300    Peoria, Illinois 61602
TEL (309) 673-1717  -  FAX (309) 673-7221

March 16, 2007

Disability Services Committee
National Board of Medical Examiners
3750 Market St
Philadelphia, PA  19104-3190

**USMLE step 1 testing Accommodations
RE:  David Aaron Nayak, DOB:  05/10/80**

To Whom It May Concern:

    This letter is written on behalf of David Nayak, who is an M2 medical student at the University of Illinois College of Medicine at Chicago.  David is currently applying for testing accommodations for step 1 of the United States Medical Licensing Examination.

    David has been a patient of mine since October of 2005, when he was referred due to him experiencing symptoms of significant fatigue, lack of focus and concentration, decreased mental status, intolerance to cold, dry skin and muscle weakness.  His blood tests indicated elevated TSH levels and thyroid peroxidase antibodies were positive in addition to decreased $T_4$ levels and positive Epstein-Barr panel.  David was diagnosed with Hashimoto's thyroiditis and acute infectious Mononucleosis.  His thyroid sonogram was negative for any nodules, swelling or masses.  His prescribed treatment regimen is Synthroid 100 mcg daily.

    However, since his initial visit, David has continued to experience symptoms of significant malaise, lack of focus and energy, which has impacted his normal abilities to study and take examinations.  His thyroid peroxidase antibodies have been continually elevated since his initial visit.  In addition, his EBV, IgG, VCA and nuclear antigen antibodies have steadily arisen during the last year and a half and are presently extremely elevated.  I referred him to Vijaya Somaraju, M.D., in August 2006 for an infectious disease consult.  David was diagnosed with chronic reactive Mononucleosis, secondary to chronic fatigue syndrome.  I am closely monitoring David's treatment progress with the goal of reducing his TPO antibodies and improving his symptoms.

    David has been receiving temporary testing accommodations from UIC College of Medicine due to his present symptoms of significant malaise, lack of focus and concentration, and energy problems, which significantly impact his normal abilities to study and take examinations.  Given his current medical condition and present illness, I am quite surprised that David has successfully completed the basic science curriculum without a medical leave of absence.



**Central Illinois Diabetes & Metabolism Institute**

**TERRY MERIDEN M.D., F.A.C.P., F.A.C.E.**
ENDOCRINOLOGIST - DIABETOLOGIST

FELLOW AMERICAN COLLEGE OF PHYSICIANS
FELLOW AMERICAN COLLEGE OF ENDOCRINOLOGY

**THYROID & METABOLISM CLINIC OF ILLINOIS**
900 Main Street   Suite 300   Peoria, Illinois 61602
TEL (309) 673-1717 - FAX (309) 673-7221

---

Nayak, David Aaron
March 16, 2007
Page 2

    I am asking the N.B.M.E. Disabilities Services Committee to provide David with the appropriate testing accommodations due to his present medical illness, which precludes him from his normal abilities to take the USMLE step 1 examination.  If the committee has any questions or concerns, please do not hesitate to contact me.

Very truly yours,

Terry Meriden, M.D., F.A.C.P., F.A.C.N., F.A.C.E.
Clinical Assistant Professor of Medicine
University of Illinois, College of Medicine at Peoria
Director, Central Illinois Diabetes & Metabolism Institute

TM:sw



## Central Illinois Diabetes & Metabolism Institute
### TERRY MERIDEN M.D., F.A.C.P., F.A.C.E.
ENDOCRINOLOGIST - DIABETOLOGIST

FELLOW AMERICAN COLLEGE OF PHYSICIANS
FELLOW AMERICAN COLLEGE OF ENDOCRINOLOGY

**THYROID & METABOLISM CLINIC OF ILLINOIS**
900 Main Street  Suite 300  Peoria, Illinois 61602
TEL (309) 673-1717 - FAX (309) 673-7221

January 25, 2007

Leslie Sandlow, M.D.
Senior Associate Dean Of Academic Affairs
University of Illinois at Chicago
College of Medicine
808 South Wood Street
Chicago, IL 60612

Re: ADA Temporary Accomodations, David A. Nayak-M2 Student

Dear Dr. Sandlow,

This letter is written in reference to David Nayak who is a M2 medical student at the College of Medicine. David was seen on January 19, 2007 for a follow-up regarding his diagnosis of Hashimoto's thyroiditis and chronic fatigue secondary to chronic mononucleosis. His most recent blood work indicated elevated TPO Ab (121 IU/ml) and extremely elevated EBV Ab VCA, IgG (1710 U/ml) and EBV Nuclear Ag Ab, IgG (913 U/ml) titers. His cholesterol (226 mg/dl) and LDL (143 mg/dl) are elevated.

Physical exam revealed no thyroid nodules or swelling.

David still complains of severe fatigue, lack of focus, limited energy, which still precludes him from his normal abilities to study and take examinations. I am asking the A.D.A. Committee to again provide David with the necessary temporary testing accomodation of extended time due to these continuing effects of the Hashimoto's thyroiditis, chronic fatigue, and mononucleosis.

I recommend that David has a follow-up thyroid sonogram, B12/Folate, plasma ACTH and 8 a.m. Cortisol by his next appointment.

If you have any questions or concerns please do not hesitate to call at (309) 673-1717.

Sincerely Yours,

Terry Meriden, M.D.



**Central Illinois Diabetes & Metabolism Institute**

**TERRY MERIDEN M.D., F.A.C.P., F.A.C.E.**
ENDOCRINOLOGIST - DIABETOLOGIST

FELLOW AMERICAN COLLEGE OF PHYSICIANS
FELLOW AMERICAN COLLEGE OF ENDOCRINOLOGY

THYROID & METABOLISM CLINIC OF ILLINOIS
900 Main Street   Suite 300   Peoria, Illinois 61602
TEL (309) 673-1717 - FAX (309) 673-7221

October 31, 2006

Leslie Sandlow, M.D.
Associate Dean of Academic Affairs
University of Illinois College of Medicine at Chicago
808 South Wood Street
Chicago, IL 60612

Re: ADA Temporary Accommodations, David Aaron Nayak-M2 medical student

Dear Dr. Sandlow,

This letter is written in reference to David Nayak, who is a M2 medical student at the College of Medicine at Chicago. David has been a patient of mine since last October and is currently treated with Synthroid 100 ug. (PO) for Hashimoto's Thyroiditis. His TPO Ab are still significantly elevated. In August of 2006, David still experienced symptoms of sever malaise, lack of focus and energy, and was found to have extremely elevated EBV Ab titers. He was referred to Vijaya Somaraju, M.D., OSF Infectious Disease at the College of Medicine at Peoria. David was diagnosed with Chronic Fatigue Syndrome secondary to Chronic Mononucleosis.

David still complains of significant malaise, lack of focus and energy which still precludes him from his normal abilities to study and take examinations. I am asking the A.D.A. Committee to again provide David with the necessary temporary testing accommodations of extended time due to his current diagnosis.

If you have any questions or concerns, please do not hesitate to call at (309)-673-1717.

Sincerely Yours,

Terry Meriden, M.D.

February 13, 2007

Disability Services
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3190
(215)-590-9509

Re: David Aaron Nayak
DOB: 05/10/1980

To Whom It May Concern,

This letter is being written on behalf of David Aaron Nayak. He is currently a second-year medical student at the University of Illinois College of Medicine at Chicago. David is currently applying for testing accommodations of extended time, additional break time and administration in an isolated environment for the United States Medical Licensing Examination Step #1.

David is a current patient with the diagnosis of Attention Deficit Disorder w/ Hyperactivity and Adjustment Disorder since 1995. His treatment regimen is currently Adderall, 27.5 mg. B.I.D. In addition, David has also been diagnosed with Hashimoto's thyroiditis and mononucleosis (Nov. 2005) and Chronic Fatigue Syndrome secondary to chronic-reactivated mononucleosis (Sept. 2006). David has undergone the appropriate batteries of neuropsychological and psycho educational evaluations. His complete current and previous evaluations have displayed deficits in the areas of aptitude, achievement and information processing. The assessment of information processing and achievement battery direct toward the diagnosis of Attention Deficit/Hyperactivity disorder. In addition, David does show impairment on the reading speed which does fulfill the DSM-IV diagnostic criteria for the diagnosis of ADHD.

David has had a prior history of cognitive disabilities that constituted a need for testing accommodations of extended time, additional breaks and an isolated testing environment for standardized examinations. He has received these accommodations during his high school/college education, and also standardized achievement tests such as the S.A.T., A.C.T. examinations, as well as the M.C.A.T. examination. His treatment regimen does not compensate for the provision of accommodations, as demonstrated by his 1st MCAT administration (August 2003, score=18S) taken at this same treatment regimen at normal standardized time compared with his MCAT administration in August 2004 (9 point improvement) with the same treatment regimen, accommodations provided.

Under the American Disabilities Act, Part 35 Title 28, David does have a specific learning disability 35.104 1B. He is also a considered a Qualified individual with a disability and requires modification to the rules by receiving the aforementioned

requested accommodations. If he cannot, his disability would most certainly cause a substantial limitation upon progressing in his medical career.

If you have any questions or concerns please do not hesitate to call me at 309/827-2184.

Sincerely,

Gil B. Abelita, M.D.