**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DAVID A. NAYAK, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 08 C 634 |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL BOARD OF MEDICAL | ) | The Honorable Judge James B. Zagel |
| EXAMINERS, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF DR. ANJULI NAYAK

I, Anjuli Nayak, being duly sworn under oath, depose and state as follows:

1.    I have personal knowledge of the facts set forth in this affidavit, and, if called to testify, could and would competently testify to the matters stated herein.

2.    My name is Anjuli Nayak and I am David Nayak's mother. I gave birth to David on May 5, 1980, while I was a second year resident in Pediatrics at the Peoria School of Medicine, Peoria, Illinois.

3.    I started to suspect that David was hyperactive in his early childhood. For example, when David was approximately three years old, he would move quickly from one toy to another, repeatedly change channels on the television and had difficulty calming down.

4.    As a young child David was also often disruptive and rude. For example, at his daycare center, David would often get into quarrels with other children and would be disruptive to such an extent that he was reprimanded with "time outs." In addition, in 1985 when he was in kindergarten, his teacher called me to report that he was disruptive and had difficulty following

rules. This type of behavior extended to family outings as well. For example, on Memorial Day one year David was so disruptive to others that he had to be pinned down by an adult.

5.     When David was in kindergarten and elementary school, at least two of his teachers told me that he had difficulty reading and doing simple math. For example, David's second grade teacher Mrs. Schmidt called me to tell me that David had difficulty reading and she spent extra time after school to help him.

6.     From 1989 to 1992, when David was in the fourth through sixth grades, he had difficulty completing his homework after school because he was highly distractable. For example, he could not sit in one place, he plucked his eyelashes and he paced up and down the stairs while trying to complete his assignments. I hired a tutor at home to keep his attention focused while he completed his homework.

7.     In grade school and middle school, David spent long hours studying but was never able to get the grades he expected. He continued to be easily distractible and had difficulty with concentration. Due to David's difficulties with his school work, I hired extra tutoring through the Sylvan Learning Center for him.

8.     Throughout grade school and middle school, David received satisfactory grades. Therefore, although I was concerned about his hyperactivity, I did not conclude that he had an attention deficit disorder. Although the thought crossed my mind that he might have had such a disorder, I felt I was "over-diagnosing" due to the fact that I am a physician. I was also in denial and did not want my son to take medication for this type of condition. This was further compounded by the fact that I had been reading several journal articles that talked about over-diagnosis of Attention Deficit Hyperactivity Disorder ("ADHD"), and the overuse and adverse

effects of medications used to treat this condition. I feel quite responsible for letting David's ADHD go undiagnosed for so long.

9.     David was formally diagnosed with Attention Deficit Disorder in 1997 and was prescribed medication. From that point forward, David has received extended time during his proctored examinations.

10.     In the fall of 2005 when David started medical school, he developed clinical hypothyroidism which caused significant fatigue. Around the time David finished his first year of medical school, his lowered immune system was further attacked by the Epstein-Barr virus and David was diagnosed with chronic mononucleosis. He lost a dramatic amount of weight and continued to suffer with fatigue and lack of focus.

11.     David is easily distracted and has difficulty focusing. Nevertheless, he is an ambitious young man and made up his mind to be a medical doctor early in childhood.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 30 th day of January, 2008, in Bloomington, Illinois.

_Huynh Nayakay_
Dr. Anjuli Nayak

SIGNED AND SWORN  to before
me this _____30th_____ day of
_____January_____, 2008.

_Ancelia B_
Notary Public

CHI99 4931687-1.009960.0305

OFFICIAL SEAL
ANGELIQUE DOZIER
NOTARY, PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 02/19/10

- 3 -