**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MR. DAVID A. NAYAK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No:   08 C 634 |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL BOARD OF MEDICAL | ) | The Honorable Judge James B. Zagel |
| EXAMINERS, | ) | |
| | ) | Magistrate Judge Brown |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

TO:     National Board of Medical Examiners
         Janet Carson, General Counsel
         3750 Market Street
         Philadelphia, Pennsylvania 19104-3104

        PLEASE TAKE NOTICE that on the 31st day of January 2008, we have filed with the Clerk of the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, **PLAINTIFF'S EMERGENCY MOTION FOR A PRELIMINARY INJUNCTION AND MEMORANDUM IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR A PRELIMINARY INJUNCTION with supporting affidavits and exhibits**, copies of which are hereby served upon you.

Dated:  January 31, 2008                    Respectfully submitted,

                                            **MARY E. GARDNER**

                           By:   /s/ Mary E. Gardner
                                 One of His Attorneys

Mary E. Gardner (06284620)
John Litwinski (6286735)
McDermott, Will & Emery
227 West Monroe
Chicago, Illinois 60606
(312) 372-2000

## **CERTIFICATE OF SERVICE**

I, Mary E. Gardner, an attorney, hereby certify that I caused a copy of the foregoing

**NOTICE OF FILING** to be served by facsimile and federal express on this 31st day of January,

2008, addressed to the following:

National Board of Medical Examiners
Janet Carson, General Counsel
3750 Market Street
Philadelphia, Pennsylvania 19104-3104
Telephone:  215.590.9500
Facsimile:  215.590.9604


                                    /s/ Mary E. Gardner
                                         Mary E. Gardner

CHI99 4934541-1.009960.0305