# EXHIBIT P

D. NAYAK
AAAAI GRANT ACCEPTANCE LETTER

**AAAAI**

AMERICAN ACADEMY OF ALLERGY
ASTHMA & IMMUNOLOGY

2006 – 2007 BOARD OF DIRECTORS

**President**
Thomas A.E. Platts-Mills, MD, PhD, FAAAAI
University of Virginia Medical Center
Charlottesville, VA
**President-Elect**
Thomas B. Casale, MD, FAAAAI
Creighton University School of Medicine
Omaha, NE
**Immediate Past-President**
F. Estelle R. Simons, MD, FAAAAI
University of Manitoba
Winnipeg, Canada
**Vice President**
Hugh A. Sampson, MD, FAAAAI
Mt. Sinai School of Medicine
New York, NY
**Secretary-Treasurer**
Paul A. Greenberger, MD, FAAAAI
Northwestern University Feinberg School of
Medicine
Chicago, IL
**Past Past-President**
Michael Schatz, MD, MS, FAAAAI
Kaiser Permanente
San Diego, CA
**At-Large Members**
Bruce S. Bochner, MD, FAAAAI
Johns Hopkins University School of Medicine
Baltimore, MD
2006-2010
David H. Broide, MB, ChB, FAAAAI
University of California – San Diego
La Jolla, CA
2005-2009
A. Wesley Burks, MD, FAAAAI
Duke University Medical Center
Durham, NC
2006-2010
Thomas A. Fleisher, MD, FAAAAI
National Institutes of Health
Bethesda, MD
2003-2007
Sandra M. Gawchik, DO, FAAAAI
Asthma & Allergy Associates
Upland, PA
2005-2009
Stanley Goldstein, MD, FAAAAI
Allergy & Asthma Care of Long Island
Rockville Centre, NY
2003-2007
Rebecca S. Gruchalla, MD, PhD, FAAAAI
University of Texas Southwestern Medical Center
Dallas, TX
2004-2008
Dennis K. Ledford, MD, FAAAAI
University of South Florida College of Medicine
James A. Haley V.A. Hospital
Tampa, FL
2004-2008
Donald Y.M. Leung, MD, PhD, FAAAAI
National Jewish Medical & Research Center
Denver, CO
2004-2008
Arnold I. Levinson, MD, FAAAAI
University of Pennsylvania School of Medicine
Philadelphia, PA
2003-2007
James T. Li, MD, PhD, FAAAAI
Mayo Clinic
Rochester, MN
2005-2009
Christopher C. Randolph, MD, FAAAAI
Yale Affiliated Hospitals/Waterbury Hospital
Waterbury, CT
2006-2010
**Executive Vice-President**
Kay Whalen, CAE

May 31, 2006

David Aaron Nayak
1906 Crimson Lane
Bloomington, IL 61704

RE:    Characterize the in vitro effects of the combined activities of physiologically relevant phospholipases and eosinophil lysophospholipases on surfactant function

Dear David Aaron Nayak,

I am pleased to report that you have been selected as a 2006 AAAAI Summer Fellowship recipient. Congratulations, you are one of eight recipients.

You requested that your $2,000 award money be paid directly to

David Aaron Nayak
same as home address

To process this payment, you must complete the attached W-9 Form, and fax it to me at (414) 272-6070. This check will arrive within ten working days after our office receives your completed W-9 form.

Finally, you must complete a progress report at the end of the summer outlining the results of your research and lab experience. I will send you a reminder letter in late August about this.

On behalf of the American Academy of Allergy, Asthma & Immunology, I want to again congratulate you and thank you for your patience with the selection process. I wish you success with your summer lab endeavors.

If you have questions, please contact me at (414) 272-6071 or jschultz@aaaai.org

Best wishes,

Jerome Schultz
Program Manager

cc Steven J. Ackerman, PhD

August 9, 2006

David Nayak
1906 Crimson Lane
Bloomington, IL 61704

Dr. Jerome Schultz
American Academy of Allergy, Asthma & Immunology
555 East Wells Street, Suite 1100
Milwaukee, WI 53202-3823

Dear Dr. Schultz,

My name is David Nayak and I received the AAAAI Summer Medical Student Fellowship for summer of 2006. In November of 2005, I was diagnosed with Hashimoto's disease (chronic hypothyroidism) and infectious mononucleosis. During the spring semester, I continued to experience the physical symptoms of extreme fatigue, malaise and loss of concentration. I sought treatment from a variety of specialists that included my endocrinologist and neuromuscular specialist.

However, during the course of the school year I applied for the AAAAI Summer Medical Student Fellowship with the intentions of resting for a few weeks following the end of the M1 spring semester, until I could start my fellowship toward the end of May. Yet my symptoms continued to persist and became increasingly worse. In addition, at the end of May my grandfather became ill after falling and suffering a subdural hematoma. I informed Dr. Ackerman of my situation at the end of May and thought that it would be beneficial for me to relinquish the grant in order to recuperate and possibly volunteer within the lab during the latter portion of the summer. After speaking with Dr. Ackerman, we both felt that given the importance of the AAAAI Summer Research Fellowship, I would try again to begin the fellowship in the middle of June. Unfortunately, I did not start my summer research project until July 5, 2006.

Though I began to work on the current project, "*Characterize the in vitro effects of the combined activities of physiologically relevant phospholipases and eosinophil lysophospholipases on surfactant function*", my symptoms began to worsen over the last month. After seeking counsel from an infectious disease specialist, I was informed on August 5, 2006 that I had contracted mononucleosis again and was diagnosed with Chronic Fatigue Syndrome secondary to chronic mononucleoisis.

Therefore, due to my unfortunate circumstances, I could not conduct a productive summer research experience. Enclosed you will find a returned check of $2000, in the full amount allocated for the Summer Research Fellowship. However, I do have a completed laboratory notebook of the experiments conducted during my time in the lab.

I am extremely apologetic that my ongoing health condition has caused me to forgoe this excellent research opportunity.  I am grateful to Dr. Ackerman for all of the helpful advice, guidance and willingness to work with me in the lab during the last 6 months.  I also want to thank you, Dr. Schultz and the AAAAI for selecting me as one of eight individuals in the Unites States for the 2006 Medical Student Summer Research Fellowship.

With Warmest Regards,


David Nayak

**E-MAIL CONFIRMATION**
**AAAAI GRANT RESIGNATION**
Current Folder: Aug. 2006 Mail                                    <u>Sign Out</u>

<u>Compose</u>   <u>Addresses</u>   <u>Folders</u>   <u>Options</u>   <u>Search</u>   <u>Help</u>        <u>UIC WebMail FAQ</u>

---

<u>Message List</u> | <u>Delete</u>              <u>Previous</u> | <u>Next</u>        <u>Forward</u> | <u>Forward as Attachment</u> | <u>Reply</u> | <u>Reply All</u>

**Subject:** Re: 2006 Summer Fellowship for David A. Nayak
**From:** "Jerome Schultz (AAAAI)" <jschultz@aaaai.org>
**Date:** Wed, August 16, 2006 12:20 pm
**To:** sackerma@uic.edu
**Cc:** dnayak2@uic.edu
**Priority:** Normal
Report As Spam
**Options:**
| View Full Header | View Printable Version | Add to Addressbook | View Message details


Good Afternoon,

I got the check and letter this morning.  Thanks for this follow-up.

Jerome Schultz
Program Manager

American Academy of Allergy, Asthma & Immunology
555 E Wells St, Suite 1100
Milwaukee, WI  53202-3823
(414) 272-6071
(414) 272-6070 fax
www.aaaai.org
jschultz@aaaai.org

>>> "Steven J. Ackerman, Ph.D." <sackerma@uic.edu> 08/16/06 11:19AM >>>
Dear Mr. Schultz:

By now, you should have received a letter and a check from Mr. David
A. Nayak, in which he returned the 2006 Summer Fellowship Award for
Medical Students of $2,000.  Unfortunately, due to a number of
personal health and family issues, David was not able to spend a
significant amount of quality time in my laboratory to work on his
proposed AAAAI summer fellowship research project.  His total time in
the laboratory over a period of  3 weeks in July amounted to
approximately one week, whereas he was supposed to have worked in the
lab full-time for three months from May 20 – August 20.  As such, I
suggested to David that he return the fellowship award to the AAAAI
with an appropriate explanation of the circumstances, so that the
funds could be used for other students or other purposes.  He sent me
a draft of his letter, which I approved of.

Please let me know whether you have received the letter and check
from Mr. Nayak returning the $2,000 award.

Sincerely,
--
Steven J. Ackerman, Ph.D.
Professor of Biochemistry and Molecular Genetics
Professor of Medicine

SquirrelMail

**E-MAIL CONFIRMATION
AAAAI GRANT RESIGNATION**

**PAGE 51
DAVID A. NAYAK
USMLE ID#:5-185-001-4**

========================================The University of Illinois at Chicago
College of Medicine
Department of Biochemistry and Molecular Genetics (M/C 669)
2074 Molecular Biology Research Building
900 S. Ashland Ave.
Chicago, IL 60607

Tel: (312) 996-6149 (Office)
        (312) 996-2628 (Admin. Assistant)
Fax: (312) 996-5623
E-mail: sackerma@uic.edu

http://www.uic.edu/com/bcmg/ackerman.html

Download this as a file

Take Address

Delete & Prev | Delete & Next

Move to: INBOX          Move

# EXHIBIT Q

# UNIVERSITY OF ILLINOIS
## AT CHICAGO

College of Medicine
Educational Affairs (MC 784)                                    Leslie J. Sandlow, MD
1819 West Polk Street, Room 105                                 *Senior Associate Dean*
Chicago, Illinois 60612

February 22, 2006

David Nayak                                          **CONFIDENTIAL**
333 East Ontario, Apt. 902B
Chicago, IL 60611                                    **Status: M1**

Dear Mr. Nayak:

Your request for accommodation under the Disabilities Act (ADA) was reviewed by the ADA Committee of the College of Medicine on February 21, 2006. After careful consideration, the committee approved the following recommendations based upon your evaluation:

**That you be given extended temporary test taking time of double time (2X) on written examinations, wherein time is not an essential element of the examination for 6 weeks from today.**

**These examinations are to be given in an isolated environment with appropriately monitored break periods.**

The committee requests a letter from your physician after your follow-up examination.

By way of this letter, I am requesting that Patrick Conley, Associate Director for Testing, make the necessary arrangements for the implementation of this modification under the ADA. If you have any questions regarding testing, Dr. Conley may be reached at (312) 996-5708. If you have any questions regarding this modification, I may be reached at (312) 996-1200.

L.J. Sandlow, MD
Senior Associate Dean for Educational Affairs

Cc: J. Mendez, Interim Associate Dean

Chicago            Peoria            **UIC**            Rockford            Urbana-Champaign

Phone (312) 996-1200 • Fax (312) 413-5761 • E-mail ljs@uic.edu

UNIVERSITY OF ILLINOIS
AT CHICAGO

College of Medicine
Educational Affairs (MC 784)
1819 West Polk Street, Room 105
Chicago, Illinois 60612

Leslie J. Sandlow, MD
*Senior Associate Dean*

April 13, 2006

**CONFIDENTIAL**

Mr. David Nayak
333 East Ontario St., Apt. 902B
Chicago, Il 60611

Status: M1

Dear Mr. Nayak:

Your request for accommodation under The Americans with Disabilities Act (ADA) was reviewed by the ADA Committee of the College of Medicine on April 11, 2006. After careful consideration, the committee approved the following recommendations based upon your evaluation:

> **That you temporarily be given extended test-taking time of double time( 2x) on written examinations, wherein time is not an essential element of the examination through your May exams.**
>
> **These examinations are to be given in an isolated environment with appropriately monitored break periods.**
>
> **The Committee agreed with Dr Meriden's recommendation that you consult with Dr. Chang.**

By way of this letter, I am requesting that Patrick Conley, PhD, Associate Director for Testing, make the necessary arrangements for the implementation of this modification under the ADA. If you have any questions regarding testing, Dr. Conley may be reached at (312) 996-5708. If you have questions regarding this modification, I may be reached at (312) 996-1200.

Sincerely,

L. J. Sandlow, MD
Senior Associate Dean

Cc: J. Mendez
    P. Conley

Chicago          Peoria          **UIC**          Rockford          Urbana-Champaign

Phone (312) 996-1200 • Fax (312) 413-5761 • E-mail ljs@uic.edu

UNIVERSITY OF ILLINOIS
AT CHICAGO

College of Medicine
Office of Educational Affairs (MC 784)
105 College of Medicine West
1819 West Polk Street
Chicago, Illinois 60612-7333

Leslie J. Sandlow, MD
*Senior Associate Dean*

August 9, 2006

**CONFIDENTIAL**

Mr. David Nayak
540 N. State St., Apt. 4409
Chicago, Il 60610

**Status: M2**

Dear Mr. Nayak:

Your request for accommodation under The Americans with Disabilities Act (ADA) was reviewed by the ADA Committee of the College of Medicine on August 1, 2006. After careful consideration, the committee approved the following recommendations based upon your evaluation:

> **That you temporarily be given extended test-taking time of double time(2x) on written examinations, wherein time is not an essential element of the examination for the first ten weeks of the 2007-2007 Academic Year.**

> **These examinations are to be given in an isolated environment with appropriately monitored break periods.**

By way of this letter, I am requesting that Patrick Conley, PhD, Associate Director for Testing, make the necessary arrangements for the implementation of this modification under the ADA. If you have any questions regarding testing, Dr. Conley may be reached at (312) 996-5708. If you have questions regarding this modification, I may be reached at (312) 996-1200.

Sincerely,

L. J. Sandlow, MD
Senior Associate Dean

Cc: J. Mendez
    P. Conley

Chicago          Peoria          **UIC**          Rockford          Urbana-Champaign

Phone (312) 996-1200 • Fax (312) 413-5761 • E-mail ljs@uic.edu

Current Folder: **INBOX**

Compose   Addresses   Folders   Options   Search   Help

**Sign Out**

UIC WebMail FAQ

Search Results | Delete

Forward | Forward as Attachment | Reply | Reply All

**Subject:** testing
**From:** "Carole Silvers" <csilvers@uic.edu>
**Date:** Fri, November 10, 2006 9:43 am
**To:** "David Aaron Nayak" <dnayak2@uic.edu>
**Priority:** Normal
**Options:** View Full Header | View Printable Version | Add to Addressbook | View Message details

David,

Just to let you know that you were given temporary testing time of double time through 12/21/06.   I notified testing services.

Carole

Download this as a file

Take Address

**Server:Mailserv**

**Folders**
Last Refresh:
Fri, 3:57 pm
(Check mail)

📧 **INBOX** (170)
🗑 deleted
📝 drafts
📤 sent-mail
📁 Apr. 2006 Mail
📁 Aug. 2005 Mail
📁 Aug. 2006 Mail
📁 Dec. 2005 Mail
📁 Feb. 2006 Mail
📁 Jan. 2006 Mail
📁 Jul. 2006 Mail
📁 Jun. 2006 Mail
📁 Mar. 2006 Mail
📁 May 2006 Mail
📁 Nov. 2005 Mail
📁 Nov. 2006 Mail
📁 Oct. 2005 Mail
📁 Oct. 2006 Mail
📁 Sept. 2005 Mail
📁 Sept. 2006 Mail
📁 spam

UNIVERSITY OF ILLINOIS
AT CHICAGO

College of Medicine
Office of Educational Affairs (MC 784)
105 College of Medicine West
1819 West Polk Street
Chicago, Illinois 60612-7333

Leslie J. Sandlow, MD
*Senior Associate Dean*

February 6, 2007

David Nayak
540 N. State St
Chicago, IL 60610

**CONFIDENTIAL**

**Status: M1**

Dear Mr. Nayak:

Your request for accommodation under the Disabilities Act (ADA) was reviewed by the ADA Committee of the College of Medicine on February 6, 2007. After careful consideration, the committee approved the following recommendations based upon your evaluation:

> **That you be given extended temporary test taking time of double time (2X) on written examinations, wherein time is not an essential element of the examination for 11 weeks from today.**

> **These examinations are to be given in an isolated environment with appropriately monitored break periods.**

By way of this letter, I am requesting that Patrick Conley, Associate Director for Testing, make the necessary arrangements for the implementation of this modification under the ADA. If you have any questions regarding testing, Dr. Conley may be reached at (312) 996-5708. If you have questions regarding this modification, I may be reached at (312) 996-1200.

Sincerely,

L.J. Sandlow, MD
Senior Associate Dean for Educational Affairs

Cc: J. Mendez, Interim Associate Dean
    P. Conley

Chicago        Peoria        **UIC**        Rockford        Urbana-Champaign

# EXHIBIT R

April 21, 2007

David Aaron Nayak
1906 Crimson Lane
Bloomington, IL 61704

Testing Coordinator
Disability Services
National Board of Medical Examiners
3624 Market Street
Philadelphia, PA 19104

*Re: Testing Accommodations, USMLE Step #1, David Aaron Nayak, SS# 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*

To Whom It May Concern,

My name is David Aaron Nayak and I am currently an M2 at University of Illinois at Chicago-College of Medicine. The reason I am writing is to apply for testing accommodations for the upcoming USMLE Step #1 examination. Enclosed one will find a completed testing accommodations application with current and previous documentation pertaining to my present request. In addition, a letter of documentation regarding my previous and current testing accommodations during medical school has been sent by the UIC-College of Medicine A.D.A. Officer.

If I can be of any further assistance, please do not hesitate to telephone me at (309) 310-5828. I look forward to hearing from you soon.

Warmest Regards,

David Nayak

# UNITED STATES MEDICAL LICENSING EXAMINATION™ (USMLE™)

## Step 1 and Step 2 Clinical Knowledge
## Applicant's Request for Test Accommodations

You MUST provide supporting documentation verifying your functional impairment.
In order to document your need for accommodation as completely as possible, please attach:

- Evaluation reports of appropriate professionals printed on letterhead and signed by the evaluator(s)
- Primary documentation (report cards, teacher notes, behavioral observations, medical records, lab reports, etc.)
- A personal statement describing your disability and it's impact on your daily life and educational functioning. Do not confine your comments to standardized test performance; rather discuss your overall functioning.
- Read documentation information on page 4.

Please note: NBME will acknowledge receipt of your request and audit your request for completeness. Submission of incomplete or illegible request forms and/or insufficient supporting documentation will slow the processing of your request. You may be asked to complete your request in a timely manner by submitting additional documentation.

Information regarding the granting or denial of test accommodations will not be released via telephone. All official communications regarding your request will be made in writing. Should you wish to modify or withdraw a request for test accommodations, please contact Disability Services at 215-590-9509.

Please type or print.

Accommodations are requested for the following Step examination (Use a separate form for each exam):

[X] Step 1    [ ] Step 2 Clinical Knowledge    [ ] Step 2 Clinical Skills    Year: 2007

## Section A: Biographical Information

1. Name: Nayak     David     A.
       Last     First     Middle Initial

2. Gender:   Male   Female

3. Date of Birth: May 10, 1980

4. SS# 3 5 5 - 7 0 - 7 0 6 2
       (if known)

5. USMLE # _ - _ _ _ - _ _ _ - _

6. Address: 1906 Crimson Lane
   Street
   Bloomington     IL     61704
   City     State/Province     Zip/Postal Code
   U.S.A.
   Country
   (309) 310-5828
   Daytime Telephone Number
   (309) 663-7160
   Alternate Telephone Number
   dnayak2@uic.edu
   E-mail address

7. Medical School: University of Illinois-Chicago College of Medicine

(Over)

## Section B: Nature of Disability

8. Indicate the **nature of the disability** and the **year** it was first professionally diagnosed (select all that apply):

**Sensory Impairments:**

☐ Hearing Disability _____     ☐ Visual Disability

**Learning Impairments:**

☐ Reading Disability _____     ☐ Writing Disability _____

☐ Mathematics Disability _____     ☐ Other: _____

**Language Impairments:**

☐ Receptive Language Disorder _____     ☐ Expressive Language Disorder _____

☐ Mixed Receptive/Expressive Language Disorder _____     ☐ Other: _____

**Medical Impairments:**

☐ Mobility/Motor _____     ☒ Diabetes/Thyroid Dysfunction   Hashimoto's Thyroiditis 200

☐ Epilepsy/Neurological _____     ☒ Other:   Chronic Fatigue Synd. secondary to Chronic-Reactive mononucleosi: 2006

**Mental Health /Executive Function Impairments:**

☐ Anxiety Disorder _____     ☐ Mood Disorder/ Depression _____

☒ Attention Deficit Hyperactivity Disorder   1997     ☐ Other: _____

## Section C: Accommodations Information

10. What accommodation(s) are you requesting? Accommodation(s) must be appropriate to the disability:

1) _Extended test taking time of: Double Time_

2) _Isolated environment_

3) _Appropriately monitored break periods_

11. If you are requesting additional testing or break time, please indicate the amount of time requested (circle no more than one per Step).

**STEP 1:**

☐ Additional Break Time over 1 day     ☐ Additional Break Time over 2 days

☐ Additional Testing Time – Time and one-half     ☒ Additional Testing Time – Double Time

☐ Other (please specify): _____

(Continued on the next page)

2

**STEP 2:**

☐ Additional Break Time over 2 days
☐ Additional Testing Time – Double Time
☐ Other (please specify): _____

☐ Additional Testing Time – Time and one-half

12. Do you require wheelchair access at the examination facility?

☐ yes          ☒ no

If you require an adjustable height table, please indicate the number of inches from the floor: _____

## Section D: Accommodation History

13. Prior classroom or test accommodations that you have received:

A.  Standardized Examinations          ☒ yes          ☐ no

**Medical College Admission Test (MCAT):**

Month/Year  04/2003

Accommodation received  Extended Time-1&half, Isolated testing envir.

(If extra time, note amount given  1 & half )

**Other:**

Month/Year  08/2003

Accommodation received  Extended Time-1&half, Isolated testing envir.

(If extra time, note amount given  1 & half )

B.  Medical School          ☒ yes          ☐ no

Accommodation received  Extended Time-1&half, Isolated Env.--Aug.2005          Extended Time-Double Time, Isolated Env.--Oct.2005 Current

Date Approved  Aug.2005, Oct.2005, Feb.2006, April 2006, Aug.06, Dec.2006, Feb.2007

**If yes, have an appropriate official at your medical school complete the Certification of Prior Test Accommodations form.**

C.  College          ☒ yes          ☐ no

If yes, accommodations received  Extended Time-1&half, Science Exams-DoubleTime Isolated testing environment

D.  Secondary or elementary school          ☒ yes          ☐ no

If yes, accommodations received  Extended Time-1&half,Double Time Isolated Testing Environment

(Over)

3

14. Authorization:

I authorize the National Board of Medical Examiners ( NBME) to contact the entities identified in Section D of this request form, and the professionals identified in the documentation I am submitting in connection with it, to obtain any or all of the following: confirmation, clarification, and/or further information. I authorize such entities and professionals to provide NBME with all requested confirmation, clarification, and further information.

Signature: _____    Date: _____

**DO NOT SUBMIT:**
* Original documents; keep the original and submit a copy
* Research articles, resumes, curriculum vitas
* Handwritten letters from physicians or evaluators
* Handwritten letters from physicians or evaluators
* Documentation previously submitted to Disability Services
* Documentation previously submitted to your registration entity
* Previous correspondence from Disability Services
* Multiple copies of documentation (i.e., faxed and mailed copies of a document)
* Staples, clips, binders, page protectors, folders, or similar items

*Please note that submitting duplicate documentation and/or bound documentation may delay a decision regarding your request as all documentation must be processed.*

**DO SUBMIT:**
* Legible copies
* All documents in English. You are responsible for providing certified English translations of foreign-language documentation
* Typed or printed letters and reports from evaluators
* Documentation from childhood if you are requesting accommodations based on a developmental disorder, i.e. LD, ADHD, Dyslexia
* Documentation of your functional impairment in activities beyond test-taking
* Documentation of your functional impairment beyond self-report

---

**Mail your completed questionnaire and documents to:**

**Students / Graduates of US & Canadian Medical Schools**
**Testing Coordinator, Disability Services, National Board of Medical Examiners,**
**3750 Market Street, Philadelphia, PA 19104-3190.**
**215-590-9509**

**Students / Graduates of International Medical Schools**
**Test Accommodations Coordinator, Educational Commission for Foreign Medical Graduates**
**3624 Market Street, Philadelphia, PA 19104 USA.**

**Please keep a copy of your completed request form for your records.**

4

# EXHIBIT S

UNIVERSITY OF ILLINOIS
AT CHICAGO

PAGE 19
DAVID A. NAYAK
USMLE ID#:5-185-001-4

College of Medicine
Office of the Dean (MC 784)
1819 West Polk Street, Room 130
Chicago, Illinois 60612-7332

*June 22, 2007*

*David Nayak*
*345 East Ohio Street*
*Apartment 1410*
*Chicago, IL 60611*

*Dear Mr. Nayak:*

*During its June 22 meeting, the College Committee on Student Promotions (CCSP) reviewed the recommendations of the Chicago Student Advancement Committee and approved the following motion:*

> **David A. Nayak (UIN: 653682324) has been granted a medical leave absence, effective June 23, 2007 to December 31, 2007.**
>
> **He is placed in the Class of 2010.**

*Please contact Dean Kashima if you have any questions.  You must contact her at least one month before your return.  We wish you well.*

*Sincerely,*

*Loreen A. Troy*
*Associate Dean for Educational Planning*

*LAT:lt*

*c:*    *K. Kashima*           *S. Huhndorf*
      *M. Garcia*            *N. Nolan*
      *C. Gee*               *Student Advisor*

Chicago          Peoria          **UIC**          Rockford          Urbana-Champaign

Phone (312) 996-3500 • Fax (312) 996-9006 • http://www.uic.edu/depts/mcam

# EXHIBIT T



# Central Illinois Diabetes & Metabolism Institute

## TERRY MERIDEN M.D., F.A.C.P., F.A.C.E.
### ENDOCRINOLOGIST - DIABETOLOGIST

FELLOW AMERICAN COLLEGE OF PHYSICIANS
FELLOW AMERICAN COLLEGE OF ENDOCRINOLOGY

**THYROID & METABOLISM CLINIC OF ILLINOIS**
900 Main Street   Suite 300   Peoria, Illinois 61602
TEL (309) 673-1717  -  FAX (309) 673-7221

December 10nd, 2007

Student Advancement Committee
University of Illinois College of Medicine at Chicago
808 South Wood Street
Chicago, IL 60612

*Re: David A. Nayak, Medical Leave of Absence*

Dear Student Advancement Committee,

This letter of support is written on behalf of David Nayak a M3 medical student at the College of Medicine at Chicago. David has been a patient of mine since his initial diagnosis of Hashimoto's Thyroiditis in October 2005 for which his current treatment regimen is Synthroid 100ug, PO. In addition, he was also diagnosed with Acute Mononucleosis in October 2005 and Chronic/Reactive Mononucleosis in August of 2006 by Vijaya Somaraju, M.D., Dept. of Infectious Diseases, UIC College of Medicine at Peoria.

David was granted a Medical Leave of Absence from beginning his M3 clinical rotations this past fall until December 31, 2007 because he was still experiencing symptoms of significant fatigue, lack of focus and energy. His most recent blood work indicates that his EBV Ab. IgG VCA (1501 AU/ml) and Nuclear Antigen Ab (639 AU/ml) titers are still extremely elevated. In addition, his TPO Ab (138 IU/ml) is still markedly elevated. Please note that his TSH, T4 and T3 uptake are within normal limits.

During the last 14 weeks, David has undertaken a strict physical fitness and diet regimen in order to greatly increase his physical endurance so that he can successfully complete the rigorous schedule of the clinical clerkships. Even though he has made significant progress in his treatment, I believe that it is necessary for David to continue this regimen for at least 12 additional weeks before he begins his M3 clinical clerkships. I will re-evaluate David's progress in February of 2008.

Please grant David's request to extend his Medical Leave of Absence until May of 2008. I am hopeful that he will return to clerkship duties before this aforementioned date.

Sincerely,

Terry Meriden, M.D.

# EXHIBIT U

December 12, 2007

Student Advancement Committee
UIC College of Medicine
808 South Wood Street
Chicago, IL 60612

Dear Members of the Student Advancement Committee,

I come before the committee today as an Action Item to request an extension of my Medical
Leave of Absence.

During October 2005 of my M1 year, I was diagnosed with Hashimoto's thyroiditis (for which
my current treatment is Synthroid, 100 ug, PO) and Acute/Infectious Mononucleosis for which I
was experiencing a myriad of physical symptoms that included significant fatigue, weight loss,
malaise, lack of concentration, alopecia, etc. However, I was extremely determined not to take a
medical leave of absence from the curriculum and successfully completed the M1 academic year.
My goal was to utilize the summer 2006 to re-cooperate and gain the necessary strength to return
for the M2 year that upcoming fall 2006. Thus, I devoted a significant time during that summer
to a strict physical and nutritional regimen and made dramatic improvements in my health status.

However, in August of 2006, I began re-experience similar symptoms as I did during my M1
year. I sought the evaluation of an Infectious Disease specialist at UIC College of Medicine at
Peoria who diagnosed me with chronic/reactive mononucleosis. Despite this, I was still
extremely reluctant to take a medical leave of absence from the curriculum given the importance
of the continuity between the M1 and M2 basic science curriculum. I devoted all of my physical
and mental efforts toward my studies and I again successfully completed the M2 academic year.
However, during this time it was impossible for me to devote significant time toward my
physical re-cooperation. In addition, following the completion of the ECM Practicum during the
M2 year, I knew that my physical condition would substantially hinder my abilities during the
M3 clinical clerkships. Thus, I was granted a medical leave of absence from June 23, 2007-
December 31, 2007 to focus upon regaining the necessary strength and endurance to return to the
M3 clinical curriculum.

I have utilized this past semester to drastically alter my daily physical and nutritional
requirements with the supervision of a nutritionist and physical trainer. I am currently in the
progress of a 24-week exercise regimen that has been formulated combining the use of weight
bearing exercises, plyometrics, yoga, Kenpo martial arts, stretching and cardiovascular activity.
In addition, I have dramatically changed my diet which now consists of freshly prepared foods
that comprise a total daily caloric intake of roughly 3000 calories per day.

I have made significant progress in my re-cooperation efforts. I have gained almost 13 pounds
of the 30 pounds I had involuntarily lost since my initial diagnosis (from 155lbs to 168lbs.) and
have made tremendous gains in my endurance and physical strength. However, my current
physical status still precludes me from returning to the M3 clinical clerkships. I still experience
bouts of intense fatigue that require immediate rest.

1

Therefore, I am requesting an extension of my Medical Leave of Absence until the end of the 2007 academic year to continue to focus upon my recovery efforts. Because of my significant progress this past semester, I would like to candidly inform the Committee that I have requested NOT to been withdrawn from my Psychiatry rotation that begins on March 3rd, 2008, with that being my optimistic return date. I have scheduled a re-evaluation with my supervising physician in late-January in order to assess my physical condition and if I am capable of returning to the M3 medical school curriculum. I can certainly present my nutritional and physical exercise data logs and the results from my program when I apply for my re-instatement to College of Medicine during the spring of 2008.

I sincerely thank the Committee for its consideration upon my present case.

Sincerely,

David Nayak

# EXHIBIT V



**National Board of Medical Examiners®**
Phone: 215.590.9700  Fax: 215.590.9460

FOR NBME USE ONLY

## USMLE™ Step 1 and Step 2 CK Eligibility Period Extension Form
### For Students/Graduates of U.S./Canadian Medical Schools

If you are unable to take the USMLE Step 1 and/or Step 2 CK during your eligibility period, you may request a **contiguous three-month extension**. For example, if your eligibility period is April-May-June, it may be extended through July-August-September. **You may request only one extension per registration.**

To request an extension, complete this form and submit it with a check or money order, made payable to the "NBME" in US currency. **The fee for an extension is $50 per registration.** You may request an extension only **after** your original eligibility period has begun. **To be processed, your request must be received at the NBME no more than 25 days after your original eligibility period expires.**

**Cancel any currently scheduled appointments with Prometric before requesting an extension.** You must contact Prometric before 12:00 noon (EST for testing within the United States or Canada) at least five (5) business days before your scheduled appointment to avoid a rescheduling fee. See "Rescheduling Test Dates" in the current *USMLE Bulletin of Information* on the USMLE website, www.usmle.org.

Processing takes approximately three to five business days from the date of receipt. Once your request is processed, you will be issued an updated Scheduling Permit indicating your extended eligibility period. Your Scheduling Number and Candidate Identification Number (CIN) do **not** change.

| | |
|---|---|
| **EXAMINATION(s):** | Step 1 ☒        Step 2 CK ☐ |
| **USMLE ID#:** (if known) | 5 - 1 8 5 - 0 0 1 - 4 |
| **SSN/NIN:** | 3 5 5 7 0 7 6 6 2 |
| **FEE ENCLOSED:** | $ ☐ 5 0 . 0 0 U.S. Dollars |
| **NAME:** | Last Name: NAYAK <br> First Name: DAVID        Middle Name: AARON |
| **TEST ACCOMMODATIONS:** | ☒ Check this box ONLY if you have been approved for test accommodations by the office of Disability Services for this administration of USMLE. |
| **CERTIFICATION:** | I certify that I currently meet the USMLE Step 1 and Step 2 CK eligibility requirements and that the information provided on this form and previously provided on my application is true and accurate. I also certify that I have read the appropriate edition (that which pertains to the extended eligibility period which I am requesting) of the *USMLE Bulletin of Information*, am familiar with its contents, and agree to abide by the policies and procedures described therein. I understand that I will receive a three-month extension of my eligibility period and that I will not be granted a further extension. <br><br> Signature: _____        Date: 12/07/07 |

Mail your completed form and processing fee, made payable to the NBME in US currency,
**via first-class mail to:**
NBME
PO Box 48010
Newark, NJ 07101-4810

**or via express or overnight delivery service to:**
NBME-48010
c/o Image-Remit, Inc.
205 North Center Drive
Commerce Center - Suite 205
North Brunswick, NJ 08902

# EXHIBIT W

**LabCorp** LabCorp Dublin
Laboratory Corporation of America    6370 Wilcox Road, Dublin, OH 43016-1296                    Phone: 614-889-1061

| SPECIMEN 274-520-0045-0 | TYPE S | PRIMARY LAB CB | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION | |
|---|---|
| FASTING: Y DOB: 5/10/1980 | |

| CLINICAL INFORMATION |
|---|
| CD- 42147204073 |

| PATIENT NAME NAYAK,DAVID | SEX M | AGE(YR./MOS.) 27 / 4 |
|---|---|---|

PT. ADD.:

| PHYSICIAN ID. PANOPIO P | NPI 1710070289 | PATIENT ID. 05101980 |
|---|---|---|
| ACCOUNT: Ambulatory Medical Assoc. | | |
| Dr's Nayak | | |
| 2010 Jacobssen Drive | | |
| Normal | IL. | 61761-0000 |
| ACCOUNT NUMBER: 12399862 | | |

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 10/01/2007 | 10:03 | 10/01/2007 | 10/02/2007 | 14:11 | 4126 |

| TEST | RESULT | | LIMITS | | LAB |
|---|---|---|---|---|---|
| TP+TSH+TPO | | | | | |
| > Thyroid Peroxidase (TPO) Ab | 138 H | IU/mL | 0 - 34 | | 01 |
| TSH | 0.830 | uIU/mL | 0.350 - 5.500 | | 01 |
| Thyroxine (T4) | 7.8 | ug/dL | 4.5 - 12.0 | | 01 |
| T3 Uptake | 38 | % | 24 - 39 | | 01 |
| Free Thyroxine Index | 3.0 | | 1.2 - 4.9 | | |
| CBC With Differential/Platelet | | | | | |
| WBC | 5.6 | x10E3/uL | 4.0 - 10.5 | | 01 |
| RBC | 5.35 | x10E6/uL | 4.10 - 5.60 | | 01 |
| Hemoglobin | 14.3 | g/dL | 12.5 - 17.0 | | 01 |
| Hematocrit | 42.5 | % | 36.0 - 50.0 | | 01 |
| MCV | 80 | fL | 80 - 98 | | 01 |
| > MCH | 26.6 L | pg | 27.0 - 34.0 | | 01 |
| MCHC | 33.5 | g/dL | 32.0 - 36.0 | | 01 |
| RDW | 13.4 | % | 11.7 - 15.0 | | 01 |
| Platelets | 255 | x10E3/uL | 140 - 415 | | 01 |
| Neutrophils | 56 | % | 40 - 74 | | 01 |
| Lymphs | 33 | % | 14 - 46 | | 01 |
| Monocytes | 8 | % | 4 - 13 | | 01 |
| Eos | 3 | % | 0 - 7 | | 01 |
| Basos | 0 | % | 0 - 3 | | 01 |
| Neutrophils (Absolute) | 3.1 | x10E3/uL | 1.8 - 7.8 | | 01 |
| Lymphs (Absolute) | 1.8 | x10E3/uL | 0.7 - 4.5 | | 01 |
| Monocytes(Absolute) | 0.4 | x10E3/uL | 0.1 - 1.0 | | 01 |
| Eos (Absolute) | 0.2 | x10E3/uL | 0.0 - 0.4 | | 01 |
| Baso (Absolute) | 0.0 | x10E3/uL | 0.0 - 0.2 | | 01 |
| Lipid Panel With LDL/HDL Ratio | | | | | |
| > Cholesterol, Total | 210 H | mg/dL | 100 - 199 | | 01 |
| Triglycerides | 121 | mg/dL | 0 - 149 | | 01 |
| HDL Cholesterol | 49 | mg/dL | 40 - 59 | | 01 |
| VLDL Cholesterol Cal | 24 | mg/dL | 5 - 40 | | |
| > LDL Cholesterol Calc | 137 H | mg/dL | 0 - 99 | | 01 |
| Comment | | | | | 01 |
| If initial LDL-cholesterol result is >100 mg/dL, assess for | | | | | |
| risk factors. | | | | | |
| LDL/HDL Ratio | 2.8 | ratio units | 0.0 - 3.6 | | |
| EBV Acute Infection Antibodies | | | | | |
| EBV Ab VCA, IgM | 42 | AU/mL | 0 - 99 | | 01 |
| | | | Negative | <100 | |
| | | | Equivocal | 100 - 120 | |

| Pat Name: NAYAK,DAVID | Pat ID: 05101980 | Spec #: 274-520-0045-0 | Seq #: 4126 |
|---|---|---|---|

**LabCorp**
Laboratory Corporation of America

LabCorp Dublin
6370 Wilcox Road, Dublin, OH 43016-1296

Phone: 614-889-1061

| SPECIMEN 274-520-0045-0 | TYPE S | PRIMARY LAB CB | REPORT STATUS COMPLETE | Page #: 2 |
|---|---|---|---|---|

**ADDITIONAL INFORMATION**

FASTING: Y
DOB: 5/10/1980

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| NAYAK,DAVID | M | 27 / 4 |

PT. ADD.:

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 10/01/2007 | 10:03 | 10/01/2007 | 10/02/2007 | 14:11 | 4126 |

**CLINICAL INFORMATION**
CD-42147204073

| PHYSICIAN ID. PANOPIO P | NPI 1710070289 | PATIENT ID. 05101980 |
|---|---|---|

ACCOUNT: Ambulatory Medical Assoc.
Dr's Nayak
2010 Jacobssen Drive
Normal                IL    61761-0000
ACCOUNT NUMBER:    12399862

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| | | | Positive    >120 | |
| EBV Early Antigen Ab, IgG | 92 | AU/mL | 0 - 99 | 01 |
| | | | Negative   <100 | |
| | | | Equivocal  100 - 120 | |
| | | | Positive    >120 | |
| > EBV Ab VCA, IgG | 1501 H | AU/mL | 0 - 99 | 01 |
| | | | Negative   <100 | |
| | | | Equivocal  100 - 120 | |
| | | | Positive    >120 | |
| > EBV Nuclear Antigen Ab, IgG | 639 H | AU/mL | 0 - 99 | 01 |
| | | | Negative   <100 | |
| | | | Equivocal  100 - 120 | |
| | | | Positive    >120 | |
| Interpretation: | | | | 01 |

EBV Interpretation Chart:

| | VCA-IgM | EA-IgG | VCA-IgG | NA-ABS |
|---|---|---|---|---|
| Susceptible | - | - | - | - |
| Acute Infection | + | +or- | + | - |
| Convalescent Phase | +or- | +or- | + | + |
| Chronic or Reactivated | - | + | + | +or- |
| Old Infection | - | - | +or- | + |

+ Antibody Present   - Antibody Absent

LAB: 01 CB    LabCorp Dublin                    DIRECTOR: Nayyer Jafri H MD
6370 Wilcox Road, Dublin, OH 43016-1296

| Pat Name: NAYAK,DAVID | Pat ID: 05101980 | Spec #: 274-520-0045-0 | Seq #: 4126 |
|---|---|---|---|

*Results are Flagged in Accordance with Age Dependent Reference Ranges*

# LabCorp

| | | |
|---|---|---|
| **PATIENT NAME:** | NAYAK,DAVID | |
| **PATIENT ID:** | 05101980 | |
| **GENDER:** M  **AGE:** | 27 YRS | |
| **CLIENT NAME:** | Ambulatory Medical Assoc. | |
| | 2010 Jacobssen Drive | |
| | Normal, IL 61761-0000 | |

**CUMULATIVE REPORT**
**COMPREHENSIVE**
**RUN ON:10/02/2007**
Printed Using:   User Settings

**PHYSICIAN NAME:** PANOPIO,PHOEBE A
**PHYSICIAN UPIN#:** H78281
**PHYSICIAN NPI#:** 1710070289

### Accession Selection:

| Accession #: | 27452000450 | 16752000250 | 14452000830 | 02252000690 | 36352000740 | Ref. |
|---|---|---|---|---|---|---|
| **Collected Date:** | 10/01/2007 | 6/16/2007 | 5/24/2007 | 1/22/2007 | 12/29/2006 | Range |
| **Vitamin B12 and Folate** | | | | | | |
| Vitamin B12 | | | | 884 | | 211-911 |
| Folates (Folic Acid), Serum | | | | 21.7 | | >5.4 |
| **Creatine Kinase,Total,Serum** | | | | | | |
| Creatine Kinase, Total, Serum | | 83 | 360 H | | | 24-204 |
| **Aldolase** | | | | | | |
| Aldolase | | 3.2 | 6.2 | | | 1.2-7.6 |
| **CBC With Differential/Platelet** | | | | | | |
| White Blood Cell (WBC) Count | 5.6 | 5.6 | 5.4 | 5.7 | 4.7 | 4.0-10.5 |
| Red Blood Cell (RBC) Count | 5.35 | 5.47 | 5.48 | 5.52 | 5.63 H | 4.10-5.60 |
| Hemoglobin | 14.3 | 14.7 | 14.5 | 14.5 | 15.2 | 12.5-17.0 |
| Hematocrit | 42.5 | 44.2 | 43.5 | 44.1 | 44.3 | 36.0-50.0 |
| MCV | 80 | 81 | 79 L | 80 | 79 L | 80-98 |
| MCH | 26.6 L | 26.8 L | 26.5 L | 26.3 L | 27.1 | 27.0-34.0 |
| MCHC | 33.5 | 33.2 | 33.4 | 32.9 | 34.3 | 32.0-36.0 |
| RDW | 13.4 | 13.1 | 13.0 | 12.8 | 13.0 | 11.7-15.0 |
| Platelets | 255 | 219 | 229 | 222 | 199 | 140-415 |
| Polys | 56 | 54 | 52 | 54 | 55 | 40-74 |
| Lymphs | 33 | 36 | 37 | 34 | 35 | 14-46 |
| Monocytes | 8 | 7 | 7 | 9 | 7 | 4-13 |
| Eos | 3 | 3 | 3 | 3 | 3 | 0-7 |
| Basos | 0 | 0 | 1 | 0 | 0 | 0-3 |
| Polys (Absolute) | 3.1 | 3.0 | 2.8 | 3.1 | 2.6 | 1.8-7.8 |
| Lymphs (Absolute) | 1.8 | 2.0 | 2.0 | 1.9 | 1.6 | 0.7-4.5 |
| Monocytes(Absolute) | 0.4 | 0.4 | 0.4 | 0.5 | 0.3 | 0.1-1.0 |
| Eos (Absolute Value) | 0.2 | 0.2 | 0.2 | 0.2 | 0.1 | 0.0-0.4 |
| Baso(Absolute) | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0-0.2 |
| **Sedimentation Rate-Westergren** | | | | | | |
| Sedimentation Rate-Westergren | | | 2 | | | 0-15 |
| **Specimen Status Report** | | | | | | |
| Specimen Status Report | | • | | | | |
| **Cortisol - AM** | | | | | | |
| Cortisol - AM | | | | 17.0 | | 4.3-22.4 |
| **EBV Acute Infection Antibodies** | | | | | | |
| EBV Ab VCA, IgM | 42 | 47 | 46 | 15 | 38 | 0-99 |
| EBV Early Antigen Ab, IgG | 92 | 68 | 68 | 40 | 92 | 0-99 |
| EBV Ab VCA, IgG | 1501 H | 1182 H | 1244 H | 810 H | 1710 H | 0-99 |
| EBV Nuclear Antigen Ab, IgG | 639 H | 604 H | 693 H | 645 H | 913 H | 0-99 |
| Interpretation: | | | | | | |
| **Lipid Panel With LDL/HDL Ratio** | | | | | | |
| Cholesterol, Total | 210 H | 220 H | 200 H | 186 | 226 H | 100-199 |
| Triglycerides | 121 | 135 | 142 | 117 | 146 | 0-149 |
| HDL Cholesterol | 49 | 55 | 46 | 46 | 54 | 40-59 |
| VLDL Cholesterol Cal | 24 | 27 | 28 | 23 | 29 | 5-40 |
| LDL Cholesterol Calc | 137 H | 138 H | 126 H | 117 H | 143 H | 0-99 |

---

**Note:   Reference ranges are from most recent laboratory report.**
**See Individual Laboratory Report for Additional Information.**

Page   1

# LabCorp

| PATIENT NAME: | NAYAK,DAVID |
|---|---|
| PATIENT ID: | 05101980 |
| GENDER: M  AGE: | 27 YRS |
| CLIENT NAME: | Ambulatory Medical Assoc. |
| | 2010 Jacobssen Drive |
| | Normal, IL 61761-0000 |

**CUMULATIVE REPORT**
**COMPREHENSIVE**
**RUN ON:10/02/2007**
Printed Using:   User Settings

PHYSICIAN NAME: PANOPIO,PHOEBE A
PHYSICIAN UPIN#: H78281
PHYSICIAN NPI#:   1710070289

### Accession Selection:

| Accession #: | 27452000450 | 16752000250 | 14452000830 | 02252000690 | 36352000740 | Ref. |
|---|---|---|---|---|---|---|
| Collected Date: | 10/01/2007 | 6/16/2007 | 5/24/2007 | 1/22/2007 | 12/29/2006 | Range |
| Comment | | | | | | |
| LDL/HDL Ratio | | | | 2.5 | 2.6 | 0.0-3.6 |
| LDL/HDL Ratio | 2.8 | 2.5 | 2.7 | | | 0.0-3.6 |
| **ANA+ENA+C3+C4+RA Qn+DNA/DS+...** | | | | | | |
| Complement C3, Serum | | | 122 | | | 90-180 |
| Thyroid Peroxidase (TPO) Ab | | | 121 H | | | 0-34 |
| Complement C4, Serum | | | 46 H | | | 9-36 |
| Antinuclear Antibodies Direct | | | 18 | | | 0-99 |
| RA Latex Turbid. | | | 7.1 | | | 0.0-13.9 |
| RNP Antibodies | | | 18 | | | 0-99 |
| Smith Antibodies | | | 12 | | | 0-99 |
| Sjogren's Anti-SS-A | | | 12 | | | 0-99 |
| Sjogren's Anti-SS-B | | | 6 | | | 0-99 |
| Antiscleroderma-70 Antibodies | | | 14 | | | 0-99 |
| Anti-DNA (DS) Ab Qn | | | 13 | | | 0-99 |
| **Comp. Metabolic Panel (14)** | | | | | | |
| Glucose, Serum | | 94 | | | 91 | 65-99 |
| BUN | | 17 | | | 14 | 5-26 |
| Creatinine, Serum | | 1.2 | | | 1.1 | 0.5-1.5 |
| BUN/Creatinine Ratio | | 14 | | | 13 | 8-27 |
| Sodium, Serum | | 143 | | | 141 | 135-148 |
| Potassium, Serum | | 4.0 | | | 4.4 | 3.5-5.5 |
| Chloride, Serum | | 102 | | | 102 | 96-109 |
| Carbon Dioxide, Total | | 23 | | | 30 | 20-32 |
| Calcium, Serum | | 10.1 | | | 9.6 | 8.5-10.6 |
| Protein, Total, Serum | | 7.7 | | | 7.6 | 6.0-8.5 |
| Albumin, Serum | | 4.9 | | | 4.8 | 3.5-5.5 |
| Globulin, Total | | 2.8 | | | 2.8 | 1.5-4.5 |
| A/G Ratio | | 1.8 | | | 1.7 | 1.1-2.5 |
| Bilirubin, Total | | 0.4 | | | 0.4 | 0.1-1.2 |
| Alkaline Phosphatase, Serum | | 73 | | | 75 | 25-150 |
| AST (SGOT) | | 25 | | | 32 | 0-40 |
| ALT (SGPT) | | 20 | | | 24 | 0-55 |
| **TP+TSH+TPO** | | | | | | |
| Thyroid Peroxidase (TPO) Ab | 138 H | 128 H | | | | 0-34 |
| Thyroid Peroxidase (TPO) Ab | | | | 83 H | 121 H | 0-34 |
| TSH | 0.830 | 2.770 | 2.189 | 1.980 | 1.934 | 0.350-5.500 |
| Thyroxine (T4) | 7.8 | 7.6 | 7.4 | 7.4 | 6.9 | 4.5-12.0 |
| T3 Uptake | 38 | 37 | 38 | 36 | 37 | 24-39 |
| Free Thyroxine Index | 3.0 | 2.8 | 2.8 | 2.7 | 2.6 | 1.2-4.9 |
| **No Frozen Received** | | | | | | |
| No Frozen Received | | | | • | | |

**Note:** Reference ranges are from most recent laboratory report.
See Individual Laboratory Report for Additional Information.

## LabCorp

| | | | | | |
|---|---|---|---|---|---|
| PATIENT NAME: | NAYAK,DAVID | | | | |
| PATIENT ID: | 05101980 | | | | |
| GENDER: M  AGE: | 27 YRS | | | | |
| CLIENT NAME: | Ambulatory Medical Assoc. | | | | |
| | 2010 Jacobssen Drive | | | | |
| | Normal, IL 61761-0000 | | | | |

**CUMULATIVE REPORT**
**COMPREHENSIVE**
RUN ON:10/02/2007
Printed Using:    User Settings

PHYSICIAN NAME: PANOPIO,PHOEBE A
PHYSICIAN UPIN#: H78281
PHYSICIAN NPI#:    1710070289

Accession Selection:

| Accession #: | 27452000450 | 16752000250 | 14452000830 | 02252000690 | 36352000740 | Ref. |
|---|---|---|---|---|---|---|
| Collected Date: | 10/01/2007 | 6/16/2007 | 5/24/2007 | 1/22/2007 | 12/29/2006 | Range |

Note:    End of Results for Block   1    Range of Accessions for:   NAYAK,DAVID

Note:    Reference ranges are from most recent laboratory report.
See Individual Laboratory Report for Additional Information.

**LabCorp** LabCorp Dublin
6370 Wilcox Road, Dublin, OH 43016-1296



Phone: 614-889-1061

| SPECIMEN 167-520-0025-0 | TYPE S | PRIMARY LAB CB | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

**ADDITIONAL INFORMATION**

REC'D LAV OVER 32HRS OLD.          FASTING: N
          DOB: 5/10/1980

**CLINICAL INFORMATION**
CD- 42147203760

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| NAYAK,DAVID | M | 27  /  1 |

| PHYSICIAN ID. | NPI | PATIENT ID. |
|---|---|---|
| PANOPIO  P | 1710070289 | 05101980 |

PT. ADD.:

ACCOUNT:  Ambulatory Medical Assoc.
Dr's Nayak
2010 Jacobssen Drive
Normal          IL   61761-0000

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 6/16/2007 | 9:54 | 6/16/2007 | 6/22/2007 | 16:07 | 3811 |

ACCOUNT NUMBER:   12399862

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| TP+TSH+TPO | | | | |
| > Thyroid Peroxidase (TPO) Ab | 128 H | IU/mL | 0  –  34 | 01 |
| TSH | 2.770 | uIU/mL | 0.350 – 5.500 | 01 |
| Thyroxine (T4) | 7.6 | ug/dL | 4.5 – 12.0 | 01 |
| T3 Uptake | 37 | % | 24 – 39 | 01 |
| Free Thyroxine Index | 2.8 | | 1.2 – 4.9 | 01 |
| CBC With Differential/Platelet | | | | |
| WBC | 5.6 | x10E3/uL | 4.0 – 10.5 | 01 |
| RBC | 5.47 | x10E6/uL | 4.10 – 5.60 | 01 |
| Hemoglobin | 14.7 | g/dL | 12.5 – 17.0 | 01 |
| Hematocrit | 44.2 | % | 36.0 – 50.0 | 01 |
| MCV | 81 | fL | 80 – 98 | 01 |
| > MCH | 26.8L | pg | 27.0 – 34.0 | 01 |
| MCHC | 33.2 | g/dL | 32.0 – 36.0 | 01 |
| RDW | 13.1 | % | 11.7 – 15.0 | 01 |
| Platelets | 219 | x10E3/uL | 140 – 415 | 01 |
| Neutrophils | 54 | % | 40 – 74 | 01 |
| Lymphs | 36 | % | 14 – 46 | 01 |
| Monocytes | 7 | % | 4 – 13 | 01 |
| Eos | 3 | % | 0 – 7 | 01 |
| Basos | 0 | % | 0 – 3 | 01 |
| Neutrophils (Absolute) | 3.0 | x10E3/uL | 1.8 – 7.8 | 01 |
| Lymphs (Absolute) | 2.0 | x10E3/uL | 0.7 – 4.5 | 01 |
| Monocytes(Absolute) | 0.4 | x10E3/uL | 0.1 – 1.0 | 01 |
| Eos (Absolute) | 0.2 | x10E3/uL | 0.0 – 0.4 | 01 |
| Baso (Absolute) | 0.0 | x10E3/uL | 0.0 – 0.2 | 01 |
| Comp. Metabolic Panel (14) | | | | |
| Glucose, Serum | 94 | mg/dL | 65 – 99 | 01 |
| BUN | 17 | mg/dL | 5 – 26 | 01 |
| Creatinine, Serum | 1.2 | mg/dL | 0.5 – 1.5 | 01 |
| BUN/Creatinine Ratio | 14 | | 8 – 27 | |
| Sodium, Serum | 143 | mmol/L | 135 – 148 | 01 |
| Potassium, Serum | 4.0 | mmol/L | 3.5 – 5.5 | 01 |
| Chloride, Serum | 102 | mmol/L | 96 – 109 | 01 |
| Carbon Dioxide, Total | 23 | mmol/L | 20 – 32 | 01 |
| Calcium, Serum | 10.1 | mg/dL | 8.5 – 10.6 | 01 |
| Protein, Total, Serum | 7.7 | g/dL | 6.0 – 8.5 | 01 |
| Albumin, Serum | 4.9 | g/dL | 3.5 – 5.5 | 01 |
| Globulin, Total | 2.8 | g/dL | 1.5 – 4.5 | |
| A/G Ratio | 1.8 | | 1.1 – 2.5 | |

| Pat Name: NAYAK,DAVID | Pat ID: 05101980 | Spec #: 167-520-0025-0 | Seq #: 3811 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges

Continued on Next Page          LCM Version:  03.19.00

**LabCorp** LabCorp Dublin
6370 Wilcox Road, Dublin, OH 43016-1296



Phone: 614-889-1061

| SPECIMEN 167-520-0025-0 | TYPE S | PRIMARY LAB CB | REPORT STATUS COMPLETE | Page #: 2 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

REC'D LAV OVER 32HRS OLD.        FASTING: N
              DOB: 5/10/1980

**CLINICAL INFORMATION**
CD- 42147203760

| PHYSICIAN ID. PANOPIO P | NPI 1710070289 | PATIENT ID. 05101980 |
|---|---|---|

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| NAYAK,DAVID | M | 27 / 1 |

**ACCOUNT:** Ambulatory Medical Assoc.
Dr's Nayak
2010 Jacobssen Drive
Normal        IL  61761-0000

PT. ADD.:

| DATE OF COLLECTION TIME | DATE RECEIVED | DATE REPORTED | TIME |
|---|---|---|---|
| 6/16/2007    9:54 | 6/16/2007 | 6/22/2007 | 16:07  3811 |

**ACCOUNT NUMBER:**   12399862

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| Bilirubin, Total | 0.4 | mg/dL | 0.1 - 1.2 | 01 |
| Alkaline Phosphatase, S | 73 | IU/L | 25 - 150 | 01 |
| AST (SGOT) | 25 | IU/L | 0 - 40 | 01 |
| ALT (SGPT) | 20 | IU/L | 0 - 55 | 01 |
| Lipid Panel With LDL/HDL Ratio | | | | |
| > Cholesterol, Total | 220 H | mg/dL | 100 - 199 | 01 |
| Triglycerides | 135 | mg/dL | 0 - 149 | 01 |
| HDL Cholesterol | 55 | mg/dL | 40 - 59 | 01 |
| VLDL Cholesterol Cal | 27 | mg/dL | 5 - 40 | |
| > LDL Cholesterol Calc | 138 H | mg/dL | 0 - 99 | 01 |
| Comment | | | | 01 |
| If initial LDL-cholesterol result is >100 mg/dL, assess for | | | | |
| risk factors. | | | | |
| LDL/HDL Ratio | 2.5 | ratio units | 0.0 - 3.6 | |
| EBV Acute Infection Antibodies | | | | |
| EBV Ab VCA, IgM | 47 | U/mL | 0 - 99 | 01 |
| | | Negative | <100 | |
| | | Equivocal | 100 - 120 | |
| | | Positive | >120 | |
| EBV Early Antigen Ab, IgG | 68 | U/mL | 0 - 99 | 01 |
| | | Negative | <100 | |
| | | Equivocal | 100 - 120 | |
| | | Positive | >120 | |
| > EBV Ab VCA, IgG | 1182 H | U/mL | 0 - 99 | 01 |
| | | Negative | <100 | |
| | | Equivocal | 100 - 120 | |
| | | Positive | >120 | |
| > EBV Nuclear Antigen Ab, IgG | 604 H | U/mL | 0 - 99 | 01 |
| | | Negative | <100 | |
| | | Equivocal | 100 - 120 | |
| | | Positive | >120 | |
| Interpretation: | | | | 01 |

EBV Interpretation Chart:

| | VCA-IgM | EA-IgG | VCA-IgG | NA-ABS |
|---|---|---|---|---|
| Susceptible | - | - | - | - |
| Acute Infection | + | +or- | + | - |
| Convalescent Phase | +or- | +or- | + | + |
| Chronic or | | | | |
| Reactivated | - | + | + | +or- |
| Old Infection | - | - | +or- | + |

| Pat Name: NAYAK,DAVID | Pat ID: 05101980 | Spec #: 167-520-0025-0 | Seq #: 3811 |
|---|---|---|---|

**LabCorp**
Laboratory Corporation of America

LabCorp Dublin
6370 Wilcox Road, Dublin, OH 43016-1296

**LabCorp**
Laboratory Corporation of America

Phone: 614-889-1061

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 167-520-0025-0 | S | CB | COMPLETE | Page #:   3 |

**ADDITIONAL INFORMATION**

REC'D LAV OVER 32HRS OLD.                    FASTING: N
                        DOB: 5/10/1980

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| **NAYAK,DAVID** | M | 27  /  1 |
| PT. ADD.: | | |

**CLINICAL INFORMATION**
CD- 42147203760

| PHYSICIAN ID. | NPI | PATIENT ID. |
|---|---|---|
| PANOPIO P | 1710070289 | 05101980 |

ACCOUNT:  Ambulatory Medical Assoc.
          Dr's Nayak
          2010 Jacobssen Drive
          Normal                    IL    61761-0000
ACCOUNT NUMBER:    12399862

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 6/16/2007 | 9:54 | 6/16/2007 | 6/22/2007 | 16:07 | 3811 |

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| | + Antibody Present  − Antibody Absent | | |
| Creatine Kinase,Total,Serum | 83        U/L | 24  - 204 | 01 |
| Aldolase | 3.2       U/L | 1.2 - 7.6 | 01 |
| Specimen Status Report | | | 01 |

    Specimen was not received within an acceptable time frame for
reliable analysis.  Refer to LabCorp's Directory of Services for
specimen acceptability criteria and resubmit if clinically indicated.
      TEST:  505000  B Cell Monitor Panel
Contacted:Kelly S. at your facility on 6/20/07.

LAB: 01 CB   LabCorp Dublin                    DIRECTOR: Nayyer Jafri H MD
6370 Wilcox Road, Dublin,  OH 43016-1296

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report                              LCM Version:  03.19.00

# LabCorp

**LabCorp**
Laboratory Corporation of America

| | |
|---|---|
| **PATIENT NAME:** | NAYAK,DAVID |
| **PATIENT ID:** | 05101980 |
| **GENDER:** M **AGE:** | 27 YRS |
| **CLIENT NAME:** | Ambulatory Medical Assoc. |
| | 2010 Jacobssen Drive |
| | Normal, IL 61761-0000 |

**CUMULATIVE REPORT**
**COMPREHENSIVE**
**RUN ON:** 6/23/2007
Printed Using:   User Settings

**PHYSICIAN NAME:** PANOPIO,PHOEBE A
**PHYSICIAN UPIN#:** H78281
**PHYSICIAN NPI#:**   1710070289

### Accession Selection:

| Accession #: | 16752000250 | 14452000830 | 02252000690 | 36352000740 | 30150809637 | Ref. |
|---|---|---|---|---|---|---|
| Collected Date: | 6/16/2007 | 5/24/2007 | 1/22/2007 | 12/29/2006 | 10/28/2006 | Range |
| **Vitamin B12 and Folate** | | | | | | |
| Vitamin B12 | | | 884 | | | 211-911 |
| Folates (Folic Acid), Serum | | | 21.7 | | | >5.4 |
| **Creatine Kinase,Total,Serum** | | | | | | |
| Creatine Kinase, Total, Serum | 83 | 360 H | | | | 24-204 |
| **Aldolase** | | | | | | |
| Aldolase | 3.2 | 6.2 | | | | 1.2-7.6 |
| **CBC With Differential/Platelet** | | | | | | |
| White Blood Cell (WBC) Count | 5.6 | 5.4 | 5.7 | 4.7 | | 4.0-10.5 |
| Red Blood Cell (RBC) Count | 5.47 | 5.48 | 5.52 | 5.63 H | | 4.10-5.60 |
| Hemoglobin | 14.7 | 14.5 | 14.5 | 15.2 | | 12.5-17.0 |
| Hematocrit | 44.2 | 43.5 | 44.1 | 44.3 | | 36.0-50.0 |
| MCV | 81 | 79 L | 80 | 79 L | | 80-98 |
| MCH | 26.8 L | 26.5 L | 26.3 L | 27.1 | | 27.0-34.0 |
| MCHC | 33.2 | 33.4 | 32.9 | 34.3 | | 32.0-36.0 |
| RDW | 13.1 | 13.0 | 12.8 | 13.0 | | 11.7-15.0 |
| Platelets | 219 | 229 | 222 | 199 | | 140-415 |
| Polys | 54 | 52 | 54 | 55 | | 40-74 |
| Lymphs | 36 | 37 | 34 | 35 | | 14-46 |
| Monocytes | 7 | 7 | 9 | 7 | | 4-13 |
| Eos | 3 | 3 | 3 | 3 | | 0-7 |
| Basos | 0 | 1 | 0 | 0 | | 0-3 |
| Polys (Absolute) | 3.0 | 2.8 | 3.1 | 2.6 | | 1.8-7.8 |
| Lymphs (Absolute) | 2.0 | 2.0 | 1.9 | 1.6 | | 0.7-4.5 |
| Monocytes(Absolute) | 0.4 | 0.4 | 0.5 | 0.3 | | 0.1-1.0 |
| Eos (Absolute Value) | 0.2 | 0.2 | 0.2 | 0.1 | | 0.0-0.4 |
| Baso(Absolute) | 0.0 | 0.1 | 0.0 | 0.0 | | 0.0-0.2 |
| **Sedimentation Rate-Westergren** | | | | | | |
| Sedimentation Rate-Westergren | | 2 | | | | 0-15 |
| **Specimen Status Report** | | | | | | |
| Specimen Status Report | | * | | | | |
| **Cortisol - AM** | | | | | | |
| Cortisol - AM | | | 17.0 | | | 4.3-22.4 |
| **EBV Acute Infection Antibodies** | | | | | | |
| EBV Ab VCA, IgM | 47 | 46 | 15 | 38 | | 0-99 |
| EBV Early Antigen Ab, IgG | 68 | 68 | 40 | 92 | | 0-99 |
| EBV Ab VCA, IgG | 1182 H | 1244 H | 810 H | 1710 H | | 0-99 |
| EBV Nuclear Antigen Ab, IgG | 604 H | 693 H | 645 H | 913 H | | 0-99 |
| Interpretation: | | | | | | |
| **Lipid Panel With LDL/HDL Ratio** | | | | | | |
| Cholesterol, Total | 220 H | 200 H | 186 | 226 H | | 100-199 |
| Triglycerides | 135 | 142 | 117 | 146 | | 0-149 |
| HDL Cholesterol | 55 | 46 | 46 | 54 | | 40-59 |
| VLDL Cholesterol Cal | 27 | 28 | 23 | 29 | | 5-40 |
| LDL Cholesterol Calc | 138 H | 126 H | 117 H | 143 H | | 0-99 |

---

**Note:   Reference ranges are from most recent laboratory report.**
**See Individual Laboratory Report for Additional Information.**

Page   1

# LabCorp

**LabCorp**
Laboratory Corporation of America

PATIENT NAME:   NAYAK,DAVID
PATIENT ID:   05101980
GENDER: M   AGE:   27 YRS
CLIENT NAME:   Ambulatory Medical Assoc.
2010 Jacobssen Drive
Normal, IL 61761-0000

CUMULATIVE REPORT
COMPREHENSIVE
RUN ON: 6/23/2007
Printed Using:   User Settings

PHYSICIAN NAME:  PANOPIO,PHOEBE A
PHYSICIAN UPIN#:  H78281
PHYSICIAN NPI#:   1710070289

## Accession Selection:

| Accession #: | 16752000250 | 14452000830 | 02252000690 | 36352000740 | 30150809637 | Ref. |
|---|---|---|---|---|---|---|
| Collected Date: | 6/16/2007 | 5/24/2007 | 1/22/2007 | 12/29/2006 | 10/28/2006 | Range |
| Comment | | | | | | |
| LDL/HDL Ratio | | | 2.5 | 2.6 | | 0.0-3.6 |
| LDL/HDL Ratio | 2.5 | 2.7 | | | | 0.0-3.6 |
| **ANA+ENA+C3+C4+RA Qn+DNA/DS+...** | | | | | | |
| Complement C3, Serum | | 122 | | | | 90-180 |
| Thyroid Peroxidase (TPO) Ab | | 121 H | | | | 0-34 |
| Complement C4, Serum | | 46 H | | | | 9-36 |
| Antinuclear Antibodies Direct | | 18 | | | | 0-99 |
| RA Latex Turbid. | | 7.1 | | | | 0.0-13.9 |
| RNP Antibodies | | 18 | | | | 0-99 |
| Smith Antibodies | | 12 | | | | 0-99 |
| Sjogren's Anti-SS-A | | 12 | | | | 0-99 |
| Sjogren's Anti-SS-B | | 6 | | | | 0-99 |
| Antiscleroderma-70 Antibodies | | 14 | | | | 0-99 |
| Anti-DNA (DS) Ab Qn | | 13 | | | | 0-99 |
| **Comp. Metabolic Panel (14)** | | | | | | |
| Glucose, Serum | 94 | | | 91 | | 65-99 |
| BUN | 17 | | | 14 | | 5-26 |
| Creatinine, Serum | 1.2 | | | 1.1 | | 0.5-1.5 |
| BUN/Creatinine Ratio | 14 | | | 13 | | 8-27 |
| Sodium, Serum | 143 | | | 141 | | 135-148 |
| Potassium, Serum | 4.0 | | | 4.4 | | 3.5-5.5 |
| Chloride, Serum | 102 | | | 102 | | 96-109 |
| Carbon Dioxide, Total | 23 | | | 30 | | 20-32 |
| Calcium, Serum | 10.1 | | | 9.6 | | 8.5-10.6 |
| Protein, Total, Serum | 7.7 | | | 7.6 | | 6.0-8.5 |
| Albumin, Serum | 4.9 | | | 4.8 | | 3.5-5.5 |
| Globulin, Total | 2.8 | | | 2.8 | | 1.5-4.5 |
| A/G Ratio | 1.8 | | | 1.7 | | 1.1-2.5 |
| Bilirubin, Total | 0.4 | | | 0.4 | | 0.1-1.2 |
| Alkaline Phosphatase, Serum | 73 | | | 75 | | 25-150 |
| AST (SGOT) | 25 | | | 32 | | 0-40 |
| ALT (SGPT) | 20 | | | 24 | | 0-55 |
| **TP+TSH+TPO** | | | | | | |
| Thyroid Peroxidase (TPO) Ab | 128 H | | | | | 0-34 |
| Thyroid Peroxidase (TPO) Ab | | | 83 H | 121 H | | 0-34 |
| TSH | 2.770 | 2.189 | 1.980 | 1.934 | | 0.350-5.500 |
| Thyroxine (T4) | 7.6 | 7.4 | 7.4 | 6.9 | | 4.5-12.0 |
| T3 Uptake | 37 | 38 | 36 | 37 | | 24-39 |
| Free Thyroxine Index | 2.8 | 2.8 | 2.7 | 2.6 | | 1.2-4.9 |
| **No Frozen Received** | | | | | | |
| No Frozen Received | | | • | | | |
| **Verbal Order** | | | | | | |
| See below: | | | | Comment: | | |

Note:  Reference ranges are from most recent laboratory report.
See Individual Laboratory Report for Additional Information.

# LabCorp

**LabCorp**
*Laboratory Corporation of America*

| | | |
|---|---|---|
| PATIENT NAME: | NAYAK,DAVID | |
| PATIENT ID: | 05101980 | |
| GENDER: M  AGE: | 27 YRS | |
| CLIENT NAME: | Ambulatory Medical Assoc. | |
| | 2010 Jacobssen Drive | |
| | Normal, IL 61761-0000 | |

**CUMULATIVE REPORT**
**COMPREHENSIVE**
**RUN ON: 6/23/2007**
Printed Using:    User Settings

PHYSICIAN NAME: PANOPIO,PHOEBE A
PHYSICIAN UPIN#:  H78281
PHYSICIAN NPI#:  1710070289

**Accession Selection:**

| Accession #: | 16752000250 | 14452000830 | 02252000690 | 36352000740 | 30150809637 | Ref. |
|---|---|---|---|---|---|---|
| Collected Date: | 6/16/2007 | 5/24/2007 | 1/22/2007 | 12/29/2006 | 10/28/2006 | Range |

Additional Test(s) Requested                                                                Comment:

---

Note:   **End of Results for Block  1   Range of Accessions for:  NAYAK,DAVID**

---

Note:   Reference ranges are from most recent laboratory report.
            See Individual Laboratory Report for Additional Information.

Page   3

# EXHIBIT X

117.  A 63-year-old man with a 5-year history of congestive heart failure comes to the emergency department because of a 1-month history of fatigue and labored breathing. Evaluation shows pulmonary edema. Furosemide is administered. Which of the following sets of physiologic changes is most likely following administration of the drug?

| | Na+–K+–Cl⁻ Transport in the Thick Ascending Loop of Henle | Osmolarity of the Medullary Interstitium | Water Absorption in the Descending Loop of Henle |
|---|---|---|---|
| (A) | ↑ | ↑ | ↑ |
| (B) | ↑ | ↑ | ↓ |
| (C) | ↑ | ↓ | ↑ |
| (D) | ↑ | ↓ | ↓ |
| (E) | ↓ | ↑ | ↑ |
| (F) | ↓ | ↑ | ↓ |
| (G) | ↓ | ↓ | ↑ |
| (H) | ↓ | ↓ | ↓ |

118.  A 3-month-old female infant from South America is adopted. She has been exclusively breast-fed. The only known medical history is treatment with an antibiotic for a gastrointestinal infection prior to arrival in the USA; the specific antibiotic is not known. Three days after receiving the infant, the adoptive parents note that she no longer moves her left upper and lower extremities. Radiologic examination shows an intracranial hemorrhage without signs of head trauma. Laboratory studies show anemia and prolonged partial thromboplastin and prothrombin times. Her condition is most likely associated with a deficiency in which of the following?

(A)  γ-Aminobutyric acid (GABA) decarboxylation
(B)  Glutamic acid γ (gamma) carboxylation
(C)  Heme synthesis
(D)  Thymidine synthesis
(E)  Xanthine oxidation

119.  A 24-year-old primigravid woman at 28 weeks' gestation has had nagging headaches, a puffy-looking face, and swollen legs for the past week. Her blood pressure is 180/95 mm Hg; it was within normal limits earlier in the pregnancy. Urinalysis shows a protein concentration of 0.6 g/dL. Which of the following is the most likely diagnosis?

(A)  Acute glomerulonephritis
(B)  Congestive heart failure
(C)  Eclampsia
(D)  Nephrotic syndrome
(E)  Preeclampsia

120.  A 75-year-old woman has increasing shortness of breath on exertion. Findings on physical examination are unremarkable. X-rays of the chest show no abnormalities of the heart or lungs. Pertinent laboratory findings include:

| | |
|---|---|
| Hematocrit | 28% |
| Hemoglobin | 9 g/dL |
| Mean corpuscular volume | 70 μm³ |

Which of the following is the most likely basis for these findings?

(A)  Acquired hemolytic anemia
(B)  Chronic blood loss
(C)  Folic acid deficiency
(D)  β-Thalassemia minor
(E)  Pernicious anemia

121.  The incidence of chronic pulmonary disease in a community is 1.5 times greater than the national rate. If successful, which of the following interventions would provide the greatest decrease in chronic pulmonary disease in this community?

(A)  Decrease the prevalence of cigarette smoking
(B)  Decrease radon levels in homes
(C)  Increase the number of people performing aerobic exercise
(D)  Increase the rate of flu immunization
(E)  Increase the rate of pneumococcal immunization
(F)  Remove asbestos from all buildings
(G)  Remove lead from all gasoline and other fuels

43

# EXHIBIT Y





# Charting Outcomes in the Match

Characteristics of Applicants Who Matched to Their
Preferred Specialty in the 2007 NRMP Main Residency
Match

2nd Edition

**Prepared by:**
National Resident Matching Program
and Association of American Medical Colleges

**August 2007**

Questions about the contents of this publication or the National Resident Matching Program data collections may be directed to Philip Szenas, Director of Research, National Resident Matching Program, (202) 828-0958 or pszenas@aamc.org.  Questions about the NRMP should be directed to Mona Signer, Executive Director, NRMP, (202) 828-0629 or msigner@aamc.org.

Questions about the AAMC data collections may be directed to Paul Jolly, Ph.D., Senior Associate Vice President, Association of American Medical Colleges, (202) 828-0257 or pjolly@aamc.org.

Copyright ©2007 National Resident Matching Program and the Association of American Medical Colleges.  All materials subject to this copyright may be photocopied for the purpose of nonprofit, scientific, or educational advancement.

**2007** TABLE OF CONTENTS
*Charting Outcomes*

**Introduction**

    The Transition from Medical School to Residency ................................................................. ii

    Summary ................................................................................................................................ iii

**Tables and Charts for All Specialties**

    Table 1. Number of Applicants and Positions in the 2007 Main Residency Match .................2

    Chart 1. Active Applicants in the 2007 Main Residency Match ...........................................2

    Chart 2. Ratio - Applicants Ranking Specialty First / Available Positions ...........................3

    Chart 3. Match Rates .............................................................................................................4

    Table 2. Summary Statistics ..................................................................................................5

    Chart 4. Median Number Contiguous Ranks by Preferred Specialty .....................................6

    Chart 5. Percentage of Applicants Ranking only One Specialty by Preferred Specialty ............7

    Chart 6. Distribution of U.S. Seniors Who Have a Graduate Degree in Addition to M.D. Degree ...........8

    Chart 7. Percentage of Matched U.S. Seniors Who Have a Graduate Degree ......................8

    Chart 8. Percentage of U.S. Seniors Who Graduated from a Top 40
            NIH Research Intensive Medical School ...............................................................9

    Chart 9. Percentage of U.S. Seniors Who are Members of Alpha Omega Alpha (AOA) ........10

    Chart 10. USMLE Step 1 Scores of Matched Applicants by Preferred Specialty .....................11

    Chart 11. USMLE Step 2 Scores of Matched Applicants by Preferred Specialty ....................12

    Chart 12. Percentage Reporting Research Experiences by Preferred Specialty .......................13

    Chart 13. Percentage Reporting Abstracts, Presentations, or Publications by Preferred Specialty ...........14

**Predicting Match Success** ...........................................................................................................15

**Tables and Charts for Individual Specialties**

    Anesthesiology ......................................................................................................................20

    Dermatology ..........................................................................................................................26

    Emergency Medicine .............................................................................................................32

    Family Medicine ...................................................................................................................38

    Internal Medicine ..................................................................................................................44

    Internal Medicine/Pediatrics .................................................................................................50

    Neurology .............................................................................................................................56

    Obstetrics and Gynecology ...................................................................................................62

    Orthopaedic Surgery .............................................................................................................68

    Otolaryngology .....................................................................................................................74

    Pathology-Anatomic and Clinical .........................................................................................80

    Pediatrics ..............................................................................................................................86

    Physical Medicine and Rehabilitation ...................................................................................92

    Plastic Surgery ......................................................................................................................98

    Psychiatry ...........................................................................................................................104

    Radiation Oncology ............................................................................................................110

    Radiology-Diagnostic ..........................................................................................................116

    Surgery-General ..................................................................................................................122

    Transitional Year ................................................................................................................128

**Acknowledgements** ....................................................................................................................134

Copyright ©2007 NRMP and AAMC. Copies may be
made for educational or noncommercial uses only.

The first edition of *Charting Outcomes in the Match* was published in July 2006 in response to requests from students and their advisors for data casting some light on how applicant qualifications affect match success. The second edition of *Charting Outcomes* builds on the original study by adding two specialties now participating in the NRMP Main Residency Match (Otolaryngology and Neurology), incorporating several new measures, and conducting regression analyses to predict match success.

For the purposes of this report, match success is defined as a match to the specialty of the applicant's first-ranked program, because that is assumed to be the specialty of choice. Lack of success includes matching to some other specialty as well as failure to match at all. No distinction was made to whether applicants matched to their first, second, third, or last choice.

Combining data from the NRMP, the database of AAMC's Electronic Residency Application Service (ERAS), USMLE scores made available by the National Board of Medical Examiners (NBME) and the Educational Commission for Foreign Medical Graduates (ECFMG), and other AAMC data sources, we identified ten applicant characteristics.

NBME and ECFMG have given permission to use USMLE scores, and the National Resident Matching Program and the Association of American Medical Colleges have collaborated to produce this report.

Because graduating seniors from U.S. allopathic medical schools match at higher rates, on average, than the other groups, and because some of those groups contain small numbers of applicants, this report distinguishes only two types of applicants: U.S. seniors and independent applicants. It should be noted, however, that the independent applicant category is a somewhat heterogeneous group.

**The Transition From Medical School to Residency**

An important step in the development of a medical career is the selection of a residency, a program of clinical training following graduation from medical school and a prerequisite for an unrestricted license to practice medicine. Appointments to the most sought after residencies are often quite competitive, and the process of selection by both applicants and program directors is facilitated by the National Resident Matching Program (NRMP). For the most competitive specialties, not all applicants can be accommodated, and an applicant may not be able to obtain training in his or her first-choice specialty.

In order to practice medicine in the United States, one must not only graduate from a recognized medical school, but one also must pass a series of licensure examinations and complete a program of graduate medical education—a residency. The residency provides additional supervised clinical training, usually focusing on one medical, surgical, or support specialty.

Successful completion of a residency is one of the requirements for licensure and prepares the physician to practice in that specialty. The residency is thus an extremely important step in the preparation of a physician, and students place great importance on securing a position in the specialty of their choice and in a program within that specialty that will meet their needs.

Residency applicants choose a preferred specialty and select programs within that specialty that are attractive to them with the aid of advisors at their schools, various publicly available databases, and online planning resources such as the AAMC Careers in Medicine Program.

Applicants apply to the programs of their choice, most often using the Electronic Residency Application Service (ERAS) of the AAMC. Program directors and their selection committees review the applications and select some of the applicants for interviews. Then, based on the interviews and the application materials, program directors decide which applicants they would like to have in their programs, and applicants decide which programs they would like to pursue.

The National Resident Matching Program (NRMP) provides a mechanism for determining the best outcome for both applicants and programs. Most applicants and most programs participate in the NRMP. Each applicant provides a rank-ordered list of desired programs, and each program provides a rank-ordered list of applicants. The matching algorithm assigns each applicant to his or her highest ranked program that also ranked the applicant and has not filled all of the available positions with applicants preferred by that program.[1]

For the competitive specialties, some applicants are necessarily disappointed. No applicant is guaranteed success, but those with superior qualifications are very likely to gain entry to their preferred specialty, if not to their preferred program within that specialty.

Applicants to residency programs and their advisors are anxious to have any available information bearing on their probability of matching so that they can tailor their applications and their NRMP rank order lists appropriately. Program directors base their selections on medical school transcripts, particularly clerkship grades, the Medical Student Performance Evaluation (MSPE) or dean's letter, letters of recommendation, research experience, publications, the personal statement from the ERAS application, and the residency interview. They also take into account membership in the medical student honor society Alpha Omega Alpha (AOA) and scores on the United States Medical Licensure

---

[1] For details of the matching algorithm, see http://www.nrmp.org/res_match/about_res/algorithms.html.

Copyright ©2007 NRMP and AAMC. Copies may be made for educational or noncommercial uses only.

**2007**    INTRODUCTION (CONTINUED)

Examination (USMLE), Step 1 and in some cases Step 2.

Although, the licensure examinations and especially Step 1, the basic science examination, are not designed for resident selection, program directors continue to use them because they are quantitative and nationally standardized measures of an applicant's mastery of medical knowledge during training. Program directors might like to have available quantitative and nationally standardized measures of integrity, honesty, sensitivity, cultural competence and other aspects of professionalism, and the AAMC is piloting new approaches to quantifying those measures as a part of the Medical Student Performance Evaluation. Because those data do not now exist, however, program directors try to discern those qualities from the non-quantitative information at their disposal.

**Summary**

Some general observations apply to all of the specialties in this report. Applicants who are successful in matching to their preferred specialty are more likely to:

- Rank more programs within their preferred specialty
- Be U.S. seniors
- Have higher USMLE Step 1 and Step 2 scores
- Be members of AOA

Although some of the other measures examined seemed to be related to match success for some specialties, the relationships were not consistent enough to draw broad conclusions across specialties. In addition, the data sources used for *Charting Outcomes* could not evaluate other important applicant factors such as course evaluations, reference letters, and the MSPE.

Despite the fairly strong relationship between USMLE Step scores and match success, the distributions of scores show that program directors consider other qualifications in addition to scores on that examination. A high score is not a guarantee of success. Even in the most competitive specialties a few individuals with the most impressive scores are not successful. Neither is a mediocre score a bar to success. In the less competitive specialties, U.S. seniors with barely passing scores usually match to their preferred specialties.

The data also are reassuring because they indicate that at least some programs do not employ an arbitrary cutoff or refuse to consider applicants with less than excellent test performance.

The data in this report support the following straightforward advice one should give to an applicant.

- Rank all of the programs you really want, without regard to your estimate of your chances with those programs.

- Include a mix of both highly competitive and less competitive programs within your preferred specialty.

- Include all of the programs on your list where the program has expressed an interest in you and where you would accept a position.

- Have a Plan B. If you are applying to a competitive specialty, and if you would want to have some residency position in the event you are unsuccessful in gaining acceptance to a program in your preferred specialty, rank also your most preferred programs in an alternate specialty.

- Include all of your qualifications in your application, but know that you do not have to be AOA, to have the highest USMLE scores, to have publications, and to have participated in research projects to successfully match.

Program directors and applicants will find the tables and charts for the specialty of their particular interest later in this report.

For questions, comments or more information, please contact:

Philip Szenas
Director of Research
National Resident Matching Program
Tel: (202) 828-0958
Email: pszenas@aamc.org

Or

Paul Jolly, Ph.D.
Senior Associate Vice President
Division of Medical School Services and Studies
Tel: (202) 828-0629
Email: pjolly@aamc.org

Copyright ©2007 NRMP and AAMC. Copies may be made for educational or noncommercial uses only.

**Chart 10**

USMLE STEP 1 SCORES OF MATCHED APPLICANTS BY PREFERRED SPECIALTY
*U.S. Seniors and Independent Applicants*





Note: Step 1 scores are not available for the majority of Osteopathic seniors and graduates included within the independent applicant category.
*Source:* NRMP Data Warehouse and AAMC Data Warehouse. USMLE scores by permission of the NBME and ECFMG.

USMLE Step 1 scores are a measure of a student's understanding of important basic science concepts and the ability to apply that knowledge to the practice of medicine. Although such knowledge is only one facet of applicant qualifications considered by program directors in their selection process, it is the only one that is comparable across applicants and educational institutions and available during the interview season and prior to the NRMP's ranking deadline. Overall, U.S. senior applicants have mean USMLE Step 1 scores of 220.4 (s.d. = 20.3) and independent applicants have mean scores of 209.0 (s.d. = 19.6), both well above the minimum passing score of 182.

Chart 10 displays the median Step 1 scores for matched U.S. seniors (top panel) and independent applicants (bottom panel) by specialty. The numbers are the median values for successful applicants and the vertical lines show the interquartile ranges, the range of scores for applicants excluding the top and bottom quarters of the distribution. It should not be surprising that scores are generally higher for the more competitive specialties, but it also is clear there is substantial overlap when specialties are compared.

Although, in general, U.S. seniors who matched to their preferred specialty have median Step 1 scores that are higher than those of independent applicants who matched, there are a few exceptions. Independent applicants who matched in Radiation Oncology, General Surgery, and Neurology had equivalent or slightly higher median Step 1 scores when compared with matched U.S. seniors.

Copyright ©2007 NRMP and AAMC. Copies may be made for educational or noncommercial uses only.

Charting Outcomes in the Match, 2007

**EM**    **EMERGENCY MEDICINE**

Copyright ©2007 NRMP and AAMC. Copies may be
made for educational or noncommercial uses only.

## Table EM-1
### SUMMARY STATISTICS
*Emergency Medicine*

| Measure | U.S. Seniors | | Independent Applicants | |
|---|---|---|---|---|
| | Matched (n=1,092) | Did Not Match (n=89) | Matched (n=265) | Did Not Match (n=223) |
| 1. Median number of contiguous ranks | 10.0 | 5.0 | 5.0 | 2.0 |
| 2. Mean number of distinct specialties ranked | 1.1 | 1.3 | 1.2 | 1.5 |
| 3. Percentage who graduated from top 40 NIH research medical school | 35.9 | 20.2 | n/a | n/a |
| 4. Percentage who have a Ph.D. degree | 1.6 | 0.0 | n/a | n/a |
| 5. Percentage who have another graduate degree | 13.5 | 9.0 | n/a | n/a |
| 6. Percentage who are AOA members | 12.4 | 1.1 | n/a | n/a |
| 7. USMLE Step 1 score | | | | |
| Mean | 220 | 208 | 216 | 204 |
| Median | 221 | 204 | 214 | 202 |
| 25th percentile | 207 | 194 | 204 | 188 |
| 75th percentile | 234 | 220 | 228 | 217 |
| Count | 1,086 | 88 | 140 | 156 |
| 8. USMLE Step 2 score | | | | |
| Mean | 227 | 208 | 222 | 204 |
| Median | 228 | 206 | 222 | 199 |
| 25th percentile | 214 | 193 | 205 | 191 |
| 75th percentile | 241 | 220 | 237 | 218 |
| Count | 778 | 71 | 140 | 154 |
| 9. Mean number of research experiences | 1.8 | 1.3 | 1.2 | 1.2 |
| 10. Mean number of abstracts, presentations, and publications | 1.6 | 0.8 | 1.4 | 1.5 |

n/a: The measure either does not apply to, applies to only a small percentage of, or no reliable data were available for independent applicants.
*Sources.* Measures 1, 2, and match outcome from the NRMP Data Warehouse, measure 3 from the AAMC Organizational Characteristics Database and AAMC Enterprise Information Store (EIS), measure 4 and 5 from the AAMC Data Warehouse, measures 6, 9, 10 from the AAMC ERAS Data Warehouse, and measures 7 and 8 from the AAMC Data Warehouse and from the ECFMG both by permission of the NBME and ECFMG.
Note: Counts are provided for USMLE Step scores since they are the only measures with significant missing data.

Copyright ©2007 NRMP and AAMC. Copies may be made for educational or noncommercial uses only.

Charting Outcomes in the Match, 2007



**Chart EM-1**

**NUMBER OF CONTIGUOUS RANKS WITHIN PREFERRED SPECIALTY**
*Emergency Medicine*



*Source:* NRMP Data Warehouse.

**Chart EM-2**

**NUMBER OF DISTINCT SPECIALTIES RANKED**
*Emergency Medicine*



*Source:* NRMP Data Warehouse.

Copyright ©2007 NRMP and AAMC. Copies may be made for educational or noncommercial uses only.

34

Charting Outcomes in the Match, 2007



**Chart EM-3**

**USMLE STEP 1 SCORES**
*Emergency Medicine*

*Source:* NRMP Data Warehouse and AAMC Data Warehouse. USMLE scores by permission of the NBME *and ECFMG.*



**Chart EM-4**

**USMLE STEP 2 SCORES**
*Emergency Medicine*

*Source:* NRMP Data Warehouse and AAMC Data Warehouse. USMLE scores by permission of the NBME *and ECFMG.*

Copyright ©2007 NRMP and AAMC. Copies may be made for educational or noncommercial uses only.

Charting Outcomes in the Match, 2007



**Chart EM-5**

**NUMBER OF RESEARCH PROJECTS**
*Emergency Medicine*

Source: AAMC ERAS Data Warehouse.



**Chart EM-6**

**NUMBER OF ABSTRACTS, PRESENTATIONS, AND PUBLICATIONS**
*Emergency Medicine*

Source: AAMC ERAS Data Warehouse.

Copyright ©2007 NRMP and AAMC. Copies may be made for educational or noncommercial uses only.

Charting Outcomes in the Match, 2007

**Chart EM-7**

## OTHER CHARACTERISTICS OF U.S. SENIORS
*Emergency Medicine*



*Sources.* AOA membership from the AAMC ERAS Data Warehouse, Top 40 NIH Research Intensive Medical Schools from the AAMC Organizational Characteristics Database and AAMC Enterprise Information Store (EIS), Ph.D. and other graduate degrees from the AAMC Data Warehouse.

Copyright ©2007 NRMP and AAMC. Copies may be made for educational or noncommercial uses only.

**IM**  **INTERNAL MEDICINE**

Copyright ©2007 NRMP and AAMC. Copies may be made for educational or noncommercial uses only.

Charting Outcomes in the Match, 2007



**SUMMARY STATISTICS**
*Internal Medicine*

| Measure | U.S. Seniors | | Independent Applicants | |
|---|---|---|---|---|
| | Matched (n=2,784) | Did Not Match (n=61) | Matched (n=1,987) | Did Not Match (n=2,342) |
| 1. Median number of contiguous ranks | 8.0 | 3.0 | 5.0 | 2.0 |
| 2. Mean number of distinct specialties ranked | 1.0 | 1.2 | 1.3 | 1.5 |
| 3. Percentage who graduated from top 40 NIH research medical school | 38.6 | 19.7 | n/a | n/a |
| 4. Percentage who have a Ph.D. degree | 5.8 | 1.6 | n/a | n/a |
| 5. Percentage who have another graduate degree | 10.6 | 14.8 | n/a | n/a |
| 6. Percentage who are AOA members | 12.6 | 3.3 | n/a | n/a |
| 7. USMLE Step 1 score | | | | |
|     Mean | 222 | 199 | 220 | 207 |
|     Median | 222 | 194 | 220 | 205 |
|     25th percentile | 207 | 187 | 206 | 192 |
|     75th percentile | 237 | 209 | 234 | 220 |
|     Count | 2,776 | 58 | 1,748 | 2,303 |
| 8. USMLE Step 2 score | | | | |
|     Mean | 227 | 192 | 222 | 209 |
|     Median | 228 | 186 | 223 | 206 |
|     25th percentile | 211 | 177 | 207 | 193 |
|     75th percentile | 243 | 207 | 238 | 221 |
|     Count | 1,938 | 39 | 1,740 | 2,303 |
| 9. Mean number of research experiences | 2.1 | 1.6 | 1.3 | 1.0 |
| 10. Mean number of abstracts, presentations, and publications | 2.2 | 1.2 | 2.1 | 2.0 |

n/a: The measure either does not apply to, applies to only a small percentage of, or no reliable data were available for independent applicants.
*Sources.* Measures 1, 2, and match outcome from the NRMP Data Warehouse, measure 3 from the AAMC Organizational Characteristics Database and AAMC Enterprise Information Store (EIS), measure 4 and 5 from the AAMC Data Warehouse, measures 6, 9, 10 from the AAMC ERAS Data Warehouse, and measures 7 and 8 from the AAMC Data Warehouse and from the ECFMG both by permission of the NBME and ECFMG.

Note: Counts are provided for USMLE Step scores since they are the only measures with significant missing data.

Copyright ©2007 NRMP and AAMC. Copies may be made for educational or noncommercial uses only.

Charting Outcomes in the Match, 2007



**Chart IM-1**

**NUMBER OF CONTIGUOUS RANKS WITHIN PREFERRED SPECIALTY**
*Internal Medicine*



*Source:* NRMP Data Warehouse.

**Chart IM-2**

**NUMBER OF DISTINCT SPECIALTIES RANKED**
*Internal Medicine*



*Source:* NRMP Data Warehouse.

Copyright ©2007 NRMP and AAMC. Copies may be made for educational or noncommercial uses only.

Charting Outcomes in the Match, 2007



**USMLE Step 1 Scores**
*Internal Medicine*



*Source:* NRMP Data Warehouse and AAMC Data Warehouse. USMLE scores by permission of the NBME and *ECFMG.*

**USMLE Step 2 Scores**
*Internal Medicine*



*Source:* NRMP Data Warehouse and AAMC Data Warehouse. USMLE scores by permission of the NBME and *ECFMG.*

Copyright ©2007 NRMP and AAMC. Copies may be made for educational or noncommercial uses only.

Charting Outcomes in the Match, 2007

**Chart IM-5**

## NUMBER OF RESEARCH PROJECTS
*Internal Medicine*



*Source:* AAMC ERAS Data Warehouse.

**Chart IM-6**

## NUMBER OF ABSTRACTS, PRESENTATIONS, AND PUBLICATIONS
*Internal Medicine*



*Source:* AAMC ERAS Data Warehouse.

Copyright ©2007 NRMP and AAMC. Copies may be made for educational or noncommercial uses only.

**Chart IM-7**

## OTHER CHARACTERISTICS OF U.S. SENIORS
*Internal Medicine*



Sources. AOA membership from the AAMC ERAS Data Warehouse, Top 40 NIH Research Intensive Medical Schools from the AAMC Organizational Characteristics Database and AAMC Enterprise Information Store (EIS), Ph.D. and other graduate degrees from the AAMC Data Warehouse.

Copyright ©2007 NRMP and AAMC. Copies may be made for educational or noncommercial uses only.

# N   NEUROLOGY

Copyright ©2007 NRMP and AAMC. Copies may be
made for educational or noncommercial uses only.

Charting Outcomes in the Match, 2007

## Table N-1

### SUMMARY STATISTICS
### *Neurology*

| Measure | U.S. Seniors | | Independent Applicants | |
|---|---|---|---|---|
| | Matched (n=296) | Did Not Match (n=12) | Matched (n=198) | Did Not Match (n=158) |
| 1. Median number of contiguous ranks | 8.0 | 2.0 | 5.0 | 1.0 |
| 2. Mean number of distinct specialties ranked | 1.3 | 1.8 | 1.6 | 2.0 |
| 3. Percentage who graduated from top 40 NIH research medical school | 37.8 | 33.3 | n/a | n/a |
| 4. Percentage who have a Ph.D. degree | 11.1 | 8.3 | n/a | n/a |
| 5. Percentage who have another graduate degree | 11.8 | 8.3 | n/a | n/a |
| 6. Percentage who are AOA members | 14.5 | 8.3 | n/a | n/a |
| 7. USMLE Step 1 score | | | | |
| Mean | 219 | 202 | 220 | 206 |
| Median | 218 | 192 | 221 | 203 |
| 25th percentile | 204 | 187 | 202 | 190 |
| 75th percentile | 235 | 209 | 236 | 219 |
| Count | 294 | 12 | 159 | 152 |
| 8. USMLE Step 2 score | | | | |
| Mean | 223 | 196 | 221 | 209 |
| Median | 226 | 188 | 223 | 203 |
| 25th percentile | 208 | 178 | 206 | 192 |
| 75th percentile | 239 | 223 | 237 | 218 |
| Count | 203 | 6 | 159 | 152 |
| 9. Mean number of research experiences | 2.3 | 2.1 | 1.7 | 1.5 |
| 10. Mean number of abstracts, presentations, and publications | 3.2 | 1.9 | 4.5 | 4.8 |

n/a: The measure either does not apply to, applies to only a small percentage of, or no reliable data were available for independent applicants.
*Sources.* Measures 1, 2, and match outcome from the NRMP Data Warehouse, measure 3 from the AAMC Organizational Characteristics Database and AAMC Enterprise Information Store (EIS), measure 4 and 5 from the AAMC Data Warehouse, measures 6, 9, 10 from the AAMC ERAS Data Warehouse, and measures 7 and 8 from the AAMC Data Warehouse and from the ECFMG both by permission of the NBME and ECFMG.
Note: Counts are provided for USMLE Step scores since they are the only measures with significant missing data.

Copyright ©2007 NRMP and AAMC. Copies may be made for educational or noncommercial uses only.

Charting Outcomes in the Match, 2007

## Chart N-1
**NUMBER OF CONTIGUOUS RANKS WITHIN PREFERRED SPECIALTY**
*Neurology*



*Source:* NRMP Data Warehouse.

## Chart N-2
**NUMBER OF DISTINCT SPECIALTIES RANKED**
*Neurology*



*Source:* NRMP Data Warehouse.

Copyright ©2007 NRMP and AAMC. Copies may be made for educational or noncommercial uses only.

Charting Outcomes in the Match, 2007



**Chart N-3**

## USMLE STEP 1 SCORES
*Neurology*



**Chart N-4**

## USMLE STEP 2 SCORES
*Neurology*

*Source*: NRMP Data Warehouse and AAMC Data Warehouse.  USMLE scores by permission of the NBME and *ECFMG*.

Copyright ©2007 NRMP and AAMC. Copies may be made for educational or noncommercial uses only.

Charting Outcomes in the Match, 2007



**Chart N-5**

**NUMBER OF RESEARCH PROJECTS**
*Neurology*

U.S. Seniors — Independent Applicants

*Source:* AAMC ERAS Data Warehouse.

**Chart N-6**

**NUMBER OF ABSTRACTS, PRESENTATIONS, AND PUBLICATIONS**
*Neurology*

U.S. Seniors — Independent Applicants

☐ Matched  ■ Not Matched

*Source:* AAMC ERAS Data Warehouse.

Copyright ©2007 NRMP and AAMC. Copies may be made for educational or noncommercial uses only.

**Chart N-7**

## OTHER CHARACTERISTICS OF U.S. SENIORS
*Neurology*



Sources. AOA membership from the AAMC ERAS Data Warehouse, Top 40 NIH Research Intensive Medical Schools from the AAMC Organizational Characteristics Database and AAMC Enterprise Information Store (EIS), Ph.D. and other graduate degrees from the AAMC Data Warehouse.

Copyright ©2007 NRMP and AAMC. Copies may be made for educational or noncommercial uses only.

Charting Outcomes in the Match, 2007

# EXHIBIT Z

## IMPORTANT DOCUMENT – TAKE TO TEST CENTER
### United States Medical Licensing Examination (USMLE ™) Step 1 Scheduling Permit

**Name:** Nayak, David Aaron                    **Eligibility Begins:** October 01, 2007

**USMLE ID:** 5-185-001-4                        **Eligibility Ends:** March 31, 2008

**Testing Region:** United States and Canada     **# of Test Days: 2**

1. This permit authorizes you to sit for Step 1 during the period noted above. Review the *USMLE ™ Bulletin of Information* for specific scheduling and testing procedures. The *Bulletin* is available on the USMLE website, www.usmle.org.

2. To schedule an appointment, call Prometric at 443-751-4829 or 800-967-1139 located in Baltimore, MD. You must call this number for accommodations. Prometric schedules on a first-come, first-served basis. Representatives are available M-F 8AM-8PM (local time). You need to provide the following information:

   **Program: STEP1**
   **Exam: STEP1**
   **Scheduling #: 014144911**

3. Make note of the **Confirmation Number(s)** you receive from Prometric here: _____.
   You need this number to **confirm, reschedule, or cancel** your appointment.

4. You may reschedule your appointment within the eligibility period noted above. **To avoid a Prometric-rescheduling fee, you must reschedule your appointment by 12 PM local time in Baltimore, MD at least five business days before your appointment.** If you do not appear on your test date and your eligibility period has not expired, you may reschedule your appointment. To do so, you must contact Prometric at the telephone number above, pay a Prometric-rescheduling fee, and wait 48 hours before rescheduling your appointment.

5. Practice sessions are available at Prometric testing centers for a fee payable to Prometric. To take a Practice Session, register on the USMLE website, www.usmle.org, using information from this permit. After you register, a Practice Session Scheduling Permit will be issued to you that you may use to contact Prometric to pay the fee and schedule an appointment. Please note that accommodations are not provided for the Practice Session.

6. Confirm your testing date and center location one week before your appointment at www.prometric.com/USMLE. If you are unable to access the website, contact **Prometric** at the telephone number above.

7. Report to the testing center 30 minutes before your scheduled testing appointment. If you arrive later than your scheduled appointment time, you **may not be** admitted. If you arrive **more than 30 minutes after your scheduled testing appointment,** you **will not be** admitted to the testing center.

8. For admission to the test center, you **must** bring this Scheduling Permit and an unexpired, government-issued form of identification (such as a current driver's license or passport) that includes both your recent photograph and signature. **The names on your identification must match the names on this permit exactly** (not case sensitive). The only acceptable differences are the presence of a middle name, middle initial or suffix on one document and its absence on the other; or the presence of a middle name on one and middle initial on the other. Since your name on the Scheduling Permit appears in the Latin alphabet, i.e., in "English language letters," the name on your identification must also appear in the Latin alphabet. If your name is misspelled or differs from your name as it appears on your identification, contact NBME immediately. **You cannot make name changes or corrections within seven business days of your scheduled testing date.**

9. You will sign in and your photograph will be taken. **You must place all of your personal belongings, including cellular telephones, pagers, wallets, food and beverages in a small locker.** Pagers and cellular telephones must be turned off before being placed in the locker.

10. Your confidential **Candidate Identification Number (CIN) is UDGB284XDNG.** The Test Center Administrator (TCA) will instruct you to write your name and CIN on the laminated writing surface provided for making notes. After you write your name and CIN on the laminated surface, the TCA will collect the permit and escort you to the testing room. To initiate your examination, you will enter your CIN into the computer at your workstation. Do not erase your name and CIN from the laminated writing surface until the end of your test day, as you may need to enter the CIN several times throughout the day. **Note:** If you are scheduled to take a **multiple-day** examination, you will need to repeat this process on the following test day (s). Be sure to **ask the TCA to return your permit** to you at the end of your test day.

11. At the end of your test day, the TCA will provide you with a printout that certifies you appeared for that day's testing session.

Yahoo!  My Yahoo!  Mail  Tutorials  More        **Make Y! your home page**        Welcome, davidanayak Sign Out  All-New Mail  Help

# YAHOO! MAIL
Classic

Search: [                    ]  **Web Search**

| **Mail Plus** | Contacts | Calendar | Notepad | | Mail For Mobile - Mail Upgrades - Options |

Check Mail | Compose | | Search Mail | Search the Web

**Folders**    [Add - Edit]        Previous | Next | Back to Messages

| Delete | Reply ▾ | Forward ▾ | Spam | Move... ▾ |

**Inbox (1)**
Draft
Sent                    This message is not flagged. [ Flag Message - Mark as Unread ]            Printable View
Bulk        [Empty]
Trash       [Empty]    **From:**    emailconfirmations@prometric.com  📧 Add to Address Book  🔋 Add Mobile Alert

**Search Shortcuts**      **To:**    davidanayak@yahoo.com
                          **Subject:** Confirmation of computer-based exam
My Photos                 **Date:**    17 Jan 2008 15:22:24 -0500
My Attachments

To:   David Aaron Nayak                                        | North America |
      1906 CRIMSON LN
      BLOOMINGTON ILLINOIS 61704
      UNITED STATES

Date:  17 Jan 2008

Subject: Confirmation of computer-based Step 1 - United Stated Medical Licensing
Examination,#0000000054666069

Your appointment for the computer-based Step 1 - United Stated Medical Licensing Examination is confirmed. Please find the
confirmation details that follow:

| | | |
|---|---|---|
| Confirmation: | 0000000054666069 | Prometric Test Center: # 3207 |
| Program: | STEP1 | PROMETRIC TEST CENTER |
| Exam Code: | STEP1 | 7501 N UNIVERSITY |
| | | SUITE 218 |
| | Step 1 - United Stated Medical Licensing Examination | PEORIA ILLINOIS 61614 |
| Exam Date: | 21 Feb 2008 | UNITED STATES |
| Exam Time: | 11:00 | |

**IDENTIFICATION POLICY**

You must bring your Scheduling Permit and proper identification with you to be admitted to the exam. The name shown on your
Scheduling Permit must exactly match the name shown on your identification. The identification must be a valid, government-
issued ID that shows your name in the English alphabet, your signature and your photograph.

**RESCHEDULE / CANCEL POLICY**

If you need to reschedule or cancel your exam, you must call the registration center, or go to www.prometric.com, no later than
12:00 noon, 5 business days prior to your appointment. There is no fee to change the date of your exam prior to the deadline. If you
reschedule later than the deadline there is a reschedule fee of $104.75 USD for domestic U.S.A. and Canada, $229.00 USD for
International Zone 1, $255.00 for International Zone 2, or $394.00 USD for International Zone 3.

Retest policies available at www.usmle.org

**DRIVING DIRECTIONS**

Call site for directions

Sincerely,

**North America**
Prometric

| Delete | Reply ▾ | Forward ▾ | Spam | Move... ▾ |

Previous | Next | Back to Messages        Save Message Text | Full Headers

Check Mail | Compose | | Search Mail | Search the Web

Yahoo!   My Yahoo!   Mail   Tutorials   More   **Make Y! your home page**     Welcome, davidanayak Sign Out  All-New Mail  Help

# YAHOO! MAIL
Classic

Search: [                    ]  **Web Search**

| Mail Plus | Contacts | Calendar | Notepad | | Mail For Mobile - Mail Upgrades - Options |

**Check Mail**    **Compose**     **Search Mail**   **Search the Web**

Previous | Next | Back to Messages

**Delete**   **Reply** ▼   **Forward** ▼   **Spam**   **Move...** ▼

**Folders**   [Add - Edit]

This message is not flagged. [ Flag Message - Mark as Unread ]     Printable View

**Inbox (1)**

Draft

Sent

**From:**   emailconfirmations@prometric.com   ⊞ Add Mobile Alert

**Bulk (1)**   [Empty]

**To:**   davidanayak@yahoo.com

**Trash**   [Empty]

**Subject:**   Confirmation of computer-based exam

**Date:**   17 Jan 2008 15:30:03 -0500

**Search Shortcuts**

My Photos

My Attachments

To:   David Aaron Nayak
1906 CRIMSON LN
BLOOMINGTON ILLINOIS 61704
UNITED STATES

| North America |

Date:   17 Jan 2008

Subject: Confirmation of computer-based Step 1 - United Stated Medical Licensing
Examination,#0000000054666157

Your appointment for the computer-based **Step 1 - United Stated Medical Licensing Examination** is confirmed. Please find the
confirmation details that follow:

| | | |
|---|---|---|
| Confirmation: | 0000000054666157 | Prometric Test Center: # 3207 |
| Program: | STEP1 | **PROMETRIC TEST CENTER** |
| Exam Code: | STEP1 | **7501 N UNIVERSITY** |
| | Step 1 - United Stated Medical Licensing Examination | **SUITE 218** |
| Exam Date: | 22 Feb 2008 | **PEORIA ILLINOIS 61614** |
| Exam Time: | 11:00 | **UNITED STATES** |

**IDENTIFICATION POLICY**

You must bring your Scheduling Permit and proper identification with you to be admitted to the exam. The name shown on your
Scheduling Permit must exactly match the name shown on your identification. The identification must be a valid, government-
issued ID that shows your name in the English alphabet, your signature and your photograph.

**RESCHEDULE / CANCEL POLICY**

If you need to reschedule or cancel your exam, you must call the registration center, or go to www.prometric.com, no later than
12:00 noon, 5 business days prior to your appointment. There is no fee to change the date of your exam prior to the deadline. If you
reschedule later than the deadline there is a reschedule fee of $104.75 USD for domestic U.S.A. and Canada, $229.00 USD for
International Zone 1, $255.00 for International Zone 2, or $394.00 USD for International Zone 3.

Retest policies available at www.usmle.org

**DRIVING DIRECTIONS**

Call site for directions

Sincerely,

North America
Prometric

**Delete**   **Reply** ▼   **Forward** ▼   **Spam**   **Move...** ▼

Previous | Next | Back to Messages     Save Message Text | Full Headers

**Check Mail**    **Compose**     **Search Mail**   **Search the Web**

# EXHIBIT AA

# UIC College of Medicine
## Student Academic Promotions Policies
### AY 2007 - 2008

Section I: General Policies ........................................................................................... 1
  I. A: Introduction ............................................................................................. 1
  I. B: Application of Academic Policies .......................................................... 1
  I. C: Time Limit for Completing the M.D. Degree ........................................ 1
  I. D: Statement on Professional Behavior ...................................................... 2
  I. E: Definition of Terms ............................................................................... 3
Section II: M1 Students ................................................................................................ 4
Section III: Students Granted a Repeat of the M1 Year ............................................... 5
Section IV: Decompressed Programs ............................................................................ 5
Section V: M2 Students ................................................................................................ 5
  V.1.        Students Who Fail USMLE Step 1 ............................................... 6
  V.2         Students Who Fail USMLE Step 1 Twice ..................................... 7
Section VI: M3 Students ............................................................................................... 7
  VI.A: Promotion to the M4 Year ................................................................... 7
  VI.B: Core Clerkships ................................................................................... 7
  VI.C: Other Required and Elective Experiences ........................................... 8
Section VII: M4 Students .............................................................................................. 9
  VII.A: Graduation ......................................................................................... 9
  VII.B: USMLE Step 2 ................................................................................... 9
  VII.B.1: Students Who Fail the First Attempt to Pass the USMLE Step 2 .. 10
  Summary of Progress and Promotion Policies ............................................. 10
Section VIII: Appeals .................................................................................................. 11
Section IX: Petitions for Readmission ........................................................................ 12
Section X: Policy and Procedures for Leaves of Absence .......................................... 13
  Leave of Absence Request ........................................................................... 13
  Granting Leaves of Absence ........................................................................ 13
  Leave of Absence for One Semester or Less ................................................ 14
  Leave of Absence for More Than One Semester .......................................... 14
  Role of Committee on Student Promotions .................................................. 14
  Returning to the College of Medicine .......................................................... 14
  Extension of a Leave of Absence ................................................................. 14
Section XI: Miscellaneous ........................................................................................... 15
  Policy and Procedures for Withdrawal ......................................................... 15
  Policy Regarding Sitting for Examinations .................................................. 15
  Excused Absence: College of Medicine Examinations ................................ 15
  Involuntary Withdrawal of Students for Psychiatric Reasons ...................... 16

## Student Academic Promotions Policies

### Section I: General Policies

#### I. A: Introduction

The procedures for considering student progress, promotion, graduation, delay in graduation, and dismissal for poor scholarship at the University of Illinois College of Medicine require faculty review at two levels. First, each regional site of the College will have a faculty committee that will function as a site student progress and promotions committee and will provide the first level of review. Second, this site student progress and promotions committee will report its recommendations for action to the College Committee on Student Promotions (CCSP) where final action will be taken. Finally, all actions of the College Committee on Student Promotions will be reported to the Executive Committee of the College of Medicine.

#### I. B: Application of Academic Policies

Presented in the following pages are the academic policies, procedures, and requirements that medical students must follow and meet to maintain progress, to be promoted, and to graduate from the College of Medicine. Although students will be considered individually on the basis of the merits of their individual circumstances, *policies will be applied strictly. Departure from policies will be based only on documented compelling extenuating circumstances.* Students who experience compelling extenuating circumstances that adversely affect their ability to study and focus on their medical education are advised to discuss them with and seek guidance from the site student affairs officer *before* they lead to academic failures.

#### I. C: Time Limit for Completing the M.D. Degree

Beginning with the Class matriculating in AY 00-01 (Class of 2004), students must complete the medical curriculum within seven years from the date of initial enrollment. A maximum of four years will be allowed to complete the M1 and M2 years, which includes passing Step 1. Students enrolled in dual degree programs are excused from this requirement.

Students enrolled in the Decompressed Program must complete their degrees within eight years. A maximum of five years is allowed to complete the M1/M2 years, which includes passing Step 1.

**Leaves of absence for any reason and periods of required remediation are included within the time limits specified.**

1

### *I. D: Statement on Professional Behavior*

Medicine is a profession that requires the mastery of a large body of knowledge and the acquisition of clinical skills, as well as high standards of behavior and appropriate attitudes. **In addition to fulfilling all academic requirements, students are required to display attitudes, personal characteristics, and behaviors consistent with accepted standards of professional conduct at the University of Illinois College of Medicine, and further defined by other professional documents in medicine[1]. Students who do not will be dismissed from the College of Medicine.** The faculty believes that certain dimensions of professionalism may be amenable to remediation, in which case students would be required to complete satisfactorily additional activities/experiences specified by the appropriate site committee and approved by the College Committee on Student Promotions. Satisfactory completion of additional activities/experiences may result in a delay in the student's normal progress toward graduation. Alternately, the appropriate site administrative officer may opt to prefer disciplinary charges through the Senate Committee on Student Discipline.

The following personal characteristics and attitudes include but are not limited to those observed and evaluated throughout the medical curriculum. Students are expected to demonstrate these characteristics, both in their academic and personal pursuits.

*Integrity*: Displays honesty in all situations and interactions; is able to identify information that is confidential and maintain its confidentiality.

*Tolerance*: Demonstrates ability to accept people and situations. Acknowledges his/her biases and does not allow them to affect patient care or contribute to threatening or harassing interactions with others.

*Interpersonal relationships*: Provides support and is empathetic in interactions with peers, patients, and their families. Interacts effectively with "difficult individuals." Demonstrates respect for and complements the roles of other professionals. Is cooperative and earns respect.

*Initiative*: Independently identifies tasks to be performed and makes sure that tasks are completed satisfactorily. Performs duties promptly and efficiently. Is willing to spend additional time and to assume new responsibilities. Recognizes when help is required and when to ask for guidance.

*Dependability*: Completes tasks promptly and well. Arrives on time and actively participates in clinical and didactic activities. Follows through and is reliable.

*Attitudes*: Is actively concerned about others. Maintains a positive outlook toward others and toward assigned tasks. Recognizes and admits mistakes. Seeks and accepts feedback and uses it to improve performance.

*Function under stress*: Maintains professional composure and exhibits good personal and clinical judgment in stressful situations. Identifies unprofessional conduct while recognizing the importance of maintaining professional behavior in the clinical setting, in spite of inappropriate action on the part of others.

*Appearance*: Displays appropriate professional appearance and is appropriately groomed.

---

[1]  Medical Professionalism Project: *The Physician Charter*. The American Board of Internal Medicine Foundation. http://www.abimfoundation.org/

AMA *Code of Medical Ethics*. The Council on Ethical and Judicial Affairs (CEJA). http://www.ama-assn.org/

*I. E: Definition of Terms*

*Academic Year:* An academic year consists consecutively of the fall semester, spring semester, and summer term. Thus, for example, AY 2007-2008 consists of the fall 2007 semester, spring 2008 semester, and summer 2008 term.

*Academic Good Standing:* A student is considered to be in good academic standing when he/she has no existing deficiency(ies) at the end of the academic year. A student who is repeating a year due to academic difficulty is considered to be in probationary status until the end of the year, or if applicable, the end of the makeup period. If the student satisfies all curricular requirements, he/she will be promoted to the next year in good academic standing.

*Administrative Good Standing:* A student is considered to be in good standing when he/she is enrolled in the College of Medicine and current with all tuition, fees and loan payments. A student who is in debt to the University at the end of any academic term, or for which suitable arrangements for payment have not been made, shall not be permitted to register in the University again, *is not in good standing*, and shall not be entitled to receive an official statement or transcript of credits until the indebtedness has been paid or suitable arrangements for payment have been made unless there is pending a bankruptcy petition of the student seeking discharge of all such indebtedness or all such indebtedness has been discharged.

*Certifying Examinations:* The College of Medicine defines the United States Medical Licensing Examination (USMLE) Step 1 and USMLE Step 2 CK and CS as *certifying* examinations. These examinations must be taken and passed at the appropriate time to permit progress, thus allowing the student to become eligible for graduation. To be eligible to *register* for and *take* the USMLE Step 1 or Step 2 students must be enrolled officially in the University of Illinois College of Medicine.

*Core Clerkships:* The College of Medicine defines six clerkships as core: Family Medicine, Medicine, Pediatrics, Psychiatry, Obstetrics and Gynecology, and Surgery.

*Delayed in Class*: A delay in class occurs when a student's expected graduation date is postponed. A delay in class is recommended by the appropriate site committee(s) and approved by the College Committee on Student Promotions for a variety of reasons, such as a Leave of Absence, an extended period of remedial study, a restart year, or a repeat year.

*Passing Grade*:   The basic science courses utilize a three-point grading scale: Outstanding, Satisfactory (Passing), and Unsatisfactory. In bridging courses, clerkships and electives, a four-point scale is generally used to assign *final* grades: Outstanding, Advanced, Proficient, and Unsatisfactory. The temporary grade of *Incomplete* is not a passing grade.

*Repeat Year*: A *repeat* year permits students to participate for a second time in an academic year; the students' previous participation in that year counts as their first opportunity. Students may be granted a repeat year of the curriculum if requirements for promotion to the next year have not been fulfilled and if approval is given by the appropriate committees. *Students are allowed only one repeat year during their undergraduate medical education.*

3

*Restart Year:* A *restart* year allows students who experience documented compelling extenuating circumstances to begin an academic year anew as if the year constitutes their first opportunity to participate in the curriculum.

First and second year students and students in the Decompressed Program are eligible for a restart year if they:
1. experience   documented compelling extenuating circumstances;
2. petition    for a restart year **before any progress examinations have been taken;**
3. are    approved by the appropriate site committee(s) and College Committee on Student Promotions to restart the year; and
4. hav  e not previously restarted a year; *that is, students are allowed only one restart year during their undergraduate medical education.*

*Continuing Status:* Students who withdraw from the curriculum on leaves of absence prior to completing the M1 or M2 year will have their status converted to *Continuing* when appropriate documentation is received and approved by the student affairs dean that the student is ready to return. Students on Continuing status will return at the beginning of the semester in which the leave occurred. The academic record accrued to the time of re-entry will be in effect as the student's current record.

A Continuing student who takes a leave during the spring semester after having completed the fall, will have the option of auditing fall courses. Students will be allowed to complete the year to determine their status: 1) promotion to the next year; 2) eligibility for makeup examination(s) or a repeat year; or 3) dismissal for poor scholarship.

**Section II: M1 Students**
Promotion to the M2 Year
The appropriate site committee(s) and the Committee on Student Promotions will adhere to the following policies when reviewing students for promotion to the M2 year.

1. Students who complete satisfactorily all M1 curricular requirements will be promoted to the M2 year.

2. Students who pass at least 67% of the weighted curriculum at their site will be allowed to take makeup examinations or participate in an approved summer course.

   a. Students who earn grades of Satisfactory (Passing) on makeup examinations and have met all other academic requirements will be promoted to the M2 year. Their records will be annotated "Passed after makeup examination."

   b. Students who do not pass all requirements after participating in make-up examinations or approved summer courses are eligible for a repeat year when they comply with the following conditions. They are required to prepare a study plan that must be approved by their advisor and the student affairs dean or the dean's designee. The plan must address what they are going to do to ensure success during the repeat year. The Unsatisfactory grade(s) will remain on the transcript.

4

3.      Students who pass 66% to 40% of the weighted curriculum at their site are eligible for a repeat year when they comply with the following conditions.  They are required to prepare a study plan that must be approved by their advisor and the student affairs dean or the dean's designee.  The plan must address what they are going to do to ensure success during the repeat year.  **They are not eligible to take makeup examinations.**  The Unsatisfactory grade(s) will remain on the transcript.

4.      Students who pass less than 40% of the weighted curriculum at their site are subject to dismissal.

> *Note well: All students granted a repeat year must meet with an academic skills specialist. The OSA must also meet with repeating students on a frequency to be determined for each student.  No student will be granted more than one repeat year. Students who fail to satisfy requirements after a repeat year will be dismissed.*

## Section III: Students Granted a Repeat of the M1 Year

### Promotion to the M2 Year

Students who are granted a repeat of the M1 year are required to participate in all M1 courses at their site. They are *not* eligible to take proficiency examinations to place out of (be exempt from) required courses. Repeating students who do not pass all courses by the end of the academic year are subject to dismissal.

## Section IV: Decompressed Program

The Decompressed Program permits a small number of first-year students to complete the academic requirements of the M1 year over two years, completing approximately half of the curriculum each year.  It is designed for students who may be less well prepared for medical school for various reasons.  Students may apply 1) prior to matriculation, 2) upon matriculation, or 3) by the site application deadline, which is December 1st in Chicago and no later than five working days after the second set of examination results are distributed in the fall in Urbana.

Policies for the Decompressed Programs at Urbana-Champaign and Chicago are detailed in separate documents appended to these Guidelines and available at the following links:  Urbana-Champaign http://www.med.uiuc.edu/sa/resources/Policies/06-07/Decompress%20Program.pdf Chicago  http://www.uic.edu/depts/mcam/ugme/pdfs/Decompressed_Program_2006-2007.pdf

## Section V: M2 Students
Promotion to the M3 Year
The appropriate site committee(s) and the Committee on Student Promotions will adhere to the following policies when reviewing students for promotion to the M3 year.

1.      Students who complete satisfactorily all M2 curricular requirements, which include passing the USMLE Step 1, will be promoted to the M3 year.  Students who have taken USMLE Step 1 will be allowed to begin M3 core clerkships, pending the results.

Students who delay taking USMLE Step1 may not begin clerkships until *after* they take the examination. Students who want to delay taking the examination must petition their student affairs dean for approval.

2.    Students who pass at least 67% of the weighted curriculum will be allowed to take makeup examinations or participate in an approved summer course. Their records will be annotated "Passed after makeup examination."

   a. Students who earn grades of Satisfactory (passing) on makeup examinations and have met all other academic requirements will be promoted to the M3 year. The Unsatisfactory grade(s) will remain on the transcript, as well as the passing grade(s).

   b. Students who do not pass all requirements after participating in makeup examinations or approved summer courses are eligible for a repeat year, **if they have not already repeated a year of the curriculum.** They are required to prepare a study plan that must be approved by their advisor and the student affairs dean or the dean's designee. The plan must address what they are going to do to ensure success during the repeat year. The Unsatisfactory grade(s) will remain on the transcript. **Students who have already repeated the M1 or M2 year are subject to dismissal.**

3.    Students who pass 66 % to 40 % of the weighted curriculum at their site are eligible for a repeat year when they comply with the following conditions. They are required to prepare a study plan that must be approved by their advisor and the student affairs dean or the dean's designee. The plan must address what they are going to do to ensure success during the repeat year. **They are not eligible to take makeup examinations.** Students who are granted a repeat year must participate in all M2 courses at their site. **Students who have already repeated the M1 or M2 year are subject to dismissal.**

4.    Students who pass less than 40% of the weighted curriculum at their site are subject to dismissal.

   *Note well: All students granted a repeat year must meet with an academic skills specialist. The OSA must also meet with repeating students on a frequency to be determined for each student. No student will be granted more than one repeat year. Students who fail to satisfy requirements after a repeat year will be dismissed.*

**V.1.    *Students Who Fail USMLE Step 1***
Students who fail their *initial attempt* at USMLE Step 1 will be allowed to complete the clerkship in which they are enrolled. They must discontinue further clerkship activity and submit a remedial study plan for approval to the student affairs dean or the dean's designee. Study plans may also require the approval of the site Committee on Student Promotions. They must then engage in remedial study and retake USMLE Step 1 in accordance with the terms of their approved study plan. Once they have retaken USMLE Step1, they may resume clerkship activity, as prearranged in the study plan.

6

*V.2*    ***Students Who Fail USMLE Step 1 Twice***

Students who fail their *second attempt* at USMLE Step 1 will be allowed to complete the clerkship in which they are enrolled. They must discontinue further clerkship activity and must submit a remedial study plan for approval to the student affairs dean or the dean's designee. Study plans may also require the approval of the site Committee on Student Promotions. They must then engage in the remedial plan and retake USMLE Step 1 in accordance with the terms of the plan. They may not return to clerkship activity until a passing score has been documented.

Students who matriculated into the College of Medicine in AY 2000-2001 or thereafter, for whom the ***Time Limit Policy*** applies, may be allowed more than three attempts at Step 1 and/or Step 2 as long as all requirements for graduation are satisfied within the constraints of the policy. Students who matriculated into the College prior to AY 2000-2001 are limited to three attempts at each licensure examination.

## Section VI: M3 Students

### *VI.A: Promotion to the M4 Year*

The appropriate site committee(s) and the Committee on Student Promotions will adhere to the following when reviewing students for promotion to the M4 year. To earn promotion to the M4 year, M3 students must complete satisfactorily all M3 curriculum/clerkship requirements.

The appropriate site committee(s) will review the entire academic record of students who do not complete satisfactorily all M3 curriculum and clerkship requirements. The appropriate site committee(s) may recommend that students be required to participate in specific clerkships/electives in areas of identified weakness or participate in other remedial activities deemed appropriate.

### *VI.B: Core Clerkships*

The College of Medicine defines six clerkships as *core*: Family Medicine, Medicine, Pediatrics, Psychiatry, Obstetrics and Gynecology, and Surgery. The clinical performance component and the end-of-clerkship examination component must be passed independently to satisfy requirements.

The appropriate site committee(s) and the Committee on Student Promotions will adhere to the following policies when reviewing the performance of M3 students who are deficient in *core* clerkships.

1.    **Initial Failure to Satisfy Clinical Requirements**

Students may receive a temporary grade of Incomplete in a *core* clerkship if they have not satisfied all requirements within the usual time allotment. This grade is intended only for a student who has a specific deficit, but is otherwise proficient. The clerkship director will prepare an individualized study plan (ISP) and the student will be granted additional time to satisfy the clerkship requirements at a later date. **Failure to satisfy requirements after the ISP will result in an Unsatisfactory clinical grade.**

7

If the clerkship director believes that the problem could still be corrected, the student would be required to repeat the entire clerkship. **Failure in the second attempt at a full clerkship would be grounds for dismissal.**

Students who have had to repeat the clinical experience (or any part thereof) will receive a grade of Proficient if they successfully complete the study plan. **These students are not eligible to receive an Advanced or Outstanding Final Grade.**

2.    **Failure to Satisfy Clerkship Requirements**
Students who are judged to be below the acceptable level of performance in a *core* clerkship by the department will receive a clinical grade of Unsatisfactory. They must repeat the clerkship in its entirety. **Failure in the second attempt at a full clerkship would be grounds for dismissal.**

3.    **End of Clerkship Examination Failure**
Students who pass the clinical component but fail the subject examination will be allowed to retake the subject examination following a period of directed study. If they do not pass the second attempt, they fail the clerkship and will receive an Unsatisfactory grade on their transcript.

Students who have an Unsatisfactory grade due to subject examination failure will be allowed a final attempt to retake the clerkship in its entirety, including the end of clerkship examination. If they do not pass the clerkship (clinical component and end of clerkship examination) they would be dismissed.

The grade earned for the clinical component of the repeat clerkship will be used to calculate the final grade. The clinical grade used in the calculation cannot exceed the clinical grade earned for the initial rotation. **Note well that students must satisfy all clerkship requirements at least at the Proficient level**. This may result in a Proficient or Advanced, depending on the student's performance for the clinical component. **Students who have had to retake clerkship examinations are not eligible to receive an Outstanding Final Grade.**

4.    **Multiple Clerkship Failures**
Students will be allowed a maximum of two clerkship Unsatisfactory grades. A third Unsatisfactory would be grounds for dismissal, even if students had retaken and passed the two failed clerkships.

### *VI.C: Other Required and Elective Experiences*

If an M3 student fails any course or clinical experience, required or elective, that is counted toward weeks of instruction to satisfy graduation requirements, the Unsatisfactory grade will remain on the academic profile and transcript. For required experiences, students must repeat that experience in its entirety and earn a passing grade. For electives, students will have the option of repeating the failed experience or choosing an alternative.

### Section VII: M4 Students

### VII.A: Graduation
To be eligible to graduate from the College of Medicine, students must

1.  meet all requirements outlined in the preceding sections (*M1 Students* through *M3 Students*);
2.  complete satisfactorily all M4 curriculum/graduation requirements including the Technical Skills and Procedures Lists; and
3.  take and pass the USMLE Step 2 Clinical Knowledge and Clinical Skills.

The entire academic record of all students who fail to complete satisfactorily all M4 curriculum/graduation requirements will be reviewed. The appropriate site committee(s) and the Committee on Student Promotions may recommend alterations in the student's M4 year to remedy identified weaknesses. The committee(s) may require that M4 students participate in specific clerkships in areas of identified weakness or participate in other remedial activities deemed appropriate.

Further, M4 students who receive a grade of Unsatisfactory in any course or clinical experience, required or elective, counted toward weeks of instruction to satisfy graduation requirements will have the failing grade reflected on their academic profiles and transcripts. Students must repeat required experiences in their entirety and earn a passing grade. For electives, students will have the option of repeating the failed experience or choosing an alternative.

### VII.B: USMLE Step 2

Students must take and pass the USMLE Step 2 Clinical Knowledge (CK) and Step 2 Clinical Skills (CS) during their M4 year to be eligible for graduation.

1.  Except for M4 students in the Medical Scholars Program (MSP) in Urbana-Champaign or James Scholar Independent Study Program (ISP), all other students are required **to complete successfully all M3 core clerkships** *before* **sitting for the USMLE Step 2 for the first time**.

2.  Except for the students noted in Point 1 above, all other students who want to take the Step 2 before they have successfully completed all M3 core clerkships must petition the appropriate site committee(s) and receive approval to do so.

3.  To be eligible to *register* for and *take* the USMLE Step 2, M4 students must be officially *enrolled* in the University of Illinois College of Medicine. Students engaged in approved research or educational experiences while on leaves of absence are eligible to take the USMLE Step 2. A leave of absence is not to be used to allow a student to avoid paying tuition and fees during a period of remedial study. However, students who receive permission to attend Board preparation courses as part of their official, approved program of remediation will be excused from the registration requirement during that term, or will have their tuition and fees prorated, depending on the length of the preparation course. Students in the Medical Scholars Program in Urbana may be permitted to register for and take the

9

examination while registered in their graduate program. Students in this program should consult with the Urbana student affairs officer prior to registering for Step 2.

### VII.B.1: Students Who Fail the First Attempt to Pass the USMLE Step 2

After reviewing the entire academic record of students who fail either component of Step 2, students will be required to participate in supervised remedial study. Students must prepare a supervised remedial study plan in consultation with the site academic student affairs officer and their faculty advisor.

Students who matriculated into the College of Medicine in AY 2000-2001 or thereafter, for whom the *Time Limit Policy* applies, may be allowed more than three attempts at Step 2 as long as all requirements for graduation are satisfied within the constraints of the policy. Students who matriculated into the College prior to AY 2000-2001 are limited to three attempts

## Summary of Progress and Promotion Policies

| Progress/Promotion/Graduation Element | Policy |
| --- | --- |
| M1 makeup examinations | Students who pass at least 67% of the weighted curriculum during the academic year may take makeup examinations or an approved summer remedial course. |
| Decompressed Program or Five Year Programs | Refer to site-specific policies. |
| Repeat M1 year | In order to be eligible for a repeat M1 year, students must pass at least 40% of the weighted curriculum. **They are not eligible to take make-up exams.** Students granted a repeat year are allowed an entire academic year in which to fulfill requirements of repeating M1 students. |
| M1 year to M2 year | Students must satisfy all M1 requirements. |
| M2 makeup examinations | Students who pass at least 67% of the weighted curriculum during the academic year may take makeup examinations or an approved summer remedial course. |
| Repeat M2 year | In order to qualify for a repeat M2 year, students must pass at least 40% of the weighted curriculum. **They are not eligible to take makeup exams.** Students granted a repeat year are allowed an entire academic year in which to fulfill requirements of repeating M2 students. **Only one repeat year may be granted.** |
| M2 year to M3 year | Students must satisfy all M2 requirements *including passing the USMLE Step 1.* |
| M3 year to M4 year | Students must satisfy all M3 curriculum/clerkship requirements. |
| M4 year to MD degree | Students must satisfy all M4 curriculum/ graduation requirements, which include passing the USMLE Step 2 Clinical Knowledge (CK) and Clinical Skills (CS). |

**Section VIII: Appeals**

Each site student affairs officer will be responsible for notifying affected students of an adverse recommendation from the appropriate site committee(s). Notification will state clearly the nature of the appeal process. All appeals will be to the Committee on Student Promotions and, at a minimum, will provide the student with the opportunity to present in writing and/or in person new information and/or an explanation of extenuating circumstances.

If the site committee forwards an adverse recommendation or if the Committee on Student Promotions approves *de novo* an adverse recommendation, the site student affairs officer will notify promptly the affected students and advise them of their appeal rights. ***Students who are eligible to appeal to the Committee on Student Promotions have the right to do so in person and/or in writing if they are recommended to be dismissed; all other appeals to the Committee must be in writing only.*** An appeal to the Committee on Student Promotions will be through the College Office of the Dean in Chicago and sent to the attention of the College Committee on Student Promotions. The appeal will be presented at the meeting of the Committee that occurs immediately following site action. Requests for an extension should be directed to the Chairperson of the College Committee on Student Promotions. The Chairperson may grant an extension to the next regularly scheduled meeting beyond the one at which the appeal would be heard normally. Extensions may be granted by the Chairperson when the presence of extenuating circumstances has been established clearly or when a strong case has been made that additional information pertinent to the appeal cannot be made available by the time the appeal would be heard normally.

The Committee on Student Promotions will have access to the student's complete academic file, including documents of appeals that may have been made previously. A student's decision not to appeal to the College Committee on Student Promotions must be reported to the Committee. Students may appeal an adverse recommendation from a program site only once. Actions by the Committee on Student Promotions on adverse recommendations from a program site are final. No further appeal will be accepted. A student who has been dismissed as a result of this process may petition to the Committee on Admissions for readmission (see also Section IX: Petitions for Readmission).

If the Committee on Student Promotions takes an adverse action on a site recommendation that is not adverse, the Committee must hold over implementation until its next meeting. In the interim period, students will be advised by the College of the pending action and their appeal rights. ***Oral presentation will be permitted only if a student who is eligible to appeal is recommended to be dismissed; appeals of all other recommendations must be in writing only.*** Action by the Committee on Student Promotions at the following meeting is final and cannot be appealed further to the Committee.

**Section IX: Petitions for Readmission**

Petitions for readmission submitted by former students who *withdrew not in good academic standing or were dismissed* from the College of Medicine will *not* be accepted or acted on by the Committee on Student Promotions. If individuals who withdrew not in good academic standing or were dismissed wish to seek readmission, they must reapply to the first-year (M1) class through the College of Medicine's Committee on Admissions and meet all requirements for that entering class. Former students who are readmitted through the Committee on Admissions will be referred to appropriate site committee(s) for the development and implementation of an appropriate curriculum plan.

Petitions for readmission submitted by former students who *withdrew in good academic standing* from the College of Medicine will be accepted and acted on by the Committee on Student Promotions. Students petitioning for readmission must request a hearing before the Committee on Student Promotions *within twelve (12) months* from the effective date of the withdrawal. If this is not done, an individual seeking readmission will be required to apply to the first-year (M1) class through the College of Medicine's Committee on Admissions and meet all requirements for that entering class. Individuals who are readmitted through the Committee on Admissions will be referred to appropriate site committee(s) for the development and implementation of an appropriate curriculum plan. If an individual's petition for readmission has been reviewed and rejected by the Committee on Student Promotions, further petitions will not be considered by the Committee.

Students who withdraw in good academic standing to pursue an advanced degree must petition and receive approval from the Committee on Student Promotions to gain an extension beyond the one-year deadline. If this is **not** done, readmission must be through the Committee on Admissions. Individuals readmitted through the Committee on Admissions will be referred to appropriate site committee(s) for the development and implementation of an appropriate curriculum plan.

All petitions for readmission or requests for an extension must be in writing and addressed to the Committee on Student Promotions. All correspondence between petitioners and the Committee will be through the College of Medicine Office of the Dean in Chicago and sent to the attention of the Committee on Student Promotions. The petitioner may appear in person before the College Committee or petition in writing only. All written materials will be distributed to the membership prior to the meeting at which the petition is reviewed.

12

## Section X: Policy and Procedures for Leaves of Absence

Leaves of absence will be granted judiciously to students in the College of Medicine, according to the policies described below. At the site at which the student is enrolled, the Dean, Regional Dean or the Regional Dean's designee may grant a Leave for up to 12 months. Leaves beyond 12 months may be granted in rare circumstances for formal, approved research or a formal educational endeavor. A Leave is *not* to be used to allow a student to avoid paying tuition and fees during a period of remedial study. However, students who receive permission to attend Board preparation courses as part of their official, approved program of remediation will be excused from the registration requirement during that term, or will have their tuition and fees prorated, depending on the length of the preparation course.

Requests for leaves beyond one year or for a second leave for the same reason are subject to promotions committee review.

A Leave of Absence is one of four types:

1.    *Personal*--to permit a student to take care of significant personal circumstances, such as serious illness in the immediate family, death of an immediate family member, divorce/separation from one's spouse, financial problems;

2.    *Medical*--to allow a student to address significant health problems;

3.    *Research/ educational*--to allow a student to engage in formal research or participate in a structured educational program. Students granted a Leave of Absence for research or educational reasons must be in good academic standing when they begin their Leave;

4.    *Reconsideration of career choice*--to permit students to reconsider medicine as a career. Students may request this Leave at any time during the year, providing they are in good academic standing. However, the date on which third and fourth year students are approved to begin their Leave will reflect the clerkship/ elective activities in which students are involved and potential disruption to the clerkship/ elective and other students participating in the experience.

### *Leave of Absence Request*
Request for a Leave of Absence must be initiated in *writing* in a timely manner by the student and state clearly the basis of the request and duration. Documentation must accompany the request, if applicable. For example, a student who requests a *medical* leave may be required to provide appropriate evidence of his/her health problem.

### *Granting Leaves of Absence*
The Dean, Regional Dean, or his/her designee, may grant a Leave of Absence for up to 12 months. Leaves beyond 12 months may be granted in rare circumstances for formal, approved research or a formal educational endeavor.

### *Leave of Absence for One Semester or Less*

The Dean**,** Regional Dean, or his/her designee, may grant a Leave of Absence for one semester or less. Information must be provided to the site student progress and promotions committee and Committee on Student Promotions, accompanied by a recommendation to delay the student's anticipated graduation date. Students must return to the curriculum at the beginning of the semester in which the Leave occurred. A student who takes a leave during the spring semester after having completed the fall, will have the option of auditing the fall semester.

### *Leave of Absence for More Than One Semester*

The Dean**,** Regional Dean, or his/her designee, may grant a Leave of Absence for more than one semester, up to12 months. Information must be provided to the site student progress and promotions committee and Committee on Student Promotions, accompanied by a recommendation to delay the student's anticipated graduation date. Leaves beyond 12 months may be granted in rare circumstances for formal, approved research or a formal educational endeavor. M1/M2 students must return to the curriculum at the beginning of the semester in which the Leave occurred. A student who takes a leave during the spring semester after having completed the fall, will have the option of auditing the fall semester. If an M3/M4 student takes a leave during a clinical rotation, the number of weeks of instruction earned (if any) will be determined by the clerkship director.

### *Role of Committee on Student Promotions*

The Committee will act to delay a student's anticipated graduation date if the Leave is granted according to policy.

### *Returning to the College of Medicine*

The status of a student who takes a Leave prior to completing the M1 or M2 year will convert to Continuing Status when appropriate documentation is received and approved by the Student Affairs Dean that the student is ready to return. Students on Continuing Status will return to the curriculum at the beginning of the semester in which the Leave occurred. The academic record accrued to the time of re-entry will be in effect as the student's current record.

A student who takes a Leave during the spring semester after having completed the fall, will have the option of auditing the fall semester. A Continuing student will be allowed to complete the year to determine his/her status: 1. Promotion to the next year; 2. Eligibility for makeup exams or a repeat year; or 3. Dismissal for poor scholarship.

All students on Leave must submit a *letter of intent to* return to the appropriate site officer at least one month in advance of their return date. Students who do not return to the College of Medicine at the conclusion of the approved Leave of Absence will be withdrawn administratively from the College. The action will be reported to the Committee on Student Promotions for review and approval. Students who have been withdrawn administratively from the College and wish to be readmitted should refer to the *"Student Academic Promotions Policies" (Section IX: Petitions for Readmission)*.

### *Extension of a Leave of Absence*

Requests for Leaves beyond one year or for a second Leave *for the same reason* are subject to promotions committee review.

14

## Section XI: Miscellaneous

## Policy and Procedures for Withdrawal

A request to withdraw from the College of Medicine must be initiated in *writing* by the student and state clearly that s/he wishes to withdraw and specify the effective date of the withdrawal. The request should be directed to the Dean, Regional Dean or his/her designee at the site attended by the student. The Dean, Regional Dean or his/her designee will forward the student's request to the appropriate site committees. The site student progress and promotions committee will review the request and academic record to determine whether the student is withdrawing in good academic standing. The site recommendation will be forwarded to the Committee on Student Promotions (referred to subsequently as the Committee). The recommendation from the site should be accompanied by the student's written request and copy of the entire academic record. The Committee will review the site recommendation. The Committee will acknowledge the withdrawal and confirm the student's academic status if the site recommendation is consistent with policy.

Appropriate University withdrawal forms must be completed by the student. The College Dean for Educational Planning will notify appropriate University offices of the withdrawal and student's academic status at the time of the withdrawal after action by the Committee on Student Promotions.

Students who have withdrawn from the College and wish to be readmitted should refer to *"Student Academic Promotions Policies" (Section IX: Petitions for Readmission).*

## Policy Regarding Sitting for Examinations

Attendance at College of Medicine examinations is required unless permission has been obtained in advance of the test administration from the appropriate person.

### *Excused Absence: College of Medicine Examinations*

An excused absence from a required College of Medicine examination will be granted only for serious personal illness, death in the immediate family, or other similar extenuating event. Students are expected to obtain *prior* permission for an absence from the appropriate administrative site officer. The student must provide *written documentation* when attempting to secure this permission. Documentation from the student health service (or its equivalent as specified by the appropriate administrative site officer) is required for all illnesses.

If prior permission for the absence was not obtained or written documentation is not provided to the satisfaction of the appropriate site administrative officer within seven calendar days of the date of the administration of the examination, the absence will be treated as an unexcused absence. A failing grade (zero) will be assigned to this missed examination. Further, this missed examination will count as an attempt. For example, if the student was absent without permission from the first administration of an examination, the missed examination will count as the student's first attempt.

15

## Involuntary Withdrawal of Students for Psychiatric Reasons

The policy for the withdrawal of students for psychiatric reasons was approved by The Board of Trustees of the University of Illinois on 20 October 83. The policy is presented verbatim with the exception of minor word and format changes.  For example, gender specific language was eliminated.

A student will be subject to withdrawal for psychiatric reasons if the Director of the Health Center (or Service) concludes, on the basis of clear and convincing evidence, that the student is suffering from a mental disorder, as defined by the current American Psychiatric Association *Diagnostic and Statistical Manual* or its equivalent, and as a result of the mental disorder, engages, or threatens to engage, in behavior that

(a)     poses a significant danger of causing harm to him/herself and/or to others; or

(b)     substantially impedes the lawful activities of the educational program and/or other members of the campus community.

Whenever a student refuses to be withdrawn by the Director of the Health Center (or Service), s/he may refer the matter to the Dean of Students. The Dean, or designee, may then implement an interim, mandatory psychiatric withdrawal, the equivalent of an immediate suspension, if the Dean determines that the student is suffering from a mental disorder and if the student's behavior: (a) poses a significant danger of causing harm to the student or to others; or (b) substantially impedes the lawful activities of other members of the campus community. A student withdrawn on an interim basis will be given an opportunity to appear before the Dean of Students within 26 hours from the date of the interim withdrawal, in order to discuss the following issues:

•     The reliability of the information concerning the student's behavior; and/or

•     Whether the student's behavior poses a significant danger of causing harm to self or others, or substantially impedes the lawful activities of other members of the campus community.

If the student disagrees with the decision of the Director of the Student Health Service (for psychiatric withdrawal) or Dean of Students (for an interim psychiatric withdrawal), the student will request in writing from the Vice Chancellor for Student Affairs an informal proceeding. Such proceeding will be held within seven class days after the student has been evaluated as having to be withdrawn involuntarily. The student will remain withdrawn on an interim basis pending completion of the proceeding.

The informal proceeding will be convened by the Vice Chancellor or his/her designee. The student will be provided an opportunity to examine the psychiatric or other evaluations and discuss them. The student may be assisted by a member of the faculty, by a mental health professional of his/her own choice, or by other appropriate counsel. The student may request and shall receive a precise statement of the reasons for any decision requiring withdrawal on psychiatric grounds.

The Vice Chancellor for Student Affairs may require also that the student be seen by a mental health professional not on staff at the University of Illinois. A student who does not complete this

16

mandatory evaluation may be withdrawn automatically from the University or be subject to further disciplinary action, including suspension or expulsion from the University. After such proceeding, the Vice Chancellor for Student Affairs will determine whether to uphold the withdrawal, or to reinstate the student. The decision of the Vice Chancellor is final.

When a student is withdrawn for psychiatric reasons, the withdrawal will remain in effect until such time as the student adequately demonstrates that the problems that caused the withdrawal are no longer in existence. Upon being withdrawn, the student may no longer attend classes, may no longer use University facilities, must vacate University housing, and will be entitled to whatever refunds of tuition, fees, and room and board charges as would be appropriate given the timing of the withdrawal.

As a general principle, the regular student discipline system and its policies and practices are preferred in the adjudication of serious instances of misconduct, without regard to whether there might be a mental disorder present. The procedures and specifications outlined above are to be employed in those extraordinary situations where, in the judgment of the appropriate administrative officers, the regular student conduct system is not applicable, or cannot be applied.