**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DAVID A. NAYAK, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 08 C 634 |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL BOARD OF MEDICAL | ) | The Honorable Judge James B. Zagel |
| EXAMINERS, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF WILLIAM JOEL SCHNEIDER, Ph.D.

I, William Joel Schneider, being duly sworn under oath, depose and state as follows:

1.      I have personal knowledge of the facts set forth in this affidavit, and, if called to testify, could and would competently testify to the matters stated herein.

2.      I am currently an Assistant Professor in the Department of Psychology at Illinois State University in Normal, Illinois, and have held this position since 2004.

3.      I received my B.A. in Psychology from the University of California at Berkeley in 1994, my M.S. in Psychology from Texas A&M University in 1999 and my Ph.D. in Psychology from Texas A&M University in 2003, with a specialization in clinical psychology.

4.      My current curriculum vitae is attached hereto as Exhibit A.

5.      I have conducted psychological assessments of cognitive abilities throughout my career and have extensive experience in the assessment of individuals, including children, adolescents and adults, with attention-deficit/hyperactivity disorder ("ADHD"). I have conducted research and published articles, written chapters in books, and conducted conference presentations

regarding, amongst other issues, best practices in the assessment of children with ADHD. A major focus of my research programs has been studying different types of psychological assessments. I teach classes at Illinois State University including Psychodiagnostics I, which covers assessment of cognitive abilities in children, adolescents and adults.

6.     I currently administer and supervise the College Learning Assessment Services ("CLAS") of the Psychological Services Center at Illinois State University in Normal, Illinois and have administered and supervised this program since 2004.

7.     The mission of CLAS is to conduct psychoeducational evaluations of students and members of the community to determine whether their disabilities require academic accommodations. These evaluations are conducted by advanced psychology doctoral students, pre-doctoral interns who have completed their coursework, or post-doctoral psychology interns. I supervise the psychoeducational evaluations conducted at CLAS.

8.     In January of 2007, David A. Nayak was referred to CLAS to determine whether he exhibited symptoms of ADHD or a learning disorder and, if so, to examine how those symptoms impacted his functioning.

9.     On January 22, 2007 and January 26, 2007, Mr. Nayak was evaluated by Abby Watson, a pre-doctoral psychology student at the Illinois State University who worked at CLAS conducting psychoeducational evaluations (the "Evaluation"). Abby Watson had completed her doctoral coursework and her year-long internship at the time of the evaluation.

10.     The Evaluation included testing to gain a basic measure of Mr. Nayak's intelligence and academic abilities along with a clinical interview.

11.     I supervised Ms. Watson's Evaluation of Mr. Nayak in January 2007, which included a review of previous psychological evaluations of Mr. Nayak, a review of Ms. Watson's notes of

the evaluation during the evaluation, consultation with Ms. Watson between the two assessment sessions, review and comment on the write-up and conclusions of the evaluation and a final approval and sign-off on the evaluation. A copy of the Evaluation is attached hereto as Exhibit B.

12.     As part of the Evaluation, Mr. Nayak reported a history of inattention, distractibility and hyperactivity back to childhood. This report included descriptions of the impact of these issues on his schoolwork, extracurricular activities and standardized test results over the years.

13.     As part of the Evaluation, Mr. Nayak reported that his current functioning continues to be impacted by his ADHD in academic settings, social settings and in the home as he is easily distracted and forgetful.

14.     A battery of six (6) psychological tests were run on Mr. Nayak during the Evaluation. These tests included the: (i) Wide Range Assessment of Memory and Learning – Second Edition (WRAML-2); (ii) Reynolds Intellectual Assessment Scales (RIAS); (iii) Woodcock Johnson – III, Tests of Cognitive Abilities, Form A (WJ-III, Selected Tests); (iv) Woodcock Johnson-III, Tests of Achievement, Form A (WJ-III, Selected Test); (v) Wechsler Individual Achievement Test – Second Edition (WIAT-II, Selected Test); and the (vi) Nelson-Denny Reading Test-Form G.

15.     The results of the battery of tests indicated that Mr. Nayak is of high intelligence and has particular difficulties as compared to most people in the area of reading.

16.     The results of the Reynolds Intellectual Assessment Scales (RIAS) revealed that Mr. Nayak has a high average composite intelligence index. This means that Mr. Nayak is in the 75th to 90th percentile of intelligence in comparison to most people.

17.    The results of the Woodcock Johnson-III, Tests of Achievement, Form A (WJ-III, Selected Test) revealed that Mr. Nayak has high average academic skills. This means that Mr. Nayak's general academic skills fall at approximately the 82nd percentile compared to most people in Mr. Nayak's age group.

18.    The results of the Reading Comprehension subtest from the Wechsler Individual Achievement Test – Second Edition (WIAT-II), which is an untimed test, revealed that Mr. Nayak has high average reading comprehension. This means that Mr. Nayak's ability to comprehend reading passages is approximately at the 82nd percentile compared to most people in Mr. Nayak's age group.

19.    The results of the Nelson-Denny Reading Test ("Nelson-Denny"), which is a timed test, revealed that Mr. Nayak has a low average reading rate and low average reading comprehension compared to fourth-year college students.

20.    The Nelson-Denny is a commonly used test in the assessment of adults' reading difficulties because it is very similar in terms of structure and time constraints to many standardized tests involving reading comprehension.

21.    The Nelson-Denny does not provide age-based scores as do the other tests in the Evaluation report. The standard scores for the Nelson-Denny were derived from a sample of 10th, 11th, and 12th grade high school students and 1st and 2nd-year college students from 2-year and 4-year institutions of higher learning. These standard scores have a mean of 200 and a standard deviation of 25. The norms for the Nelson-Denny extend to 4th year college students. This norm group was chosen as the most appropriate comparison group from the various available norm groups for Mr. Nayak. Had he been compared to other medical students, his scores would have been lower.

- 4 -

22.    Mr. Nayak's Comprehension standard score from the Nelson-Denny was 216 and his reading rate standard score was 188. Due to a minor scoring error, the percentiles associated with these standard scores were previously reported incorrectly in the evaluation report. However, the change in scores does not significantly alter the interpretation of the results. Specifically, as compared to fourth-year college students, Mr. Nayak scored in the 14th percentile for reading rate (previously reported as at the 5th percentile) and in the 23rd percentile for reading comprehension (previously reported as at the 19th percentile). A copy of an Addendum to the Psychological Report is attached hereto as Exhibit C.

23.    A complete review of Mr. Nayak's results on the Nelson-Denny confirms that Mr. Nayak has substantial difficulties in the area of reading rate and fluency. The Nelson-Denny, Form G consists of 7 passages that vary from 2 to 6 paragraphs in length followed by 5 to 8 multiple-choice questions that test reading comprehension that are administered during a 20 minute time period. The first passage is the longest in length and is used to test the rate at which a person typically reads. After one minute, the examiner records the rate at which the examinee is reading. Mr. Nayak only attempted 5 of the 7 passages, which suggests that his reading speed is lower than most people's speed. In addition, the fact that he correctly answered 27 of 28 questions attempted suggests that his reading comprehension is good but the timed conditions prevent him from being able to demonstrate the full extent of his comprehension.

24.    As part of the Evaluation, Mr. Nayak completed Conners' Adult ADHD Rating Scales – Self-Report, Long Version and his father completed Conners' Adult ADHD Rating Scales – Observer-Report, Long Version. The results of these two rating scales suggest that Mr. Nayak has difficulty with hyperactivity, restlessness, inattention, distractivity, and impulsivity. These results are consistent with a diagnosis of Attention-Deficit/Hyperactivity Disorder.

- 5 -

25.     As part of the Evaluation, Ms. Watson conducted a clinical interview of Mr. Nayak as well as a comprehensive review of previous psychological evaluations, including an August 1997 Psychological Evaluation by Eric M. Ward, Ph.D.; a January 2001 Multi-Disciplinary Evaluation by Felicitas S. Sebastian, Ph.D.; and a July 2002 Psycho-Educational Evaluation by Pamela R. Dwyer, LCPC, CRC and Mel French, Psy.D., CADC.  Ms. Watson also considered the impact of Mr. Nayak's Hashimoto's Thyroiditis and his Chronic-Reactive Mononucleosis on his cognitive abilities.

26.     As part of my supervision of the Evaluation, I conducted a review of Mr. Nayak's previous psychological evaluations, which included an August 1997 Psychological Evaluation by Eric M. Ward, Ph.D.; a January 2001 Multi-Disciplinary Evaluation by Felicitas S. Sebastian, Ph.D.; and a July 2002 Psycho-Educational Evaluation by Pamela R. Dwyer, LCPC, CRC and Mel French, Psy.D., CADC.   In addition, I reviewed the results of all of the tests performed on Mr. Nayak by Ms. Watson, considered the write-up of her clinical interview of Mr. Nayak and considered the impact of Mr. Nayak's Hashimoto's Thyroiditis and his Chronic-Reactive Mononucleosis on his cognitive abilities.

27.     I am not a medical doctor nor am I an expert in the conditions of Hashimoto's Thyroiditis and Chronic-Reactive Mononucleosis.  However, it is well known that any medical condition that causes chronic discomfort and/or decreased energy is likely to interfere with sustained concentration.  I concluded that these medical conditions were likely exacerbating Mr. Nayak's pre-existing problems with attention.

28.     The report of the Evaluation concluded that because of the continued presence of ADHD symptoms and their continued impact on Mr. Nayak's academic functioning in addition to other

life areas, it seems reasonable to allow Mr. Nayak extended time to complete additional standardized academic exams as mandated by the Americans with Disabilities Act.

29.    Based on my knowledge, skill and experience, I believe David A. Nayak is substantially limited in the areas of reading, concentrating and thinking due to the combined effects of his ADHD, Hashimoto's Thyroiditis and Chronic-Reactive Mononeucleosis.

30.    Based on my knowledge, skill and experience, I do not believe that granting David A. Nayak additional break time on standardized tests will compensate for his difficulties in the area of reading due to the combined effects of his ADHD, Hashimoto's Thyroiditis and Chronic-Reactive Mononeucleosis.

31.    Based on my knowledge, skill and experience I believe David A. Nayak needs extended time to complete standardized tests involving complex or lengthy reading passages in order to perform to his true abilities.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 30 th day of January, 2008, in Normal, Illinois.

William Joel Schneider

SIGNED AND SWORN to before me this _____ 30 _____ day of _____ January _____, 2008.

Notary Public

CHI99 4934386-1 009960.0305

"OFFICIAL SEAL"
LISA R. HINTHORN
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 03/14/2009

# EXHIBIT A

January 2008

Curriculum Vitae

**W. Joel Schneider**

University address:        Illinois State University
                          Department of Psychology
                          Campus Box 4620
                          Normal IL 61790-4620
                          (309) 438-8410
Email address:             wjschne@ilstu.edu

## Education
2003   Ph.D. Psychology                     Texas A&M University
                  Dissertation: *Transtheoretical Model of Change in Couples.*
                  Specialization: Clinical Psychology (APA-accredited)

1999   M.S.   Psychology                     Texas A&M University
                  Thesis: *The Moderating Influence of Perceived Containment on the*
                  *Relation between Child Externalizing Behaviors and Parenting Practices.*

1994   B.A.   Psychology                University of California, Berkeley

## Professional Positions Held
2004-present  Assistant Professor, Illinois State University, Normal, IL
2002-2004     Full-time Lecturer, Illinois State University, Normal, IL
2001-2002     APA-Accredited Clinical Psychology Internship,
                 Dutchess County Department of Mental Hygiene, Poughkeepsie, NY

## Professional Interests
Psychotherapy with individuals, groups, couples, and families
Psychological assessment of cognitive abilities and personality
Research methodology and statistics
Computer programming

## Journal Articles
**Schneider, W. J.** (in press). Playing Statistical Ouija Board with Commonality Analysis:
       Good Questions, Wrong Assumptions. *Applied Neuropsychology, 15.*
Jones, G. B., & **Schneider, W. J.** (2006). Intelligence, human capital, and economic
       growth: An extreme-bounds analysis. *Journal of Economic Growth, 11,* 71-93.
**Schneider, W. J.**, Cavell, T. A., & Hughes, J. N. (2003). A sense of containment:
       Potential moderator of the relation between parenting practices and children's
       externalizing behavior. *Development & Psychopathology, 15,* 95-117.

## Book Chapters

Tobin, R. M., **Schneider, W. J.,** Reck, S. G., & Landau, S. (in press) Best practices in the assessment of children with attention-deficit/hyperactivity disorder: Linking assessment to response-to-intervention. Invited chapter to appear in A. Thomas & J. Grimes, *Best Practices in School Psychology: Vol. V.* Washington, D.C.: National Association of School Psychologists.

Snyder, D. K., **Schneider, W. J.,** & Castellani, A. M. (2003). Tailoring couple therapy to individual differences: A conceptual approach. In D. K. Snyder & M. A. Whisman (Eds.), *Treating difficult couples: Helping clients with coexisting mental and relationship disorders.* New York: Guilford.

Snyder, D. K., & **Schneider, W. J.** (2002). Affective reconstruction: A pluralistic, developmental approach. In A. S. Gurman & N. S. Jacobson (Eds.), *Clinical handbook of couple therapy* (3rd ed., pp. 151-179). New York: Guilford.

**Test Reviews**

**Schneider, W. J.** (2007). A review of the Multiple Intelligence Developmental Assessment Scales (MIDAS). In B.S. Plake & R.A. Spies (Eds.), *The seventeenth mental measurements yearbook* (pp. 534-537). Lincoln, NE: Buros Institute.

**Schneider, W. J.** (2007). A review of the Dean-Woodcock Neuropsychological Battery. In B.S. Plake & R.A. Spies (Eds.), *The seventeenth mental measurements yearbook* (pp. 263-265). Lincoln, NE: Buros Institute.

**Schneider, W. J.** & Swerdlik, M. E. (2007). A review of the Youth Outcome Questionnaire 30.1. In B.S. Plake & R.A. Spies (Eds.), *The seventeenth mental measurements yearbook* (pp. 888-890). Lincoln, NE: Buros Institute.

Swerdlik, M. E. & **Schneider, W. J.** (2007). A Review of the Behavior Evaluation Scale, Third Edition. In B.S. Plake & R.A. Spies (Eds.), *The seventeenth mental measurements yearbook* (pp. 108-113). Lincoln, NE: Buros Institute.

Hoff, K. E. & **Schneider, W. J.** (2005). Review of the Child Symptom Inventory-4. In B.S. Plake, J.C. Impara, & R.A. Spies (Eds.), *The fifteenth mental measurements yearbook.* Lincoln, NE: Buros Institute.

**Schneider, W. J.** & Hoff, K. E. (2005). Review of the Word Identification and Spelling Test. In B.S. Plake, J.C. Impara, & R.A. Spies (Eds.), *The fifteenth mental measurements yearbook.* Lincoln, NE: Buros Institute.

**Schneider, W. J.** & Swerdlik, M. E. (2005). Review of the Memory Test for Older Adults. In B.S. Plake, J.C. Impara, & R.A. Spies (Eds.), *The fifteenth mental measurements yearbook.* Lincoln, NE: Buros Institute.

Swerdlik, M. E. & **Schneider, W. J.** (2005). Review of the Behavioral and Emotional Rating Scale-Second Edition. In B.S. Plake, J.C. Impara, & R.A. Spies (Eds.), *The fifteenth mental measurements yearbook.* Lincoln, NE: Buros Institute.

**Conference Presentations**

Stagg, J. W. & **Schneider, W. J.** (2007, November). *So You Flunked the Stroop Test, So What? The Utility of Single vs. Multiple Indicators in Predicting Behavioral Outcomes Related to Executive Functioning Among Non-Referred Individuals.* Poster presented at the annual National Academy of Neuropsychology conference, Scottsdale, AZ.

**Schneider, W. J.** & Saternus, L. M. (2007, August). *Is the TAT Helpful in Assessing Complex Aspects of Attention and Executive Functions? An Extremely Labor-Intensive Celebration of the Null Hypothesis.* Poster presented at the annual American Psychological Association convention, San Francisco, CA.

**Schneider, W. J.** & Kasson, D. M. (2007, March). *Do Narrow Abilities Matter More for People with Higher IQ? Implications of Spearman's Law of Diminishing Returns for the Discrepancy Model of LD.* Poster presented at the annual National Association of School Psychologists, New York City, NY.

**Schneider, W. J.,** & McKenna, T. L. (2006). *Using the Implicit Association Test to measure early maladaptive schemas.* Poster presented at the annual American Psychological Association convention, New Orleans, LA.

Kahn, J. H., Vogel, D. L., **Schneider, W. J.,** Barr, L. K., & Henning, K. (2006, April). *Emotional self-disclosures of college-student clients and counseling session outcome.* Poster session presented at the 2006 Great Lakes Conference, West Lafayette, IN.

Jones, G. B., & **Schneider, W. J.** (2005, August). *Intelligence, human capital, and economic growth.* Paper presented at the meeting of Econometric Society World Congress, London, UK.

March, A., Funk, K., **Schneider, W. J.,** & Landau, S. E. (2005, March). *Student and Teacher Attributions of School Shootings.* Poster presented at the annual National Association of School Psychologists Convention, Atlanta, GA.

Tobin, R. M., Bodner, A. C., & **Schneider, W. J.** (2005, August). *Executive function and emotion regulation in children.* Poster presented at the annual American Psychological Association convention, Washington, D.C.

Jones, G. B., & **Schneider, W. J.** (2004, July). *Intelligence, human capital, and economic growth.* Paper presented at the meeting of Econometric Society, Santiago, Chili.

**Schneider, W. J.,** & Huber, B. J. (2004, March). *The interactive effects of fluid intelligence and executive functions on behavior disorders in children.* Paper presented at the annual meeting of the Illinois School Psychology Association, Springfield, IL.

Jones, G. B., & **Schneider, W. J.** (2004, February). *Intelligence, human capital, and economic growth.* Paper presented at the meeting of Eastern Economic Association, Washington, DC.

Tobin, R. M., **Schneider, W. J.,** Graziano, W. G., & Pizzitola, K. M. (2002, February). *Nice kids in competitive situations.* Poster session presented at the third annual Society for Personality and Social Psychology meeting, Savannah, GA.

Snyder, D. K., **Schneider, W. J.,** Oxford, M. C., & Quinn, T. (2001, July). *Secondary prevention group intervention for couples.* Symposium paper presented at the 2001 World Congress of Behavioral and Cognitive Therapies, Vancouver, BC.

Tobin, R. M., Pizzitola, K. M., **Schneider, W. J.,** & Graziano, W. G. (2001, April). *Goal structures and competitiveness in children's games.* Poster session presented at the biennial meeting of the Society for Research in Child Development, Minneapolis, MN.

**Schneider, W. J.,** Loss, R. M., Cavell, T. A., & Oxford, M. C. (2000, November). *Parenting and children with callous-unemotional traits: Relationship quality as a*

*potential socialization mechanism.* Poster session presented at the 34th annual convention of the Association for the Advancement Behavior Therapy, New Orleans, LA.

Snyder, D. K., **Schneider, W. J.**, Oxford, M. C., & Quinn, T. (2000, November). *SUCCESS: The efficacy of a relationship enhancement group.* Poster session presented at the 34th annual convention of the Association for the Advancement Behavior Therapy, New Orleans, LA.

**Schneider, W. J.**, Cavell, T. A., Hughes, J. N., & Oxford, M. L. (1999, August). *The development of the Perceived Containment Questionnaire.* Poster session presented at the 107th annual convention of the American Psychological Association, Boston, MA.

**Grants**

2005        New Faculty Initiative Research Grant—Illinois State University

**Reviewing Experience**

*NASP Communiqué*
*Journal of Family Psychology*
*Journal of Psychoeducational Assessment*

**Additional Professional Experience**

1997-present   Psychology-related software programming using Visual Basic.NET, Excel, and SPSS.

1999-2001     Standardization Sample Examiner: Psychological Assessment Resources (PAR), Inc.

1997-2000     Editorial Associate: *Clinician's Research Digest*

**Courses Taught at Illinois State University**

Undergraduate Courses

    PSY 110—Fundamentals of Psychology
    PSY 138—Reasoning in Psychology Using Statistics
    PSY 340—Statistics for the Social Sciences

Graduate Courses

    PSY 432—Psychodiagnostics I: Assessment of Cognitive Abilities in Children and Adolescents
    PSY 436.02—Clinical/Counseling Practicum
    PSY 464—Theories and Techniques of Counseling

# EXHIBIT B



ILLINOIS STATE
UNIVERSITY

*Department of Psychology*

435 DeGarmo
Campus Box 4620
Normal, IL 61790-4620
Telephone: (309) 438-8651
Facsimile: (309) 438-5789
www.cas.ilstu.edu/psychology/

## CONFIDENTIAL PSYCHOLOGICAL REPORT
### College Learning and Assessment Services

| | | | |
|---|---|---|---|
| **Name:** | David Nayak | **Dates of Evaluation:** | 01/22/2007 & 01/26/2007 |
| **Birthdate:** | 05/10/1980 | **Date of Report:** | 03/02/2007 |
| **Age:** | 26 | **Examiner:** | Abby Watson, B.S. |
| | | **Supervisors:** | W. Joel Schneider, Ph.D. |
| | | | Mark E. Swerdlik, Ph.D., ABPP |

## REASON FOR REFERRAL

David Nayak was referred to the College Learning and Assessment Services to determine if he still exhibits symptoms of Attention-deficit/Hyperactivity Disorder (ADHD) and to examine how these symptoms may impact his current functioning. Mr. Nayak is interested in determining whether his symptoms still warrant special accommodations for taking the Medical Licensing Exam.

## RELEVANT BACKGROUND INFORMATION

Mr. Nayak is a 26 year-old Asian man attending medical school at the University of Illinois at Chicago (UIC). Currently, he is preparing for the Medical Licensing Exam, which is the first part of the Boards.

### History of Presenting Problems

Mr. Nayak reported a long history of inattention, distractibility, and hyperactivity. He stated that, as a young child, during conversations he had difficulty staying on topic and would frequently change from one subject to the next when talking to others. Mr. Nayak reported that in his own mind, he often had flights of ideas that made it difficult for him to think about any one concept for very long. Also, he was constantly moving around and would often shake his legs while trying to sit still. These symptoms affected Mr. Nayak at school and in extracurricular activities. In the classroom, he would jiggle his leg and become distracted by the behavior of other students, making it difficult for him to concentrate on his own work. Mr. Nayak stated that his teachers often reported that he would frequently blurt out answers in class, or would interrupt the teachers or other students to express his ideas. During exams, this distractibility greatly affected his performance. He not only was distracted by outside stimuli, but also had to manage

David Nayak 2

the flight of ideas racing in his head. Mr. Nayak stated that he often would not finish his exams in time because he had to read and re-read the directions and problems on which he was being tested. He said that he rarely would have extra time to check his work. In addition, when called to the chalkboard to complete problems, he stated that all of the information raced through his head, and he would be unable to concentrate and successfully do the work. During these timed events, such as exams and chalkboard work, Mr. Nayak reported that he never felt he had enough time to focus his thoughts and reach his true academic potential. He noticed that it took him considerably longer to complete tasks than his peers. His inattention, distractibility, and hyperactivity also impacted Mr. Nayak while participating in extracurricular activities. For example, at the age of nine he golfed competitively. During rounds of golf, he would be distracted by outside stimuli, such as conversations going on around him and the weather. He would often find himself talking to other golfers when he was supposed to be focusing on playing. In addition, he would become distracted by his own internal thoughts. This was especially a problem if he had made a mistake and was trying to continue playing without thinking about his error.

Mr. Nayak reported that, although he had difficulty reaching his true potential, his academic work was always at or above grade level. He stated that "can't" was not in his vocabulary. He reported a "hard driven personality" and always wanted to be the best. During his elementary school years through his freshman year of high school, Mr. Nayak performed well despite his troubles. For example, on the PSAT he received a verbal score in the 64th percentile and a math score in the 87th percentile even though he ran out of time and only finished 75% of the test.

Because he wanted to challenge himself and always strove for excellence, Mr. Nayak chose to finish his high school years at Phillips-Exeter Academy in Exeter, New Hampshire, which is a boarding school. Here, his symptoms of inattention and distractibility began to have a stronger impact on his academic and social functioning. The rigorous demands of this curriculum did not allow Mr. Nayak to get by on his strong intellectual ability and driven personality. Although he devoted hours upon end to academic tasks, he still did poorly in his classes. He stated that he would spend all day in class, then study well into night. He commented that he put in a significantly greater number of hours studying than his classmates, and was doing poorer in his classes than them. For example, he obtained a D+ in a math class that was well within his ability level. Mr. Nayak stated that because his hard work and persistence was not paying off, he became down on himself and felt "damaged psychologically." He reported continued problems trying to finish exams in the allotted time and an inability to complete problems when given a short amount of time. Mr. Nayak said that the need to read and re-read directions and passages in exams and assignments continued to be a problem. Although he spent a great deal of energy trying to concentrate, he stated that he just couldn't focus his thoughts. These problems continued to be present in social settings. He still had difficulty focusing on the golf course, becoming distracted by things happening around him. Mr. Nayak also had continued difficulty staying on topic during conversations.

Because of his troubles, Mr. Nayak decided to undergo a psychological evaluation to determine the nature of his learning problems. This evaluation resulted in a diagnosis of Attention-deficit/Hyperactivity Disorder (ADHD). During his junior and senior years at Exeter Mr. Nayak was allowed extended time on his exams, equivalent to 1 ½ to double the time of other students. Mr. Nayak said that his grades soon improved in math and science. He was able to take his time focusing his thoughts and re-reading directions and passages as needed. Also, he

David Nayak 3

was able to check his work and catch potential error. In addition, he was allowed a distraction-reduced environment, as he took exams alone or alongside fewer students than in the regular testing setting. Mr. Nayak said that this arrangement allowed him to reach his potential.

Upon graduating from Phillips-Exeter, Mr. Nayak was admitted to Cornell University in Ithaca, NY. Between his first and second years of college, he began a regimen of *Adderall* to help alleviate symptoms of ADHD. In addition, he was allowed double time on math and science exams, and 1 ½ time during all other exams. Mr. Nayak also continued to use a distraction-reduced environment during testing. He reported that these accommodations continued to be helpful, allowing him to reach his full academic potential.

The usefulness of extended time and for Mr. Nayak is well documented. His SAT score improved from 400 (Verbal) and 540 (Math) to 660 (Verbal) and 690 (Math) after being allowed extended testing time. In addition, his score on the Medical College Admissions Test (MCAT) during the standard administration was an 18, falling in the 10th percentile. Upon taking the MCAT two additional times with extended time, he improved his score to a 24 and 27. These scores fall in the percentile ranges of 40th to 46th and 59th to 66th, respectively.

After completing college, Mr. Nayak was employed at the National Institute of Health (NIH) for 1 year. His research endeavors in this work setting were impacted by his diagnosed ADHD. Although he managed his symptoms with medication, he stated that he had to continue to work on keeping himself focused. Mr. Nayak said that he would make lists of tasks to be completed. He stated, however, that he would often find himself becoming distracted by the internet and still found that things would take him much longer to complete than other people.

After working at NIH for one year, he attended Drexel University to complete a Masters' Degree. Even though he continued to implement the same strategies for managing his symptoms of ADHD, he still had to work very hard to keep himself focused.

Symptoms of ADHD are present in Mr. Nayak's immediate family. Both of his brothers, aged 22 and 14, have also been diagnosed with ADHD. In addition, Mr. Nayak reported that his father also shows symptoms of ADHD. It is very common that these difficulties are present in several family members.

*Current Functioning*

Mr. Nayak reported that his functioning continues to be impacted by his ADHD in both academic settings, social settings and the in the home. He said that he is often easily distracted by extraneous stimuli. For example, he has specially designed ear plugs that he wears when studying or sleeping to block out excess noise. Without these, he has great difficulty coping with even the smallest sound. When watching television, Mr. Nayak will become distracted by outside noises if the volume on the television is not turned up loud enough. In addition, he becomes distracted when reading, stating that a passage of text that takes his peers 2 hours to read, can take him up to 4 hours to read, as frequently must re-read passages. These distractions may come from external stimuli, or from his own wandering thoughts. Mr. Nayak also frequently loses things necessary for tasks. He reported that he lost 2 wallets in 4 years, so he has had to become very structured with where he places important items. He stated that he now lays his keys, wallet, and mp3 player in the same drawer everyday. Mr. Nayak said that leaving his keys and phone at restaurants and grocery stores is still a problem, as he will often leave with his food, and forget his personal belongings. Mr. Nayak stated that he fails to give close attention to details when he is multitasking. For example, if he tries to do several things at once

David Nayak 4

(e.g., shift his focus between different academic subjects), he will often make careless mistakes. Mr. Nayak reported that he is often forgetful in daily activities. For example, he will often leave loads of laundry in the washing machine or dryer for over a day, forgetting that he was in the middle of doing the wash. Mr. Nayak stated that he has significant difficulty staying organized without implementing extreme structure on himself. Specifically, he said that every night before going to bed he will make a series of notes to himself of what he must do the next day, and the order in which things should be done. He also described an elaborate method of organizing his lecture notes to ensure he will not lose anything. Without these techniques, Mr. Nayak said that he would have severe difficulties keeping track of information and knowing what daily tasks need to be done. Mr. Nayak reported that others around him often note that he often does not respond when they are speaking directly to him. For example, he stated that his parents or girlfriend will often have to physically touch Mr. Nayak to get his attention, even after calling his name several times. Mr. Nayak stated that he has continued difficulties interrupting when in conversations with others. This impacts him in both social and work environments. For example, when working in the hospital Mr. Nayak said that he is instructed to allow patients 5 minutes to articulate their chief complaint to him. He stated that he has to work very hard to keep himself quiet and must remind himself to refrain from interrupting the patient during those 5 minutes. He also reported continued feelings of restlessness, stating that he fidgets with his hands and feet when having to be still for long periods. In addition, he reported that when studying, he often must get up and walk around when reviewing his notes. Mr. Nayak said that he enjoys his job at the hospital because it allows him to be up and about, as he likes to be constantly moving.

## RELEVANT BEHAVIORAL OBSERVATIONS

Mr. Nayak was friendly, likable, and cooperative with all aspects of testing. He showed increased effort when tasks became difficult. When confronted with tasks that especially piqued his interest, he had difficulty moving from one item to the next if he could not generate an answer within the allotted time frame. That is, it appeared that he became "hung up" on figuring out answers, even though he was prompted to move on. Mr. Nayak had taken his regular dosage of *Adderall* prior to each testing session. The current evaluation appears to be a valid estimate of Mr. Nayak's current functioning.

## PROCEDURES FOR EVALUTION

Wechsler Adult Intelligence Scale – Third Edition (WAIS-III)
Wide Range Assessment of Memory and Learning- Second Edition (WRAML-2)
Reynolds Intellectual Assessment Scales (RIAS)
Woodcock Johnson – III, Tests of Cognitive Abilities, Form A (WJ-III, Selected Tests)
Woodcock Johnson – III, Tests of Achievement, Form A (WJ-III, Selected Test)

David Nayak 5

Wechsler Individual Achievement Test - Second Edition (WIAT-II, Selected Test)
Nelson-Denny Reading Test
Conners' Adult ADHD Rating Scales – Self-Report; Long Version
Conners' Adult ADHD Rating Scales –Observer-Report; Long Version
Clinical Interview
Comprehensive review of previous psychological evaluations

## RESULTS

### Cognitive Abilities

General Intelligence. Measures of general intelligence are the best predictors of a wide range of achievement measures. Mr. Nayak's general intelligence was tested 07/13/2002 by Dr. Pamela Dwyer and Mr. Mel French and found to fall in the very high range, with a Full Scale IQ of 135, scoring as well or better than 99 percent of people in his age range.

Verbal Reasoning, Comprehension, and Knowledge. Verbal comprehension and knowledge refer to the ability to use language to reason and understand how the world works. Compared to other cognitive abilities, these aspects of intelligence are relatively more easily influenced by factors such as experience, education, and cultural opportunities. Verbal comprehension is the best predictor of performance on most academic-type tasks. Mr. Nayak's ability to recall and reason with previously learned verbal information is in the high range.

Visual-spatial Processing. Visual-spatial reasoning refers to the abilities such as detecting visual patterns and segmenting them into their component parts or visualizing how objects should look from different angles. These types of tests are not particularly important in most academic tasks (except for geometry and higher mathematics) but are important for tasks in which visual pattern recognition is important such as visual arts and mechanical tasks. Although Mr. Nayak's visual-spatial abilities fall in the average range.

Information Processing Speed. Processing speed refers to the rate at which the brain can process familiar information during very easy tasks that almost everyone can do. Processing speed tests are good predictors of performance on tasks that are so well learned that they are nearly automatic. Mr. Nayak's processing speed is in the high range.

Memory Functioning. Mr. Nayak's general memory functioning falls within the average range. His skills are equally developed with regards to both verbal memory (i.e., remembering something he has heard) and visual memory (i.e., remembering something he has seen), as he exhibits skills in the average range for both types of abilities.

David Nayak 6

Working memory refers to the ability to hold information in one's immediate awareness just long enough (usually less than 15-30 seconds) to use it. For example, remembering two-digit numbers just long enough to add them together in one's head is an example of the use of working memory. Working memory is used in almost every task that involves more than a few steps unless the task is so well rehearsed than it can be done almost automatically. Mr. Nayak's working memory falls in the average range. When asked to simply recognize information he has seen or heard recently, Mr. Nayak demonstrates high average skills.

Retrieval Fluency. Retrieval fluency refers to the speed at which long-term memories can be accessed. One facet of retrieval fluency is rapid naming, the ability to naming a set of known objects quickly and fluently. Poor rapid naming is related to reading disorders and test taking difficulties. Mr. Nayak's rapid naming is in the high average range. Another aspect of retrieval fluency is rapidly generating lists specific to a certain category (e.g., fruits). Mr. Nayak also demonstrates high average abilities when faced with tasks of this nature.

**Academic Abilities**

Reading. Mr. Nayak's ability to read words of increasing difficulty falls in the average range. His ability to decode unfamiliar words also falls in the average range. His ability to read passages fluently in an efficient manner depends on the type of material presented to him. When given simple sentences requiring a low reading level, Mr. Nayak can progress through the reading material equivalent to others his age, with a score falling in the average range. When given complex passages to read and understand (which is likely more equivalent to his current college texts) his performance falls in the low range. There is also a discrepancy between Mr. Nayak's reading comprehension depending on how much time is given to complete the task. When given a limited amount of time to read and answer multiple choice questions about a series of passages, Mr. Nayak's skills fell in the low average range. Even more, due to the lack of norms for medical students on the Nelson-Denny Reading Test, fourth-year university student norms were used for the reference group for this administration. This suggests that compared to seniors in college, Mr. Nayak still performs in the low average range. When performing reading comprehension tasks without a time constraint, as measured by the WIAT-II, Mr. Nayak's performance fell in the high average range. Norms for his age range were available for this administration and were used, suggesting that compared to others his age, he performs above average when no time constraint is implemented.

Written Language. Mr. Nayak's spelling ability is average. His ability to efficiently express himself by using a series of simple sentences also falls in the average range. His mechanical skills (e.g., spelling, punctuation) show discrepancy depending on the type of task presented to him. If asked to properly use punctuation and capitals, his skills fall in the high average range. However, if he is asked to identify what particular aspect of a sentence has mechanical errors, he performs in the average range.

David Nayak

**Math.** Mr. Nayak's arithmetic computation skills fall in the high average range. His ability to solve word problems and his ability to solve simple math problems quickly, however, falls in the average range.

### Attention

Both Mr. Nayak's self-report, and his father's report of his behavior, as measured by the Conners' Adult ADHD Rating Scales Scale, suggests that Mr. Nayak demonstrates a great deal of fidgety and restless behavior. In addition, their reports also both indicate inattentive and hyperactive-impulsive symptoms that are consistent with those criteria listed in the DSM-IV. Both Mr. Nayak's report and his father's report create a profile similar to adults who have been diagnosed with ADHD. Mr. Nayak's father also indicated that Mr. Nayak demonstrates impulsivity and emotional lability to a significant degree, and also has problems with self-concept.

### Social-Emotional

Mr. Nayak denies symptoms of depression. He reported that his ADHD has heightened his feelings of anxiety in certain situations. Specifically, if he is not allowed enough time to complete tasks, he becomes slightly anxious, which makes his difficulty focusing more intense.

### Physical Health

In November 2005, Mr. Nayak was diagnosed with Hashimoto's thyroiditis and mononucleosis, both independent of each other. These diagnoses cause significant fatigue and lack of focus and energy. His thyroiditis symptoms are managed with daily medication. Mr. Nayak stated this he suffers from recurring symptoms of mononucleosis, and has learned to cope with these difficulties.

### SUMMARY

Mr. David Nayak is a 26 year-old man attending medical school at UIC. Currently, he is preparing for the Medical Licensing Exam. He was referred to the College Learning and Assessment Services to determine if he still exhibits symptoms of ADHD and to examine how these symptoms may impact his current functioning.

Past testing indicates that Mr. Nayak's general intelligence falls in the very high range. Current testing shows that his verbal skills are better developed than his nonverbal skills. Mr. Nayak has experienced significant difficulty with sustaining attention, managing fidgety and restless behaviors, and keeping his impulsive behaviors in check since he was a young child in elementary school. These symptoms have also been more pronounced than in other males in his age group. These behaviors have interfered across multiple life areas, affecting his academic,

social, and work functioning. A review of Mr. Nayak's past psychological assessments, in addition to his self-reports, provides evidence of chronic difficulties with symptoms associated with ADHD. In addition, Mr. Nayak reported that these symptoms currently affect him in the academic, social, and work settings, as documented previously in this report. A report from Mr. Nayak's father provides further evidence of the significance of these symptoms. To sum, Mr. Nayak has had chronic difficulties sustaining attention, managing feelings of restlessness, coping with distractions, and dealing with impulsivity, that have impacted several life domains. There is no clinical history of any other psychiatric, medical, or neurological conditions which might alternately explain these difficulties. Although Mr. Nayak reported that he becomes anxious when faced with timed academic tasks, this anxiety appears to be secondary to his inattention, restlessness, and distractibility and do not seem to cause these troubles. In addition, although Mr. Nayak has physical health problems (i.e., Hashimoto's thyroiditis and chronic mononucleosis) these difficulties do not appear to be the primary cause of his inattention and distractibility, as these symptoms were present in Mr. Nayak as a child, long before these health problems emerged. Therefore, a diagnosis of Attention-deficit/Hyperactivity Disorder-Combined Type is warranted.

Mr. Nayak's ADHD symptoms have significantly impacted his ability to perform at his true academic potential. His verbal comprehension skills, which are the best predictor of performance on most academic-type tasks, fall in the high range. This suggests that Mr. Nayak should be performing as good as or better than 94% of others his age. His academic performance, however, is impacted by his difficulties focusing, restlessness, and tendency to become extremely distracted during academic tasks. Although several academic areas fall below what one would expect of an individual with such a high verbal comprehension, the area most greatly impacted by his ADHD symptoms is his reading fluency and comprehension. Mr. Nayak reported that he must read and re-read assignment or exam directions and passages including on these tasks due to a significant inability to focus his attention. Because of the time it takes for him to manage reading comprehension tasks, his is often unable to complete exams during the standard time allotted. This problem is evidenced by Mr. Nayak's performance on timed versus untimed reading comprehension tasks. For example, when given a limited amount of time to complete college-level reading passages and answer multiple choice questions, Mr. Nayak performed in the low average range, compared to undergraduates. This is significantly below expectations for an advanced medical student with a verbal comprehension IQ in the high range. When administered reading passages without time constraints, Mr. Nayak performed in the high average range, much more comparable to his verbal comprehension skills.

Mr. Nayak's reading rate is also affected by his ADHD. One must not confuse information processing speed with academic fluency. Although Mr. Nayak performed in the high range on information processing speed tasks, these are tasks which do not require reasoning skills or significant concentration, but simply measure how quickly an individual can process stimuli with little meaning. A person can have strong information processing speed, but still struggle when asked to quickly think logically and infer meaning from information. Mr. Nayak's struggles when asked to quickly reason with meaningful information are evidenced in academic fluency tasks. Although his reading fluency when managing simple text falls in the average range (still below expectations given his strong verbal comprehension), his reading rate when given complex reading passages falls in the low range. This is significantly below expectations compared to his verbal comprehension skills. These fluency difficulties also manifest in other academic areas, as Mr. Nayak performed in the average range on math and writing fluency tasks.

David Nayak

Mr. Nayak has received extended time on academic exams since he was diagnosed with ADHD in high school. His scores on standardized measures show evidence that his extended time has allowed Mr. Nayak to demonstrate his total academic knowledge and reach his full academic potential. Because of the continued presence of ADHD symptoms and their continued impact on Mr. Nayak's academic functioning (in addition to other life areas), it seems reasonable to allow Mr. Nayak extended time to complete additional standardized academic exams as mandated by the Americans with Disabilities Act (ADA).

## DSM-IV TR DIAGNOSIS

Axis I:    314.01 Attention-Deficit Hyperactivity Disorder- Combined Type
Axis II:   None
Axis III:  Hashimoto's thyroiditis, recurring mononucleosis
Axis IV:   None
Axis V:    GAF=70

Abby E. Watson, B.S.
Examiner

W. Joel Schneider, Ph.D.
Supervisor
Department of Psychology
Illinois State University

Mark E. Swerdlik, Ph.D., ABPP
Supervisor
Department of Psychology
Illinois State University
Licensed Clinical Psychologist
IL License #071-003864
Certified School Psychologist
Area of specialization:  Student learning and adjustment problems

David Nayak 10

## TEST SCORES

**Warning**: Psychological test data are easily misinterpreted by people unfamiliar with psychological tests and psychological testing principles. Please consult a licensed psychologist before acting on any interpretation of these scores.

**Key for Interpretation of Ranges:**

| Range | IQ and Index Scores | Scaled Scores | Percentile |
|---|---|---|---|
| Very High | 130-160 | 16-19 | 98-99.99 |
| High | 120-129 | 14-15 | 91-97 |
| High Average | 110-119 | 12-13 | 75-90 |
| Average | 90-109 | 9-11 | 25-74 |
| Low Average | 80-89 | 7-8 | 9-24 |
| Low | 70-79 | 5-6 | 2-8 |
| Very Low | 40-69 | 1-4 | 0.01-1 |

## WRAML-2

| Scale | Score | Percentile | Range |
|---|---|---|---|
| **General Memory** | 98 | 45 | Average |
| **Verbal Memory** | 105 | 63 | Average |
| Story Memory | 12 | 75 | High Average |
| Verbal Learning | 10 | 50 | Average |
| **Visual Memory** | 91 | 27 | Average |
| Design Memory | 8 | 25 | Low Average |
| Picture Memory | 9 | 37 | Average |
| **Attention/Concentration** | 100 | 50 | Average |
| Finger Windows | 9 | 37 | Average |
| Number Letter | 11 | 63 | Average |
| **Working Memory** | 108 | 70 | Average |
| Verbal Working Memory | 11 | 63 | Average |
| Symbolic Working Memory | 12 | 75 | High Average |
| **General Recognition** | 118 | 88 | High Average |
| **Verbal Recognition** | 115 | 84 | High Average |
| Story Recognition | 12 | 75 | High Average |
| Verbal Learning Recognition | 13 | 84 | High Average |
| **Visual Recognition** | 115 | 84 | High Average |
| Design Recognition | 14 | 91 | High Average |
| Picture Memory Recognition | 11 | 63 | Average |
| **Delay Recall Subtests** | | | |
| Story Memory Recall | 13 | 84 | High Average |
| Verbal Learning Recall | 12 | 75 | High Average |

Note: WRAML-2 scores have a mean of 100 and a standard deviation of 15. Subtest scaled scores have a mean of 10 and a standard deviation of 3.

David Nayak 11

### RIAS

| Composite/Subtest | Score | Percentile | Range |
|---|---|---|---|
| Composite Intelligence Index | 115 | 84 | High Average |
| Verbal Intelligence Index | 123 | 94 | High |
| Guess What | 64 | 92 | High |
| Verbal Reasoning | 62 | 88 | High Average |
| Nonverbal Intelligence Index | 106 | 66 | Average |
| Odd-Item Out | 56 | 73 | Average |
| What's Missing | 50 | 50 | Average |

Note: RIAS Composite scores have a mean of 100 and a standard deviation of 15. Subtest scores have a mean of 50 and a standard deviation of 10.

### Woodcock-Johnson - III Tests of Cognitive Abilities

| Subtest | Score | Percentile | Range |
|---|---|---|---|
| Planning | 124 | 95 | High |
| Pair Cancellation | 120 | 91 | High |
| Cognitive Fluency | 118 | 88 | High Average |
| Retrieval Fluency | 113 | 81 | High Average |
| Decision Speed | 110 | 75 | High Average |
| Rapid Picture Naming | 118 | 88 | High Average |

Note: WJ-III Scores have a mean of 100 and a standard deviation of 15.

### Woodcock-Johnson - III Tests of Achievement

| Subtest | Score | Percentile | Range |
|---|---|---|---|
| Applied Problems | 103 | 58 | Average |
| Word Attack | 97 | 42 | Average |
| Editing | 94 | 34 | Average |
| Punctuation & Capitals | 122 | 93 | High |
| Academic Skills | 114 | 82 | High Average |
| Letter-Word Identification | 108 | 70 | Average |
| Calculation | 115 | 84 | High Average |
| Spelling | 109 | 73 | Average |
| Academic Fluency | 97 | 42 | Average |
| Reading Fluency | 94 | 34 | Average |
| Math Fluency | 107 | 68 | Average |
| Writing Fluency | 105 | 63 | Average |

Note: WJ-III Scores have a mean of 100 and a standard deviation of 15.

David Nayak 12

**WIAT-II**

| | | | | |
|---|---|---|---|---|
| Reading Comprehension | | 114 | 82 | High Average |

Note: WIAT-II Scores have a mean of 100 and a standard deviation of 15.

**Nelson-Denny Reading Test**

| Test | Score | Percentile | Range |
|---|---|---|---|
| Comprehension | 87 | 19 | Low Average |
| Reading Rate | 75 | 5 | Low |

Note: This score has been converted from Nelson-Denny's unusual scoring metric to a standard score with a mean of 100 and a standard deviation of 15.

**Conners' Adult ADHD Rating Scales Scale: Self-Report**

| | Score | Percentile | Range |
|---|---|---|---|
| Inattention/Memory Problems | 59 | 82 | High Average |
| Hyperactivity/Restlessness | 72 | 99 | Very High |
| Impulsivity/Emotional Liability | 58 | 79 | High Average |
| Problems with Self Concept | 49 | 46 | Average |
| DSM-IV Inattentive Symptoms | 85 | 99.98 | Very High |
| DSM-IV Hyperactive-Impulsive Symptoms | 86 | 99.98 | Very High |
| DSM-IV ADHD Symptoms Total | 90 | 100 | Very High |
| ADHD Index | 65 | 93 | High |

Note: T Scores have a mean of 50 and a standard deviation of 10. High scores indicate difficulties.

**Conners' Adult ADHD Rating Scales Scale: Observer-Report (Completed by father)**

| | Score | Percentile | Range |
|---|---|---|---|
| Inattention/Memory Problems | 71 | 98 | Very High |
| Hyperactivity/Restlessness | 77 | 99.65 | Very High |
| Impulsivity/Emotional Liability | 70 | 98 | Very High |
| Problems with Self Concept | 72 | 99 | Very High |
| DSM-IV Inattentive Symptoms | 74 | 99.18 | Very High |
| DSM-IV Hyperactive-Impulsive Symptoms | 77 | 99.65 | Very High |
| DSM-IV ADHD Symptoms Total | 78 | 99.74 | Very High |
| ADHD Index | 84 | 99.97 | Very High |

Note: T Scores have a mean of 50 and a standard deviation of 10. High scores indicate difficulties.

# EXHIBIT C

## ADDENDUM TO PSYCHOLOGICAL REPORT
College Learning and Assessment Services

| | | | |
|---|---|---|---|
| **Name:** | David Nayak | **Dates of Evaluation:** | 01/22/2007 & 01/26/2007 |
| **Birthdate:** | 05/10/1980 | **Date of Addendum:** | 01/29/2008 |
| **Age:** | 26 | **Examiner:** | Abby Watson, B.S. |
| | | **Supervisor:** | W. Joel Schneider, Ph.D. |

In David Nayak's psychological report from 3/2/2007 signed by Abby Watson, W. Joel Schneider, and Mark E. Swerdlik, the scores reported for the Nelson-Denny Reading Test: Form G were incorrect due to a scoring error. The differences between the incorrect scores and the correct scores are small and do not alter the interpretation of Mr. Nayak's difficulties.

In the 20 minutes allotted for the Comprehension subtest of the Nelson-Denny Reading Test, Mr. Nayak attempted 28 of 38 questions and only missed 1 question. Thus, his raw score is 27 points and his reading rate was 179 words. The Nelson-Denny Comprehension standard score was 216 and the Reading Rate standard score was 188. Compared to college students at the end of their fourth year, Mr. Nayak's Comprehension score falls at the 23rd percentile (not at the 19th percentile as previously reported). His Reading rate falls at the 14th percentile (not at the 5th percentile as previously reported).

It can be argued that comparing Mr. Nayak's performance to near college graduates is inappropriate. Unfortunately, there are no age-based scores for the Nelson-Denny Reading Test. The various norm groups of people to whom Mr. Nayak could be compared all introduce difficulties of interpretation. The standard scores for the Nelson-Denny Reading Test were derived from a sample of 10th, 11th, and 12th grade high school students and 1st and 2nd-year college students from 2-year and 4-year institutions of higher learning. These standard scores have a mean of 200 and a standard deviation of 25. Against these norms, Mr. Nayak's Comprehension score of 216 falls at approximately the 74th percentile and his Reading Rate score of 188 falls at approximately the 32nd percentile. However, comparing Mr. Nayak's performance to a normative group that includes 10th, and 11th graders will result in an overestimate of his abilities.

The overall interpretation of the original report stands. It appears that Mr. Nayak's performance on complex reading passages under timed conditions is worse than that of comparably bright and educated individuals because of difficulties related to longstanding problems with attention and concentration.

W. Joel Schneider, Ph.D.