IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID A. NAYAK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08-634 |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) ) | Judge: James B. Zagel |
| | ) | Magistrate Judge: Geraldine Soat Brown |
| Defendant. | ) | |

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S**
**EMERGENCY MOTION FOR PRELIMINARY INJUNCTION**

TO:   THE CLERK OF COURT AND ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Plaintiff David A. Nayak, by and through his undersigned counsel, hereby voluntarily withdraws his Emergency Motion for Preliminary Injunction dated January 31, 2008.

Dated: February 4, 2008                              Respectfully Submitted,


                                                */s/  Mary E. Gardner*
Mary E. Gardner
John A. Litwinski
McDermott Will & Emery LLP
227 W. Monroe Street
Chicago, IL  60606-5096
Telephone:  312.372.2000
Facsimile:  312.984.7700

Karen I. Ward
Equip for Equality
20 N. Michigan, Suite 300
Chicago, Illinois 60602
Telephone:  312.341.0022
Facsimile:  312.341.0295

*Attorneys for Plaintiff David A. Nayak*

- 3 -

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she caused copies of the foregoing Notice of Withdrawal of Plaintiff's Emergency Motion for Preliminary Injunction to be served on counsel of record by ECF service this 4th day of February, 2008 addressed to:

>Joseph J. Torres
>Aviva Grumet-Morris
>Winston & Strawn LLP
>35 West Wacker Drive
>Chicago, IL 60601-9703

>>>>> */s/   Mary E. Gardner*
>>>>> Mary E. Gardner

CHI99 4937453-1.009960.0305