IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID A. NAYAK, ) | |
| ) | |
| Plaintiff, ) | Case No. 08-634 |
| ) | |
| v. ) | |
| ) | |
| NATIONAL BOARD OF MEDICAL ) | Judge: James B. Zagel |
| EXAMINERS, ) | |
| ) | |
| Defendant. ) | Magistrate Judge: Geraldine Soat Brown |

**MOTION TO SET EXPEDITED DISCOVERY AND TRIAL SCHEDULE**

Plaintiff David A. Nayak ("Plaintiff" or "Mr. Nayak"), by and through his undersigned counsel, hereby moves to set an expedited discovery and trial schedule, and in support states as follows:

1. The Complaint in this action, which was filed on January 29, 2008 and served on January 31, 2008, seeks injunctive relief under Title III of the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101-12213 ("ADA"). Specifically, Plaintiff seeks a mandatory injunction requiring Defendant National Board of Medical Examiners ("NBME") to provide Plaintiff with accommodations needed to address his disabilities when taking examinations administered by the NBME, specifically the United States Medical Licensing Examinations ("USMLE") Step 1. Plaintiff also seeks a declaration that he is entitled to appropriate testing accommodations on all further examinations offered or conducted by the Defendant.

2. Plaintiff is a medical student at the University of Illinois at Chicago—College of Medicine ("UIC") and has disabilities protected by Title III of the ADA, including Attention

Deficit Hyperactivity Disorder, Hashimoto's Thyroiditis, and Chronic Fatigue Syndrome secondary to Chronic-Reactive Mononucleosis.

3. Plaintiff's impairments substantially limit him in the major life activities of reading, thinking and concentrating and are particularly manifest in timed testing situations.

4. To complete his medical studies at UIC, Mr. Nayak must take—and pass—the USMLE Step 1. The USMLE is administered by defendant NBME.

5. Plaintiff has requested testing accommodations from the NBME, specifically extended test taking time (double time), an isolated testing environment, and appropriately monitored break periods. The NBME has rejected Mr. Nayak's request and granted only a single, testing accommodation of "additional break time" over two days.

6. Plaintiff is currently scheduled to take the USMLE step 1 on February 21, 2008. Base upon that testing date, Plaintiff filed a motion for a preliminary injunction and this court scheduled a hearing on such motion for February 14, 2008. After filing that motion, Plaintiff determined that he can take the USMLE step 1 at a later date and that it would be more effective and efficient to proceed with expedited discovery and trial. Accordingly, Plaintiff has withdrawn his motion for a preliminary injunction.

7. Plaintiff's current window of eligibility with the NBME to take the USMLE Step 1 expires on March 31, 2008. Plaintiff has contacted Defendant to request an extension of this window to take the USMLE Step 1 to May 31, 2008.

8. Plaintiff is currently on medical leave from UIC. His leave is set to expire on May 31, 2008. In order for Plaintiff to resume his medical studies, he needs to take the USMLE Step 1. In order to continue these medical studies, Plaintiff must pass the USMLE Step 1.

9. Plaintiff anticipates that this case can be prepared for trial within two months. Plaintiff believes that the case will not involve any substantial written discovery, and is agreeable to producing expedited responses to any written discovery sought by the Defendant. Plaintiff is further willing to limit his own written discovery requests.

10. Plaintiff intends to take no more than three depositions, including experts, if any, and estimates that Defendant will need to take depositions of no more than three to four witnesses. Further, Plaintiff is agreeable to making himself available for deposition immediately or at a time between now and the date of trial that is convenient to Defendant, and is agreeable to producing his expert(s) for discovery in accelerated fashion.

11. Plaintiff is further willing to have this case be assigned to a magistrate judge for purposes of discovery and trial.

12. Plaintiff anticipates that this case can be resolved on the merits in a trial lasting no more than two days.

13. In light of the fact that Plaintiff's medical leave from UIC terminates on May 31, 2008, Plaintiff requests that the Court set a date for trial prior to that time.

14. WHEREFORE, for the forgoing reasons, Plaintiff requests that the Court set an expedited discovery and trial schedule. Specifically, Plaintiff requests that this Court order all

discovery to be completed two weeks prior to trial, and that a trial date be set for such time as this Court deems appropriate, in advance of May 31, 2008.

Dated: February 5, 2008  Respectfully Submitted,

                                                */s/   John A. Litwinski*

Mary E. Gardner
John A. Litwinski
McDermott Will & Emery LLP
227 W. Monroe Street
Chicago, IL  60606-5096
Telephone:  312.372.2000
Facsimile:  312.984.7700

Karen I. Ward
Equip for Equality
20 N. Michigan, Suite 300
Chicago, Illinois 60602
Telephone:  312.341.0022
Facsimile:  312.341.0295

*Attorneys for Plaintiff David A. Nayak*

- 5 -

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that he caused copies of the foregoing Motion to Set Expedited Discovery and Trial Schedule to be served on counsel of record by ECF service this 5th day of February, 2008 addressed to:

>Joseph J. Torres
>Aviva Grumet-Morris
>Winston & Strawn LLP
>35 West Wacker Drive
>Chicago, IL 60601-9703


*/s/   John A. Litwinski*

John A. Litwinski

CHI99 4937454-3.009960.0305
2/6/08