IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID A. NAYAK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08-634 |
| | ) | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) ) | The Honorable Judge James B. Zagel |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

To:   Joseph J. Torres
Aviva Grumet-Morris
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703

**PLEASE TAKE NOTICE** that on **Tuesday, February 12, 2008, at 10:15 a.m.,** or at such other time specified by the Court, we will appear before the **Honorable James B. Zagel** in **Courtroom 2503** in the United States District Court for the Northern District of Illinois at 219 South Dearborn Street, Chicago, Illinois, and then and there present the Plaintiff's Motion to Set Expedited Discovery and Trial Schedule, a copy of which is attached hereto and served upon you.

Dated: February 5, 2008                    Respectfully Submitted,

                                                */s/   John A. Litwinski*
Mary E. Gardner
John A. Litwinski
McDermott Will & Emery LLP
227 W. Monroe Street
Chicago, IL  60606-5096
Telephone:  312.372.2000
Facsimile:  312.984.7700

Karen I. Ward
Equip for Equality
20 N. Michigan, Suite 300
Chicago, Illinois 60602
Telephone:  312.341.0022
Facsimile:  312.341.0295

*Attorneys for Plaintiff David A. Nayak*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that he caused copies of the foregoing Notice of Motion to be served on counsel of record by ECF service this 5th day of February, 2008 addressed to:

>Joseph J. Torres
>Aviva Grumet-Morris
>Winston & Strawn LLP
>35 West Wacker Drive
>Chicago, IL 60601-9703


>*/s/   John A. Litwinski*
>
>John A. Litwinski

CHI99 4937458-1.009960.0305
2/3/08