# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 634 | **DATE** | February 7, 2008 |
| **CASE TITLE** | NAYAK   vs.   NATIONAL BOARD OF MEDICAL EXAMINERS | | |

**DOCKET ENTRY TEXT:**

Motion for preliminary injunction 8 is withdrawn. Hearing set for 2/14/2008 is stricken.

| | Courtroom Deputy Initials: | JS |
|---|---|---|