UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID A. NAYAK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 634 |
| v. | ) | |
| | ) | Hon. James B. Zagel |
| NATIONAL BOARD OF MEDICAL | ) | |
| EXAMINERS | ) | Magistrate Judge Brown |
| | ) | |
| Defendant. | ) | |

## DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.2

Pursuant to Local Rule 3.2 of the Northern District of Illinois and Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for NATIONAL BOARD OF MEDICAL EXAMINERS ("NBME") in the above-captioned action certifies that NBME is an independent, not-for-profit organization whose general nature and purpose is to provide high-quality examinations for the health professions.

Counsel also certifies that the following are parents, subsidiaries and/or affiliates of NBME:

1.  Parent companies: None.

2.  Subsidiaries: None.

3.  Any publicly held company that owns ten percent (10%) or more: None.

Dated:  February 14, 2008

                                      Defendant NATIONAL BOARD OF
                                      MEDICAL EXAMINERS

                                      By:     /s/ Joseph J. Torres
                                                One of Its Attorneys

Joseph J. Torres
Aviva Grumet-Morris
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
jtorres@winston.com
agmorris@winston.com

**CERTIFICATE OF SERVICE**

  The undersigned, one of the attorneys for Defendant National Board of Medical Examiners, hereby certifies that on February 14, 2008, a true and correct copy of the foregoing was filed electronically with the Court. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Mary Elisabeth Gardner  (mgardner@mwe.com)
    John Andrew Litwinski (jlitwinski@mwe.com)
    Karen I. Ward (Karen@equipforequality.org)

            /s/ Joseph J. Torres_____
            Joseph J. Torres