IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID A. NAYAK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08-634 |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) | Judge: James B. Zagel |
| | ) | |
| | ) | Magistrate Judge: Geraldine Soat Brown |
| Defendant. | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Mary E. Gardner, John A. Litwinski, and Karen I. Ward (collectively, "Plaintiff's Counsel") hereby move to withdraw as counsel for Plaintiff David A. Nayak ("Mr. Nayak") in the above-captioned matter. In support of their motion, Plaintiff's Counsel state as follows:

1. Mr. Nayak has alleged that defendant National Board of Medical Examiners violated the Americans With Disabilities Act in refusing to provide Mr. Nayak with certain testing accommodations on Step 1 of the United States Medical Licensing Examination.

2. There is a substantial conflict regarding this case between Plaintiff's Counsel and Mr. Nayak which Plaintiff's Counsel do not believe can be resolved.

3. Plaintiff's Counsel is at an impasse with Mr. Nayak concerning the handling of this case. Mr. Nayak has refused to accept Plaintiff's Counsels' judgment and advice on issues central to this matter. Moreover, Mr. Nayak's conduct has "render[ed] it unreasonably difficult for the lawyer[s] to carry out the employment effectively." Ill. R. Prof. Conduct 1.16(b)(1)(D). Cf. Ill. R. Prof. Conduct 1.16(b)(1)(E) (withdrawal is appropriate where client "insists, in a matter not pending before a tribunal, that the lawyer engage in conduct that is contrary to the judgment and advice of the lawyer although not prohibited by these Rules").

1

4.  As the Committee Comment to Northern District of Illinois Local Rule 83.51.16(b)(1)(A) explains, an attorney "may withdraw where… a substantial disagreement exists between the lawyer and the client on litigation strategy."

5.  As the United States Court of Appeals for the Seventh Circuit has further explained, "valid and compelling reasons" for withdrawal exist where "a client rejects her counsel's advice." Banks v. Andersen Consulting LLP, Case No. 97-3110, 1998 U.S. App. LEXIS 6555, at *4 (7th Cir. Mar. 26, 1998). See also Washington v. Sherwin Real Estate, Inc., 694 F.2d 1081, 1088 (7th Cir. 1982) (withdrawal in private engagements is appropriate "if [counsel's] advice… is not followed" by the client).

6.  Mr. Nayak has declined to consent to the withdrawal of Plaintiff's Counsel from this case.

7.  Plaintiff's Counsel is available to provide further information to the Court *in camera*, on an *ex parte* basis, regarding these issues, in a manner that will avoid prejudice and prevent waiver of the attorney-client privilege. See United Indus. v. Buckeye Steel, Case No. 01-3336 2002 U.S. Dist. LEXIS 21451, at *4 (N.D. Ill. Nov. 1, 2002) ("accept[ing]… *in camera* submission" of documents supporting counsel's motion to withdraw).

WHEREFORE, Plaintiff's Counsel request that the Court grant their motion and allow Mary E. Gardner, John A. Litwinski, and Karen I. Ward to withdraw as counsel in this case.

Dated: March 14, 2008                                Respectfully Submitted,


    */s/   John A. Litwinski*
─────────────────────────────
Mary E. Gardner
John A. Litwinski
McDermott Will & Emery LLP
227 W. Monroe Street
Chicago, IL  60606-5096
Telephone:  312.372.2000
Facsimile:   312.984.7700

Karen I. Ward
Equip for Equality
20 N. Michigan, Suite 300
Chicago, Illinois 60602
Telephone:  312.341.0022
Facsimile:   312.341.0295

*Attorneys for Plaintiff David A. Nayak*

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that he caused copies of the foregoing Motion to Withdraw as Counsel to be served on counsel of record and on Plaintiff David A. Nayak this 14th day of March, 2008, addressed to:

>Joseph J. Torres (*by ECF serv*ice)
>Aviva Grumet-Morris (*by ECF service*)
>Winston & Strawn LLP
>35 West Wacker Drive
>Chicago, IL 60601-9703
>
>David A. Nayak (*by overnight Federal Express*)
>345 E. Ohio St., Apt. 1410
>Chicago, IL  60611

>/s/     John A. Litwinski
>John A. Litwinski

CHI99 4955040-3.009960.0305