IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID A. NAYAK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08-634 |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) ) | Judge:  James B. Zagel |
| | ) | Magistrate Judge:  Geraldine Soat Brown |
| Defendant. | ) | |

### NOTICE OF MOTION

To:   Joseph J. Torres
      Aviva Grumet-Morris
      Winston & Strawn LLP
      35 West Wacker Drive
      Chicago, IL 60601-9703

      David A. Nayak
      345 E. Ohio St., Apt. 1410
      Chicago, IL  60611

**PLEASE TAKE NOTICE** that on **Thursday, March 20, 2008, at 10:15 a.m.,** or at such other time specified by the Court, we will appear before the **Honorable James B. Zagel** in **Courtroom 2503** in the United States District Court for the Northern District of Illinois at 219 South Dearborn Street, Chicago, Illinois, and then and there present the Plaintiff's Counsels' Motion to Withdraw as Counsel, a copy of which is attached hereto and served upon you.

1

- 2 -

Dated: March 14, 2008                                            Respectfully Submitted,


                                                                 */s/   John A. Litwinski*
                                                                 Mary E. Gardner
                                                                 John A. Litwinski
                                                                 McDermott Will & Emery LLP
                                                                 227 W. Monroe Street
                                                                 Chicago, IL  60606-5096
                                                                 Telephone:  312.372.2000
                                                                 Facsimile:  312.984.7700

                                                                 Karen I. Ward
                                                                 Equip for Equality
                                                                 20 N. Michigan, Suite 300
                                                                 Chicago, Illinois 60602
                                                                 Telephone:  312.341.0022
                                                                 Facsimile:  312.341.0295

                                                                 *Attorneys for Plaintiff David A. Nayak*

- 2 -

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that he caused copies of the foregoing Motion to Withdraw as Counsel to be served on counsel of record and on Plaintiff David A. Nayak this 14th day of March, 2008, addressed to:

>Joseph J. Torres (*by ECF service*)
>Aviva Grumet-Morris (*by ECF service*)
>Winston & Strawn LLP
>35 West Wacker Drive
>Chicago, IL 60601-9703
>
>David A. Nayak (*by overnight Federal Express*)
>345 E. Ohio St., Apt. 1410
>Chicago, IL  60611

>>/s/     John A. Litwinski
>>John A. Litwinski

CHI99 4955845-1.009960.0305