UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

David A. Nayak

                    Plaintiff,

v.                                      Case No.: 1:08−cv−00634
                                            Honorable James B. Zagel

National Board of Medical Examiners

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 20, 2008:

      MINUTE entry before Judge Honorable James B. Zagel:Motion hearing held on 3/20/2008. Motion to withdraw as attorney [24] is granted. Attorney Karen I. Ward; Mary Elisabeth Gardner and John Andrew Litwinski terminated. Status hearing reset for 4/3/2008 at 10:00 AM from 4/17/2008. Failure of plaintiff to personally appear or by new counsel on 4/3/2008 may result in a dismissal for want of prosecution. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.