# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

David A. Nayak

                                   Plaintiff,

v.                                                    Case No.: 1:08−cv−00634
                                                      Honorable James B. Zagel

National Board of Medical Examiners

                                   Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 21, 2008:

        MINUTE entry before Judge Honorable James B. Zagel: Status hearing (4/3/2008) is reset for 4/7/2008 at 10:00 AM on email request of the plaintiff. Plaintiff must appear in person and/or with new counsel or case may be dismissed for want of prosecution.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.