UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

David A. Nayak
                                               Plaintiff,

v.                                                                              Case No.: 1:08−cv−00634
                                                                              Honorable James B. Zagel

National Board of Medical Examiners
                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 7, 2008:

      MINUTE entry before Judge Honorable James B. Zagel:Status hearing held on 4/7/2008. Plaintiff's deposition to be taken under the conditions stated in open court. Plaintiff's oral motion for appointment of counsel is taken under advisement pending completion of the deposition and a financial affidavit. Status hearing set for 4/11/2008 at 12:00 PM.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.