IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
SOUTHERN DIVISION

| | |
|---|---|
| DAVID A. NAYAK, | ) |
| Plaintiff, | ) |
| | ) Case No. 08-634 |
| v. | ) |
| | ) Hon. James B. Zagel |
| NATIONAL BOARD OF MEDICAL EXAMINERS | ) |
| | ) Magistrate Geraldine Soat Brown |
| Defendant. | ) |

### NOTICE OF MOTION

To:  David A. Nayak
     345 E. Ohio St., Apt. 1410
     Chicago, IL  60611

**PLEASE TAKE NOTICE** that at 10:15 A.M. on Tuesday, April 15, 2008, or whenever thereafter counsel can be heard, counsel for Defendants shall appear before the Honorable James B. Zagel or any judge sitting in his stead in the courtroom usually occupied by him, Room 2503 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant's Motion to Dismiss Plaintiff's Complaint As Moot And For Failing To Allege A Ripe Case Or Controversy, a copy of which is hereby served upon you, at which time you may appear if you see fit.

Respectfully submitted,

THE NATIONAL BOARD OF MEDICAL EXAMINERS

By: /s/ Aviva Grumet-Morris
    One of Its Attorneys

Joseph J. Torres
Aviva Grumet-Morris
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois  60601
Tel:  (312) 558-5600
Fax:  (312) 558-5700
jtorres@winston.com
agmorris@winston.com

## CERTIFICATE OF SERVICE

   The undersigned, one of the attorneys for Defendant, National Board of Medical Examiners, certifies that a true and correct copy of the foregoing Notice of Motion, was filed electronically with the Court. A true and correct copy of the foregoing Notice of Motion was also served upon the following party by Federal Express on this 9th day of April, 2008.

David A. Nayak<br>
345 E. Ohio St., Apt. 1410<br>
Chicago, IL  60611

By: /s/ Aviva Grumet-Morris
  One of Defendant's Attorneys