**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

David A. Nayak

                                                   Plaintiff,

v.                                                         Case No.: 1:08–cv–00634
                                                                Honorable James B. Zagel

National Board of Medical Examiners

                                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 11, 2008:

      MINUTE entry before Judge Honorable James B. Zagel:Status hearing held on 4/11/2008. Plaintiff to review defendant's motion to dismiss and submit a letter to the court on further proceedings of this matter. Set deadlines as to motion to dismiss [29]: Response due by 5/9/2008. Status hearing set for 5/9/2008 at 10:00 AM.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.