## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 634 | **DATE** | May 13, 2008 |
| **CASE TITLE** | DAVID NAYAK v. NATIONAL BOARD OF MEDICAL EXAMINERS | | |

**DOCKET ENTRY TEXT:**

The motion to dismiss [29] is granted.

### STATEMENT

Plaintiff sought accommodations for his medical disabilities under the A.D.A. The accommodations were requested in connection with his taking the well-known examination that is required after the first two years of medical school. Some, but nowhere near all, were allowed[1]. At a hearing in open court, it was represented that the examination USMLE Step 1 would be given in June as well as March, which was plaintiff's scheduled time. I set a schedule leading to resolution of the suit for declaratory judgment and injunction prior to the June dates. Plaintiff nonetheless sat for the March examination with the lesser accommodations and, to his credit, passed them. So, Defendant moved to dismiss on the basis of mootness and for failure to allege a ripe case or controversy..

Plaintiff objects because he intends to ask for the same relief when the time comes to take Steps 2 and 3. But, these are quite a while away[2]. His physical condition may change. The policies of the National Board of Medical Examiners may change. The issue is not ripe for adjudication.

Plaintiff, who represents himself, may fear that dismissal here would adversely affect a later lawsuit, but this is not so because I am making no decision on the merits of his case. There is no warrant for allowing a case to linger on the docket so that it might be used to determine rights regarding a contingency which will not be presented in the very near future.

---

[1] Plaintiff sought (1) "double time" in which to take Step 1 of the United States Medical Licensing Examination, (2) an "isolated testing environment," and (3) "appropriately monitored breaks." Plaintiff was allowed additional break time but no additional testing time.

[2] Most students, like Plaintiff, will take Step 1 at the end of their second year and Step 2 in their fourth year. Step 3 is usually taken during the first or second year of postgraduate training.